*TAC 13997 no summons issued*

IN THE Western District of Washington 1717 Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800

**Plaintiff:**

David Merrill of the VAN PELT family

v.

**Defendant:**

THE UNITED STATES OF AMERICA

David Merrill
3355 North Academy Boulevard STE #189
Colorado Springs, Colorado. 80917-5103

(719) 287-0644

C16 5520

**TRUE BILL - JUBILEE CLAIM**
**AMOUNT OVERDUE - $20,000,000.00**

*file w/ USDC*

COMES NOW David Merrill of the VAN PELT family AM I.

I have the absolute right of arrest and to take responsibility for the execution of these arrests according to common law, and provide Certificate of Exigent Circumstances for these arrests and this prosecution. I claim precedent in the Salem Witch Hunts coming to an abrupt end, when an unnamed "citizen of Andover" caused the arrest of his accuser (defamation of character) as found in *Our Country*, LOSSING, Vol. I, page 412.

The US Marshal is ORDERED to cause the Arrests of the listed Defendants herein and to Return a Report to Us, Me and the Court. Bond in total is to be set at $40,000,000.00 distributed evenly among the defendants. This true bill is overdue upon the lien Finance Statement filed with the Colorado secretary of state Reception #20092001574 of January 7th, 2009 - 20 pages. The US District Court judge assigned this case is ORDERED to execute this as a comptroller warrant on the US Treasury payable in redeemed lawful money according to §16 of the Federal Reserve Act (1913) and Title 12 USC §411, for $20,000,000.00 payable to David Merrill VAN PELT and sent by cashier's check to the address above, within thirty (30) days of this filing.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

So be it on My WORD.



State of WA
County Of King

I certify that I know or have satisfactory evidence that
DAVID MERRILL is / are the person who appeared before me, and signed and sworn on 6-18-2016 (date).

Signature Notary Public     11-06-2019
                            Commission Expires

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| | |
|---|---|
| United States of America <br> v. <br> David GILBERT #13737; Marla PRUDEK #16155 <br> Frances Renae JOHNSON #36200 <br> Kirk Stewart SAMELSON #8832 <br> Gilbert MARTINEZ #8754 <br> *Defendant(s)* | Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2005, 2009 and to Present Day__ in the county of __El Paso (Colorado Springs)__ in the _____ District of __Colorado__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC §§ 287; 371; 913 | Conspiracy, Criminal Syndicalism statewide (Secretary of State) so that no remedy exists outside the collusion. |
| Rule C(3)(a)(ii)(B) <br> Rule 17.1 - | Certificate of exigent circumstances applies. I take full responsibility. <br> In the conspiracy clerks of court cannot allow me access to Original Jurisdiction. |
| Laws of Colorado #1744 §137 <br> Colo. Const. Article XII, §§ 8-10 <br> Colo. Revised Statute §24-12-101 | Exercising Office Unlawfully. <br> Vacant Office - what constitutes. <br> Form of Oath is to have "ever-living God" as witness. |

This criminal complaint is based on these facts:

All Defendants are easily located by Attorney Registration # with the Colo. Supreme Court. Starting with David GILBERT in 2005, "judicial officers" have intentionally (some times renewing with fraudulent oaths mid-term) been altering the Form of Oath to avoid proper bonding practices. This allows numerous other pretend judicial officers to defraud the United States and The Preamble People, essentially protecting government from the People against the original tenets of checks and balances. This fraud constructs a fog between public and private and the culprits cover for each other pretending sovereign and judicial immunity.

☐ Continued on the attached sheet.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode

*Complainant's signature*

David Merrill VAN PECT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-17-2016

City and state: Renton, WA

*Judge's signature*

Notary Public
*Printed name and title*

[Notary seal: PAYTON T. CRAVENS, COMMISSION EXPIRES 11-06-19, NOTARY PUBLIC, STATE OF WASHINGTON]



STATE OF WASHINGTON
**DEPARTMENT OF LICENSING**

AFFIDAVIT OF LICENSURE

STATE OF WASHINGTON)
                                 )S.S
COUNTY OF THURSTON)

I, Kim Summers, certify that on June 21, 2016 I made a good faith search of the Department of Licensing's records under my custody and control for notary public licensing records pertaining to:

**Payton T Cravens**

As a result of my search, I found that an initial notary public appointment was issued by the Department of Licensing to the above named person on December 30, 2015 with an expiration date of November 6, 2019.

