```
_____ FILED _____ LODGED
       _____ RECEIVED

       JUN 29 2016

    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **DAVID MERRILL of the VAN PELT family,**<br><br>                Plaintiff,<br><br>    v.<br><br><br>**THE UNITED STATES IF AMERICA**<br><br>                Defendants. | No. 16-cv-5520<br><br>**AFFIDAVIT OF TRUE AND CORRECT SUBSTITUTIONS,** |

I MELVIN CAHOON, in the process service of Rock Solid Legal Support, Inc. accommodate certain filing stipulations by the clerk of court that David Merrill's signature, which traditionally contains a red thumbprint is being substituted by true and correct copies of the original David Merrill has delivered to me for filing. The clerk of court has made claim to some sort of letter or judge's order not to accept red thumbprints for fear of blood transmitted disease, according to conversations with the clerk and David Merrill.

I declare under penalty of perjury that the foregoing is true and correct:

Dated: 6-29-2016

                                                  Melvin Cahoon
                                                  Pierce Co. 9188
                                                  Tacoma, WA.