I, Kim Summers, depose and say that I am the Manager for the Notary Public Program, Business and Professions Division, Department of Licensing for the state of Washington, and being the lawful custodian of records do hereby certify and declare under penalty of perjury under the laws of the state of Washington, pursuant to Section 9A.72.085 RCW, that the information and statements provided herein are true and correct.

_____          6/21/16
Kim Summers, Manager                              Date
Notary Public Program
Post Office Box 9027
Olympia, Washington 98507-9027
(360) 664-1532
ksummers@dol.wa.gov



United States Court
of International Trade

OFFICE OF THE CLERK

One Federal Plaza

New York, NY 10278-0001

June 7, 2015

David Merrill
3355 North Academy Boulevard
Colorado Springs, CO 80917-5103

Dear Mr. Merrill:

We have received your submission dated May 23, 2016. Please be aware that the United States Court of International Trade does not handle the matter described in your documents. The United States Court of International Trade is a United States Article III Court. Typically, it adjudicates civil actions brought against the United States that involve decisions by executive agencies regarding the administration and enforcement of the customs and international trade laws of the United States.

Our Court maintains a website which can be found at www.cit.uscourts.gov. The website contains information on the "About the Court" page that may answer any questions you have about the jurisdiction of our court. It also contains a list of all court fees. I hope this material answers any questions you may have. We are returning the four $100 dollar bills that were included in your filing. Thank you for your interest in our Court.

Sincerely,

Deputy Clerk

enclosure

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC  20543-0001

April 28, 2016

David Merrill
115 E. Mermijo #202
Colorado Springs, CO 80903

RE: Merrill v. Colorado, et al.

Dear Mr. Merrill:

   In reply to your letter or submission, received April 28, 2016, I regret to inform you that the Court is unable to assist you in the matter you present.

   Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court.

   Your papers are herewith returned.

   The Rules of this Court are enclosed.

   Your cashier's check number 10064 in the amount of $400 is herewith returned.

Sincerely,
Scott S. Harris, Clerk
By:

Redmond K. Barnes
(202) 479-3022

Enclosures

The governor's wife, Lady Phipps, one of the purest and best of women, was accused of being a witch. The sons of Governor Bradstreet were compelled to fly to avoid the perils of false accusations; and near relatives of the Mathers were imprisoned on similar charges. Malice, revenge and rapacity often impelled persons to accuse others who were innocent; and when some statement of the accused would move the court and audience in favor of the prisoner, the accuser would solemnly declare that he saw the devil standing beside the victim whispering the touching words in his or her ear. And the absurd statement would be believed by the judges on the bench. Some, terrified and with the hope of saving their lives or avoiding the horrors of imprisonment, would falsely accuse their friends and kinsfolk; while others, moved by the same instinct and hopes, would falsely confess themselves to be witches.

When the magnates in church and state found themselves in danger, they thought of the golden rule, and suspected they had been acting unrighteously toward others. They cautiously expressed their doubts of the policy and justice of further proceedings against accused persons. A citizen of Andover, who was accused, wiser and more bold than governor and clergy, immediately caused the arrest of his accuser on a charge of defamation of character, and laid his damages at five thousand dollars. The effect of this act was wonderful. The public mind was in sympathy with it. The spell was instantly broken, and witchcraft was no more heard of in Andover. The impression then made quickly spread over the province, and deluded and wicked persons hastened to make amends for their errors and crimes.

The abashed clergy were compelled to take action because of the unexpected change in public opinion. At a convention held in June, 1693, they declared that it was not inconsistent with Scripture to believe that the devil might assume the shape of a good man, and that he may so have deceived the "afflicted." So his Satanic majesty as usual was conveniently made the scapegoat for the sins and follies of magistrates, clergy, and people. Many of the accusers and witnesses came forward and published solemn recantations or denials of the truth of their testimony, which had been given, they said, to save their own lives. Governor Phipps, after his wife was accused and the Andover citizen had killed the monster delusion, gave orders for the release of all persons under arrest for witchcraft. The Legislature of Massachusetts appointed a day for a general fast and solemn supplication "that God would pardon all the errors of his servants and people in a late tragedy raised among us by Satan and his instruments." And Judge Sewall, who had presided at many trials in Salem, stood up in his place in church on that fast day, and implored the prayers of the people



AN AGED VICTIM OF SUPERSTITION.











```
                    The UPS Store - #6046
                    720 N 10th Street
                           A
                    Renton, WA 98057
                    (425) 235-7447

                    06/18/16  10:28 AM

              We are the one stop for all your
              shipping, postal and business needs.

                      Google "6046"


001 000003 (011)              T0 $  20.00
    Notary              QTY 2
    Reg Unit Price     $  10.00
002 500348 (025)              T1 $   0.69
    Med Manila         NR
003 000001 (003)              T1 $   0.30
    Copies             QTY 2
    Reg Unit Price     $   0.15

                   SubTotal   $  20.99
                Sales Tax (T1) $   0.10
                      Total   $  21.09

                       VISA   $  21.09
ACCOUNT NUMBER *        ************7884
Appr Code:    (S)  Sale
```



Lawful Money

```
          Items Designated NR are NOT eligible
            for Returns, Refunds or Exchanges.

Receipt ID 82180113484932888224  005 Items
CSH: Payton          Tran: 7312 Reg: 002

      Thank you for supporting a local Business.
            Please come back again soon.

        Whatever your business and personal
          needs, we are here to serve you.

                We're here to help.
       Join our FREE email program to receive
             great offers and resources.

                www.theupsstore.com/signup
```

# Certificate of Mailing

I hereby certify that I have delivered or mailed Priority the originals with $46 filing fee to a professional process server in the Olympia, Washington area for service on the USDC clerk of court at:

U.S. District Court
Clerk's Office
1717 Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200

Furthermore this process server is directed to provide a Certificate(s) of Mailing with the Return of Service, to be returned to the USDC Court clerk and into this case, that true and correct copies have been mailed Certified Mail to:

U.S. Attorney General - Loretta LYNCH
U.S. Department of Justice
950 Pennsylvania Avenue, NW
city of Washington, District of Columbia. 20530-0001

and to:

Colorado Attorney General - Cynthia A. COFFMAN
1300 Broadway - 10th Floor
Denver, Colorado. [80203]

and to:

Governor of Colorado - John HICKENLOOPER
200 East Colfax #136
Denver, Colorado. [80203]

State of WA
County Of King

I certify that I know or have satisfactory evidence that
DAVID MERRILL is / are the person who appeared before me, and signed and sworn on 6-18-2016 (date).

Signature Notary Public     Commission Expires 11-06-19

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

In any capacity - David Merrill.









IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID MERRILL of the VAN PELT family,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES IF AMERICA<br><br>Defendants. | No.<br><br>**AFFIDAVIT OF ATTEMPTED FILING,** |

I MELVIN CAHOON on JUNE 21, 2016 AT 2:35PM, attempted to file the original of the TRUE BILL - JUBILEE CLAIM and it was refused due to the red thumb print on the true and correct copy that DAVID MERRILL had instructed me to file.

I returned the $46.00 filing fee I had previously accepted for filing costs, and accepted a $400.00 filing fee with a civil cover sheet. I will convert the $400.00 to a USPS money order on my way to the Courthouse. Due to the court refusing to accept cash.

DAVID MERRILL paid me $100.00 on June 18, 2016 for retrieving the 'AFFIDAVIT OF LICENSURE' and my first attempt to file and on June 21, 2016 paid me a second $100.00 for finishing the filing.

I declare under penalty of perjury that the foregoing is true and correct:

Dated this June 21, 2016                                   *Melvin Cahoon*

File # 217140
FEI # 1008.252476

Page 1 of 2