IN THE Western District of Washington - King county
1717 Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800

**David Merrill of the VAN PELT family**

v.

**THE UNITED STATES OF AMERICA**

*FILED LODGED*
*RECEIVED*
JUL 11 2016
BY CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

**Case #16-cv-5520**

David Merrill
3355 North Academy Boulevard STE #189
Colorado Springs, Colorado. 80917-5103

**CLARIFICATION OF CAUSE**
**Warrants Issued**

Dear recipient Clerks;

*Return to Presenter - Mr. BRYAN*

Please file these two refusals for cause (R4C) in the case jacket of Article III (USDC Colorado) 15-MC-145 and in the Fourth Judicial District of Colorado Case #87-DR-3023 and #2015-PR-30754. This is evidence should these presenters continue to make false claims in the future. I provide indictment of Mr. BRYAN and Mr. MARTINEZ in collusion with the cause instant - criminal syndicalism. Mr. BRYAN has been offered redemption found at Pages 2-4 of 84; Doc 6 herein. Mr. MARTINEZ remains indicted by his prior oath of office that is up to snuff, showing criminal intent. Additionally with Mr. David A. GILBERT recused and Mr. MARTINEZ now signing in his stead, we find the process at hand effective execution of law. David Merrill AM I, is the court of record.

**Certificate of Mailing**

My signature below expresses that I have Returned these Presentments Refused for Cause to the Presenters in a timely fashion, with a copy of this clerk instruction and also that the original clerk instruction has been filed with the USDC Clerk of Court with a copy of this Refusal for Cause. Warrants are issued to the US Treasury and US Attorney General.

State of WA
County Of King

I certify that I know or have satisfactory evidence that
_____Tim Ho_____ is / are the person who
appeared before me, and signed and sworn
on _7|6|2016_ (date).

_____
Signature Notary Public

_12-20-2019_
Commission Expires

**Redeemed Lawful Money**
**Pursuant to 12 USC §411**
**www.law.cornell.edu/uscode/**

*TIM HO*
*COMMISSION EXPIRES*
*NOTARY*
*PUBLIC*
*12-20-19*
*STATE OF WASHINGTON*

**Certificate of Mailing:**

I AM David Merrill (not David L. Merrill) and I have also mailed copies to:


USDC Presenter in Caption. I am adjusting my signature not to have a red thumbprint.

USDC Colorado 15-mc-145 VAN PELT     Priority Mail w/Tracking
901 19th Street - A105
Denver, Colorado. 80294

US Attorney General - Loretta LYNCH     Priority Mail w/Tracking
US Department of Justice
950 Pennsylvania Avenue, NW
city of Washington, District of Columbia. 20530-0001

US Treasury     Priority Mail w/Tracking
1500 Pennsylvania Avenue, NW
city of Washington, District of Columbia. 20220

Fourth Judicial District Clerk of Court     Priority Mail w/Tracking
NOTICE LIS PENDENS - #87-DR-3023; #2015-PR-30754
270 South Tejon Street
Colorado Springs, Colorado. [80903]

96121500          96 SEP 25 AM 9: 26          1 of 1

ARDIS W. SCHMITT
EL PASO COUNTY CLERK & RECORDER

F100

## OATH OF OFFICE

STATE OF COLORADO )
                  ) ss
COUNTY OF EL PASO )

I, Gilbert A. Martinez, do solemnly swear in the presence of the everliving God, that I will support the Constitution of the United States and the Constitution of the State of Colorado, and that I will faithfully perform the duties of the office of District Court Judge for the Fourth Judicial District, State of Colorado, to the best of my skill and ability, so help me God.

_____
Signature

Subscribed and sworn to before me this 12TH day of January, 1993.

_____
Matt M. Railey, Chief Judge
Fourth Judicial District

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and correct
copy of record in my office.
96121500 Book_____ Page_____
Date 6-26-75
Chuck Broerman
County Clerk & Recorder, El Paso County, CO
By_____ Deputy

# RECEIVED

JAN 14 2011

**ELECTIONS**
**SECRETARY OF STATE**

20115000995   C
ANTH OFFICE
SECRETARY OF STATE
'v. 14 2011 13:23:01

STATE OF COLORADO · · ·   )
                          ) ss.     **OATH OF OFFICE**
COUNTY OF EL PASO         )


  I, **GILBERT A. MARTINEZ**, do solemnly swear that I will support the Constitution of the United States and of the State of Colorado; that I will faithfully and to the best of my ability perform the duties of the office upon which I am about to enter of **District Court Judge of the Fourth Judicial District.**


         *Gil Martinez*
        GILBERT A. MARTINEZ


Subscribed and sworn to before me this __ *11th* __ day of __ *January* __, 2011.


        *Kirk S. Samelson*
        KIRK SAMELSON
        CHIEF JUDGE
        FOURTH JUDICIAL DISTRICT

STATE OF COLORADO
DEPARTMENT OF STATE

I hereby certify that this is a true and
complete copy of the document filed in
this office and admitted to record in

File:

DATED:

By: Secretary:

IN THE Western District of Washington
*1717 Pacific Avenue, Room 3100*
Tacoma, Washington. 98402-3200; (253) 882-3800

UNITED STATES OF AMERICA

v.

CERTAIN PRETEND JUDGES/VACANT OFFICES

David Merrill
3355 North Academy Boulevard STE #189
Colorado Springs, Colorado. 80917-5103

Case #16-cv-5520

**COMPTROLLER WARRANT**

$20,000,000.00

The US Treasurer is to Pay to David Merrill (or David Merrill VAN PELT) $20,000,000.00 in lawful money by demand pursuant to §16 of the Federal Reserve Act of 1913 and Title 12 USC §411, by sending a Treasury Check to the address captioned above.

State of WA
County Of King

I certify that I know or have satisfactory evidence that
David Merrill _____ is/are the person who appeared before me, and signed and sworn on 6/29/2016 (date).

_____
Signature Notary Public

5/4/2018
Commission Expires

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode



Trustee.

[Notary seal: THOMAS W. HARDY — COMMISSION EXPIRES — NOTARY PUBLIC — 05-04-18 — STATE OF WASHINGTON]

IN THE Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800

UNITED STATES OF AMERICA

v.

CERTAIN PRETEND JUDGES/VACANT OFFICES

David Merrill
3355 North Academy Boulevard STE #189
Colorado Springs, Colorado. 80917-5103

Case #16-cv-5520

**Warrant for Arrest**

To: THE UNITED STATES MARSHALS SERVICE OR ITS REPRESENTATIVES - GREETINGS:

PURSUANT to the Order for Arrest in personam of Defendants, True Bill Instant -

David GILBERT #13737; Maria PRUDEK #16155; Frances Renae JOHNSON #36200; Kirk Stewart SAMELSON #8832; Gilbert MARTINEZ #8754:

All of whom can be found during typical business at the 4th Judicial District courthouse at 270 S. Tejon Street in Colorado Springs, Colorado; YOU ARE HEREBY COMMANDED TO ARREST the defendants herein described and to make your return as provided by law;

Take the defendants into federal custody in Littleton, Colorado, and

Promptly make your return of this Warrant to the USDC clerk of court in Washington state, address captioned above.

Done of Washington state at Tacoma, near Olympia this 29th day of June, Twenty-Sixteen. Of King

I certify that I know or have satisfactory evidence that
David Merrill is/are the person who appeared before me, and signed and sworn on 6/29/2016 (date).

_____        5/04/2018
Signature Notary Public          Commission Expires

David Merrill - Trustee.



**STATE OF WASHINGTON**
**DEPARTMENT OF LICENSING**

## AFFIDAVIT OF LICENSURE

STATE OF WASHINGTON)
)S.S
COUNTY OF THURSTON)

I, Kim Summers, certify that on May 23, 2016 I made a good faith search of the Department of Licensing's records under my custody and control for notary public licensing records pertaining to:

**Thomas W. Hardy**

As a result of my search, I found that an initial notary public appointment was issued by the Department of Licensing to the above named person on July 14, 2010 with an expiration date of May 4, 2014. The notary public appointment was renewed beginning May 4, 2014 with an expiration date of May 4, 2018.

I, Kim Summers, depose and say that I am the Manager for the Notary Public Program, Business and Professions Division, Department of Licensing for the state of Washington, and being the lawful custodian of records do hereby certify and declare under penalty of perjury under the laws of the state of Washington, pursuant to Section 9A.72.085 RCW, that the information and statements provided herein are true and correct.

_Kim Summers_                            _5/23/16_
Kim Summers, Manager                        Date
Notary Public Program
Post Office Box 9027
Olympia, Washington 98507-9027
(360) 664-1532
ksummers@dol.wa.gov

District Court
El Paso County, Colorado
Court Address: 207 S. Tejon St, Colorado Springs, CO 80901

In re:
The Marriage of:

Petitioner: Roxanne T. Van Pelt kna Roxanne Chasta

Respondent: David M. Van Pelt

| | COURT USE ONLY |

Attorney for Petitioner
Steven J. Barr
1708 N. Tejon St.
Colorado Springs, CO 80907
Phone Number: 719 491 1993   E-mail: sbarr@cod mmercial.net
FAX Number:   Atty. R

Case Number:  87DR3023

Division        Courtroom

**No     of Charging Order**

Comes Now t e Petitio    , th       h Coun el and states a  llows:

1. A co  y of  he signed C arging O     s e    t     he Catherine Se     sq   he attorn     P rson l Representative        Estate of Louanne V   Pel  ase No. 2015PR     4 on June 9, 2016.

2. A copy of this Order was sent to the las     wn address of th     pondent on June 24, 2016 and emailed to Courier Proces  Ser  ce, 115    ermijo #202 Colorado Springs, CO, 80903 on June 24, 2015, to wit:

    David M. Van Pelt 3355 N. Academy  lvd., #189, Co  rado Springs, CO 80917

Respectfully Submitted June 24, 2016,

*/s/ Steven J. Barr*
Steven J. Barr #5083

DISTRICT COURT, EL PASO COUNTY, COLORADO

Court Address:

270 S. Tejon, Colorado Springs, CO, 80901

**Petitioner(s)** ROXANNE T VANPELT

and

**Respondent(s)** DAVID M VANPELT

△ COURT USE ONLY △

Case Number: 1987DR3023

Division: R          Courtroom:

Order, Proposed Order - Changing Order

The motion/proposed order attached hereto GRANTED.

Issue Date: 6/9/2016

GILBERT ANTHONY MARTINEZ

District Court Judge

| District Court<br>El Paso County, Colorado<br>Court Address: 207 S. Tejon St, Colorado Springs, CO 80901 | |
|---|---|
| In re:<br>The Marriage of:<br><br>Petitioner: Roxanne T. Van Pelt kna Roxanne Chastain<br><br>Respondent: David M. Van Pelt | **COURT USE ONLY** |
| Attorney for Petitioner<br>Steven J. Barr<br>1708 N. Tejon St.<br>Colorado Springs, CO 80907<br>Phone Number: 719 471 1993      E-mail: barr@cocommercial.net<br>FAX Number:                          Atty. Reg. #: 5083 | Case Number:  87DR3023<br><br>Division          Courtroom |
| **CHARGING ORDER** | |

THE COURT, having considered Petitioner Roxanne T. Van Pelt kna Roxanne Chastain's, Forthwith Motion for Charging Order pursuant to C.R.S. § 7-80-703, and having reviewed the file and otherwise being fully advised in the premises doth hereby Order:

1. This Court's judgment entered on May 16, 2016, remains unsatisfied and no request for stay or posting of supersedes bond has been made.

2. Pursuant to C.R.S. § 7-80-703, any interest David M. Van Pelt has in Estate of Louanne Van Pelt, Case No. 2015PR30734, in the District Court, El Paso County, Colorado is hereby charged with payment of the Court's Judgment of May 16, 2016 against David M. Van Pelt ("Proceeds").

3. The Personal Representative is ordered to abide by this Order, and to pay to the Petitioner, as set forth below, from the Estate such amounts as are necessary to satisfy the judgment against David M. Van Pelt entered herein, less payments made or funds received, plus interest and costs. The Petitioner within 7 days of the Estate's request, shall provide the Estate with an affidavit setting forth the Judgment amounts.

4. The Clerk of the Court is hereby appointed the Receiver of any Proceeds, and profits, disbursements, or other money due or to become due to David M. Van Pelt from the Proceeds.

5. Any disbursements or monies payable to David M. Van Pelt, or the portion thereof necessary to satisfy the judgment herein, shall immediately be deposited with

1

the Clerk of this Court, and failure to make such deposit shall result in a finding of contempt by this Court.

6.  The Clerk of this Court shall hold all such monies in the Registry Fund of this Court, for a period of 21 days, during which time David M. Van Pelt may file with the Court, in writing, an objection with respect to the application of the disbursements towards the satisfaction of this Court prior judgment in favor of the Petitioner. Should a timely objection be filed, the Clerk of the Court will retain any such funds in its Registry Fund pending a hearing on the objection. If no such objection is timely filed, the Clerk of this Court shall apply the funds in partial full payment on the outstanding judgment, and shall immediately disburse the funds as follows:

Steven J Barr, Trust Account
1708 N Tejon St.
Colorado Springs, Colorado 80907

2

7.  David M. Van Pelt and the Personal Representative are ordered: (1) to immediately provide any requested documents to the movant, and 2) are prohibiting from avoiding the order by making loans or not paying normal distributions.

8.  A copy of this signed order shall be served upon David M. Van Pelt, with a copy sent to the Estates Personal Representative, Catherine Seal, Esq., within 14 days of the date this order is issued.

DONE this _____, 2016.

                          THE COURT

                          _____
                          District Court Judge

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7  DAVID MERRILL of the VAN PELT         CASE NO. C16-5520 RJB
8  family,
                                        ORDER TO SHOW CAUSE
9                      Plaintiff,

10         v.

11  THE UNITED STATES OF AMERICA,

12                      Defendant.

13         This matter comes before the court *sua sponte* after review of the file.

14         On June 22, 2016, plaintiff filed a criminal complaint allegedly on behalf of the United

15  States of America against David Gilbert, Marla Prudek, Frances Renae Johnson, Kyle Stewart

16  Samelson and Gilbert Martinez. Dkt. 1. Plaintiff makes charges of: conspiracy, "criminal

17  syndicalism statewide (Secretary of State) and no remedy exist for the collusion,"

18  exercising office unlawfully, "vacant office," and "form of oath to have ever-living God as

19  witness." *Id.*, at 2. Plaintiff also filed other pleadings, including a "True Bill – Jubilee Claim,"

20  which provides "[t]he US Marshal is ORDERED to cause the Arrests of the listed Defendants

21  herein and to Return a Report to Us, Me and the Court." Dkt. 1, at 1.

22         **Review of the Complaint.** The court has carefully reviewed the complaint in this matter.

23  Because plaintiff filed this complaint *pro se*, the court has construed the pleadings liberally and

24

ORDER TO SHOW CAUSE- 1

1    has afforded plaintiff the benefit of any doubt. *See Karim-Panahi v. Los Angeles Police Dep't,*

2    *839 F.2d 621, 623 (9th Cir.1988).*

3        **Jurisdiction and Standing**. "Federal courts are courts of limited jurisdiction," and there

4    is a presumption "that a cause [of action] lies outside this limited jurisdiction [.]" *Kokkonen v.*

5    *Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 377 (1994). A federal court is presumed to lack

6    subject matter jurisdiction until plaintiff establishes otherwise. *Id.*; *Stock West, Inc. v.*

7    *Confederated Tribes,* 873 F.2d 1221, 1225 (9th Cir. 1989).

8        An action must be dismissed for lack of jurisdiction if it: (1) does not arise under the

9    Constitution, laws, or treaties of the United States, or does not fall within one of the other

10    enumerated categories of Article III, section 2, of the Constitution; (2) is not a case or

11    controversy within the meaning of the Constitution; or (3) is not one described by any

12    jurisdictional statute. *Baker v. Carr,* 369 U.S. 186, 198 (1962); *D.G. Rung Indus. Inc. v.*

13    *Tinnerman,* 626 F.Supp. 1062, 1063 (W.D. Wash. 1986). "In its constitutional dimension,

14    standing imports justiciability; whether the plaintiff has made out a 'case or controversy'

15    between himself and the defendant within the meaning of Art. III" of the U.S. Constitution.

16    *Warth v. Seldin,* 422 U.S. 490, 498 (1975). In the "absence of standing, a federal court 'lacks

17    subject matter jurisdiction over the suit.'" *Righthaven LLC v. Hoehn,* 716 F.3d 1166, 1172 (9th

18    Cir. 2013)(*internal citations omitted*).

19        "Under the authority of Art. II, s 2, Congress has vested in the Attorney General the

20    power to conduct the criminal litigation of the United States Government." *United States v.*

21    *Nixon,* 418 U.S. 683, 694 (1974). A citizen, accordingly, may not bring criminal charges against

22    another by filing a complaint in this court. *See Aldabe v. Aldabe,* 616 F.2d 1089, 1092 (9th

23    Cir.1980).

24

1      Plaintiff's complaint attempts to make criminal charges, on behalf of the United States,

2  against individuals, some who allegedly live in Colorado.  It appears that Plaintiff does not have

3  standing to assert these claims.  Accordingly, Plaintiff is ordered to show cause, in writing, on or

4  before July 15, 2016, if any he has, why this case should not be dismissed for lack of subject

5  matter jurisdiction.  Failure to show cause may result in dismissal of the case.

6      Therefore, it is hereby **ORDERED**

7        Plaintiff is ordered to show cause, in writing, if any he has, on or before July 15,

8        2016, why this case should not be dismissed for lack of subject matter

9        jurisdiction;

10    •  Failure to show cause may result in dismissal of the case.

11      The Clerk is directed to send uncertified copies of this Order to all counsel of record and

12  to any party appearing *pro se* at said party's last known address.

13      Dated this 27th day of June, 2016.

ROBERT J. BRYAN
United States District Judge

## Other Orders/Judgments
3:16-cv-05520-RJB Merrill v.
United States of America

LAW_CLERK_B

**U.S. District Court**

**United States District Court for the Western District of Washington**

**Notice of Electronic Filing**

The following transaction was entered on 6/27/2016 at 1:37 PM PDT and filed on 6/27/2016
**Case Name:**        Merrill v. United States of America
**Case Number:**      3:16-cv-05520-RJB
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER TO SHOW CAUSE, by Judge Robert J. Bryan. Plaintiff is ordered to show cause, in writing, if any he has, on or before July 15, 2016, why this case should not be dismissed for lack of subject matter jurisdiction. Show Cause Response due by 7/15/2016. (cc: Pltf @ Colorado Springs, CO address.) (DK)**

**3:16-cv-05520-RJB Notice has been electronically mailed to:**

**3:16-cv-05520-RJB Notice will not be electronically mailed to:**

David L Merrill
3355 North Academy Blvd
Ste #189
Colorado Springs, CO 80917-5103

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP cecfStamp_ID=1035929271 [Date=6/27/2016]
[FileNumber=3202364-0
]
[653fdd13e096e6a88f23e911f657e72ae54519a4caeeed783ee8db3edec375c
5582de3e94f648b16907eb0b6a329dbee0f088676984fdc9708fc745f3]]

| IN THE Western District of Washington - King county<br>1717 Pacific Avenue, Room 3100<br>Tacoma, Washington. 98402-3200; (253) 882-3800<br><br>**David Merrill of the VAN PELT family**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>David Merrill<br>3355 North Academy Boulevard STE #189<br>Colorado Springs, Colorado. 80917-5103 | **Case #16-cv-5520** |
|---|---|

**CLARIFICATION OF CAUSE**
**Warrants Issued**

Dear recipient Clerks;

*for Clerk*

Please file these two refusals for cause (R4C) in the case jacket of Article III (USDC Colorado) 15-MC-145 and in the Fourth Judicial District of Colorado Case #87-DR-3023 and #2015-PR-30754. This is evidence should these presenters continue to make false claims in the future. I provide indictment of Mr. BRYAN and Mr. MARTINEZ in collusion with the cause instant - criminal syndicalism. Mr. BRYAN has been offered redemption found at Pages 2-4 of 84; Doc 6 herein. Mr. MARTINEZ remains indicted by his prior oath of office that is up to snuff, showing criminal intent. Additionally with Mr. David A. GILBERT recused and Mr. MARTINEZ now signing in his stead, we find the process at hand effective execution of law. David Merrill AM I, is the court of record.

**Certificate of Mailing**

My signature below expresses that I have Returned these Presentments Refused for Cause to the Presenters in a timely fashion, with a copy of this clerk instruction and also that the original clerk instruction has been filed with the USDC Clerk of Court with a copy of this Refusal for Cause. Warrants are issued to the US Treasury and US Attorney General.

State of WA
County Of King

I certify that I know or have satisfactory evidence that
_____ Tim Ho _____ is / are the person who
appeared before me, and signed and sworn
on  7|8|2016  (date).

_____    12-20-2019
Signature Notary Public    Commission Expires

Redeemed Lawful Money
Pursuant to 12 USC 5411
www.law.cornell.edu/uscode/

*red thumbprint*

(Notary seal: TIM HO — NOTARY PUBLIC — COMMISSION EXPIRES 12-20-19 — STATE OF WASHINGTON)

**Certificate of Mailing:**

I AM David Merrill (not David L. Merrill) and I have also mailed copies to:


USDC Presenter in Caption. I am adjusting my signature not to have a red thumbprint.

USDC Colorado 15-mc-145 VAN PELT     Priority Mail w/Tracking
901 19th Street - A105
Denver, Colorado. 80294

US Attorney General - Loretta LYNCH    Priority Mail w/Tracking
US Department of Justice
950 Pennsylvania Avenue, NW
city of Washington, District of Columbia. 20530-0001

US Treasury                        Priority Mail w/Tracking
1500 Pennsylvania Avenue, NW
city of Washington, District of Columbia. 20220

Fourth Judicial District Clerk of Court    Priority Mail w/Tracking
NOTICE LIS PENDENS - #87-DR-3023; #2015-PR-30754
270 South Tejon Street
Colorado Springs, Colorado. [80903]

96121500          96 SEP 25 AM 9: 26          1 of 1

ARDIS W. SCHMITT
EL PASO COUNTY CLERK & RECORDER

F10

# OATH OF OFFICE

STATE OF COLORADO        )
                         )  ss
COUNTY OF EL PASO        )

     I, Gilbert A. Martinez, do solemnly swear in the presence of the everliving God, that I will support the Constitution of the United States and the Constitution of the State of Colorado, and that I will faithfully perform the duties of the office of District Court Judge for the Fourth Judicial District, State of Colorado, to the best of my skill and ability, so help me God.

_____
Signature

     Subscribed and sworn to before me this _12TH_ day of _January_, 1991.

_____
Matt M. Railey, Chief Judge
Fourth Judicial District

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and correct
copy of record in my office.
Book_____ Page_____
Date  6-25-15
Chuck Broerman
County Clerk & Recorder, El Paso County, CO
By_____
                    Deputy

**RECEIVED**

JAN 14 2011

ELECTIONS
SECRETARY OF STATE

20115000995  C
OATH OFFICE
SECRETARY OF STATE
Ja 14/2011 12:23:01

STATE OF COLORADO )
) ss.      **OATH OF OFFICE**
COUNTY OF EL PASO )

    I, <u>GILBERT A. MARTINEZ</u>, do solemnly swear that I will support the Constitution of the United States and of the State of Colorado; that I will faithfully and to the best of my ability perform the duties of the office upon which I am about to enter of <u>District Court Judge of the Fourth Judicial District.</u>

<u>GILBERT A. MARTINEZ</u>

Subscribed and sworn to before me this <u>11 th</u> day of <u>January</u>, 2011.

KIRK SAMELSON
CHIEF JUDGE
FOURTH JUDICIAL DISTRICT

STATE OF COLORADO
DEPARTMENT OF STATE

I hereby certify that this is a true and
complete copy of the document filed in
this office and entitled to record in

this

DATED

Secretary of State

by

IN THE Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800

UNITED STATES OF AMERICA

v.

CERTAIN PRETEND JUDGES/VACANT OFFICES

David Merrill
3355 North Academy Boulevard STE #189
Colorado Springs, Colorado. 80917-5103

Case 816-cv-5520

**COMPTROLLER WARRANT**

$20,000,000.00

The US Treasurer is to Pay to David Merrill (or David Merrill VAN PELT) $20,000,000.00 in lawful money by demand pursuant to §16 of the Federal Reserve Act of 1913 and Title 12 USC §411, by sending a Treasury Check to the address captioned above.

State of WA
County Of King

I certify that I know or have satisfactory evidence that
David Merrill is/are the person who
appeared before me, and signed and sworn
on 6/29/2016 (date).

Signature Notary Public     Commission Expires

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/

Trustee.



IN THE Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800

UNITED STATES OF AMERICA

v.

CERTAIN PRETEND JUDGES/VACANT OFFICES

David Merrill
3385 North Academy Boulevard STE #189
Colorado Springs, Colorado. 80917-5103

Case #16-cv-5520

**Warrant for Arrest**

To: The UNITED STATES MARSHALS SERVICE OR ITS REPRESENTATIVES -
GREETINGS:

PURSUANT to the Order for Arrest in personam of Defendants, True Bill Instant -

David GILBERT #13737; Maria PRUDEK #16155; Frances Renae JOHNSON #36200; Kirk
Stewart SAMELSON #8832; Gilbert MARTINEZ #8754

All of whom can be found during typical business at the 4th Judicial District courthouse at 270 S.
Tejon Street in Colorado Springs, Colorado; YOU ARE HEREBY COMMANDED TO
ARREST the defendants herein described and to make your return as provided by law;

Take the defendants into federal custody in Littleton, Colorado, and

Promptly make your return of this Warrant to the USDC clerk of court in Washington state,
address captioned above.

Done in Washington state at Tacoma, near Olympia this 29th day of June Twenty-
Sixteen/ King

I certify that I know or have satisfactorily evidence that
David Merrill is/are the person who
appeared before me, and signed and sworn
on 6/28/2016 (date).

_____    _____
Signature Notary Public         Commission Expires

James W. Hardy, Merrill - Trustee.



**STATE OF WASHINGTON**
**DEPARTMENT OF LICENSING**


## AFFIDAVIT OF LICENSURE


STATE OF WASHINGTON)
                 )S.S
COUNTY OF THURSTON)


I, Kim Summers, certify that on May 23, 2016 I made a good faith search of the Department of Licensing's records under my custody and control for notary public licensing records pertaining to:

### Thomas W. Hardy

As a result of my search, I found that an initial notary public appointment was issued by the Department of Licensing to the above named person on July 14, 2010 with an expiration date of May 4, 2014. The notary public appointment was renewed beginning May 4, 2014 with an expiration date of May 4, 2018.

I, Kim Summers, depose and say that I am the Manager for the Notary Public Program, Business and Professions Division, Department of Licensing for the state of Washington, and being the lawful custodian of records do hereby certify and declare under penalty of perjury under the laws of the state of Washington, pursuant to Section 9A.72.085 RCW, that the information and statements provided herein are true and correct.


_Kim Summers_                                  _5/23/16_
Kim Summers, Manager                              Date
Notary Public Program
Post Office Box 9027
Olympia, Washington 98507-9027
(360) 664-1532
ksummers@dol.wa.gov


The Department of Licensing has a policy of providing equal access to its services.
If you need special accommodation, please call (360) 664-1550 or, for the hearing impaired, TTY (360) 664-8885.

District Court
El Paso County, Colorado
Court Address: 207 S. Tejon St, Colorado Springs, CO 80901

In re:
The Marriage of:

Petitioner: Roxanne T. Van Pelt kna Roxanne Chastain

Respondent: David M. Van Pelt

**COURT USE ONLY**

Attorney for Petitioner
Steven J. Barr
1708 N. Tejon St.
Colorado Springs, CO 80907
Phone Number: 719 491 1993     E-mail: sbarr@coolmmercial.net
FAX Number:     Atty. Reg. #5083

Case Number:  87DR3023

Division       Courtroom

Notice of Charging Order

Comes Now the Petitioner, through Counsel and states as follows:

1. A copy of the signed Charging Order was emailed to the Catherine Seal Esq the attorney and Personal Representative of the Estate of Louanne Van Pelt Case No. 2015PR3054 on June 9, 2016.

2. A copy of this Order was sent to the last known address of the Respondent on June 24, 2016 and emailed to Courier Process Service, 115 E. Vermijo #202 Colorado Springs, CO, 80903 on June 24, 2015, to wit:

   David M. Van Pelt 3355 N. Academy Blvd., #189, Colorado Springs, CO 80917

Respectfully Submitted June 24, 2016,

*/s/ Steven J. Barr*
Steven J. Barr #5083

DISTRICT COURT, EL PASO COUNTY, COLORADO

Court Address:
270 S. Tejon, Colorado Springs, CO, 80901

**Petitioner(s)** ROXANNE T VANPELT

and

**Respondent(s)** DAVID M VANPELT

△ COURT USE ONLY △

Case Number: 1987DR3023

Division: R          Courtroom:

Order, Proposed Order - Charging Order

The motion/proposed order attached hereto GRANTED.

Issue Date: 6/9/2016

*[signature]*

GILBERT ANTHONY MARTINEZ
District Court Judge

District Court
El Paso County, Colorado
Court Address: 207 S. Tejon St, Colorado Springs, CO 80901

In re:
The Marriage of:

Petitioner: Roxanne T. Van Pelt kna Roxanne Chastain

Respondent: David M. Van Pelt

COURT USE ONLY

Attorney for Petitioner
Steven J. Barr
1708 N. Tejon St.
Colorado Springs, CO 80907
Phone Number: 719 491 1993   E-mail: barr@cocommercial.net
FAX Number:                  Atty. Reg. # 5083

Case Number: 87DR3023

Division          Courtroom

**CHARGING ORDER**

THE COURT, having considered Petitioner Roxanne T. Van Pelt kna Roxanne Chastain's, Forthwith Motion for Charging Order pursuant to C.R.S. § 7-80-703, and having reviewed the file and otherwise being fully advised in the premises doth hereby Order:

1. This Court's judgment entered on May 16, 2016, remains unsatisfied and no request for stay or posting of supersedes bond has been made.

2. Pursuant to C.R.S. § 7-80-703, any interest David M. Van Pelt has in Estate of Louanne Van Pelt, Case No. 2015PR30734, in the District Court, El Paso County, Colorado is hereby charged with payment of the Court's Judgment of May 16, 2016 against David M. Van Pelt ("Proceeds").

3. The Personal Representative is ordered to abide by this Order, and to pay to the Petitioner, as set forth below, from the Estate such amounts as are necessary to satisfy the judgment against David M. Van Pelt entered herein, less payments made or funds received, plus interest and costs. The Petitioner within 7 days of the Estate's request, shall provide the Estate with an affidavit setting forth the Judgment amounts.

4. The Clerk of the Court is hereby appointed the Receiver of any Proceeds, and profits, disbursements, or other money due or to become due to David M. Van Pelt from the Proceeds.

5. Any disbursements or monies payable to David M. Van Pelt, or the portion thereof necessary to satisfy the judgment herein, shall immediately be deposited with

1

the Clerk of this Court, and failure to make such deposit, shall result in a finding of contempt by this Court.

6.  The Clerk of this Court shall hold all such monies in the Registry Fund of this Court, for a period of 21 days, during which time David M. Van Pelt may file with the Court, in writing, any objections with respect to the application of the disbursements towards the satisfaction of this Court prior judgment in favor of the Petitioner. Should a timely objection be filed, the Clerk of the Court will retain any such funds in its Registry Fund pending a hearing on the objection. If no such objections is timely filed, the Clerk of this Court shall apply the funds in partial full payment on the outstanding judgment, and shall immediately disburse the funds as follows:

Steven J Barr, Trust Account
1708 N Tejon St.
Colorado Springs, Colorado 80907

2

7.  David M. Van Pelt and the Personal Representative are ordered: (1) to immediately provide any requested documents to the movants, and 2) are prohibiting from avoiding the order by making loans or not paying normal distributions.

8.  A copy of this signed order shall be served upon David M. Van Pelt, with a copy sent to the Estate's Personal Representative, Catherine Seal, Esq., within 14 days of the date this order is issued.

DONE this _____, 2016.

                                                    BY THE COURT

                                                    _____
                                                    District Court Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID MERRILL of the VAN PELT
family,

                Plaintiff,

      v.

THE UNITED STATES OF AMERICA,

                Defendant.

CASE NO. C16-5520 RJB

ORDER TO SHOW CAUSE

This matter comes before the court *sua sponte* after review of the file.

On June 22, 2016, Plaintiff filed a criminal complaint allegedly on behalf of the United States of America against David Gilbert, Marla Prudek, Frances Renae Johnson, Rick Stewart Samelson and Gilbert Martinez. Dkt. 1. Plaintiff makes charges of: conspiracy, "criminal syndicalism statewide (Secretary of State) so that no remedy exist over the collusion," exercising office unlawfully, "vacant office," and "form of oath" to have ever-living God as witness." *Id.,* at 2. Plaintiff also filed other pleadings, including a "True Bill – Jubilee Claim," which provides "[t]he US Marshal is ORDERED to cause the Arrests of the listed Defendants herein and to Return a Report to Us, Me and the Court." Dkt. 1, at 1.

**Review of the Complaint.** The court has carefully reviewed the complaint in this matter. Because plaintiff filed this complaint *pro se*, the court has construed the pleadings liberally and

1    has afforded plaintiff the benefit of any doubt. *See Karim-Panahi v. Los Angeles Police Dep't,*

2    839 F.2d 621, 623 (9th Cir.1988).

3         **Jurisdiction and Standing.** "Federal courts are courts of limited jurisdiction," and there

4    is a presumption "that a cause [of action] lies outside this limited jurisdiction [.]" *Kokkonen v.*

5    *Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 377 (1994).   A federal court is presumed to lack

6    subject matter jurisdiction until plaintiff establishes otherwise. *Id.; Stock West, Inc. v.*

7    *Confederated Tribes,* 873 F.2d 1221, 1225 (9th Cir.1989).

8         An action must be dismissed for lack of jurisdiction if it: (1) does not arise under the

9    Constitution, laws, or treaties of the United States, or does not fall within one of the other

10   enumerated categories of Art. III, Section 2, of the Constitution; (2) is not a case or

11   controversy within the meaning of the Constitution; or (3) is not one described by any

12   jurisdictional statute. *Baker v. Carr,* 369 U.S. 186, 198 (1962); *D.G. Rung Indus. Inc. v.*

13   *Tinnerman,* 626 F.Supp. 1062, 1063 (W.D. Wash. 1986). "In its constitutional dimension,

14   standing imports justiciability; whether the plaintiff has made out a 'case or controversy'

15   between himself and the defendant within the meaning of Art. III" of the U.S. Constitution.

16   *Warth v. Seldin,* 422 U.S. 490, 498 (1975).   In the absence of standing, a federal court 'lacks

17   subject matter jurisdiction over the suit.'" *Righthaven LLC v. Hoehn,* 716 F.3d 1166, 1172 (9th

18   Cir. 2013)(*internal citations omitted*).

19        "Under the authority of Art. II, s 2, Congress has vested in the Attorney General the

20   power to conduct the criminal litigation of the United States Government." *United States v.*

21   *Nixon,* 418 U.S. 683, 694 (1974).   A citizen, accordingly, may not bring criminal charges against

22   another by filing a complaint in this court. *See Aldabe v. Aldabe,* 616 F.2d 1089, 1092 (9th

23   Cir.1980).

24

1    Plaintiff's complaint attempts to make criminal charges, on behalf of the United States,

2    against individuals, some who allegedly live in Colorado.  It appears that Plaintiff does not have

3    standing to assert these claims.  Accordingly, Plaintiff is ordered to show cause, in writing, on or

4    before July 15, 2016, if any he has, why this case should not be dismissed for lack of subject

5    matter jurisdiction.  Failure to show cause may result in dismissal of the case.

6    Therefore, it is hereby **ORDERED** that

7    Plaintiff is ordered to show cause, in writing, if any he has, on or before July 15,

8    2016, why this case should not be dismissed for lack of subject matter

9    jurisdiction;

10   • Failure to show cause may result in dismissal of the case.

11   The Clerk is directed to send uncertified copies of this Order to all counsel of record and

12   to any party appearing *pro se* at said party's last known address.

13   Dated this 27th day of June, 2016.

ROBERT J. BRYAN
United States District Judge

ORDER TO SHOW CAUSE- 3

# Other Orders/Judgments
## 3:16-cv-05520-RJB Merrill v.
## United States of America

LAW_CLERK_B

**U.S. District Court**

**United States District Court for the Western District of Washington**

**Notice of Electronic Filing**

The following transaction was entered on 6/27/2016 at 1:37 PM PDT and filed on 6/27/2016
**Case Name:**     Merrill v. United States of America
**Case Number:**    3:16-cv-05520-RJB
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER TO SHOW CAUSE, by Judge Robert J. Bryan. Plaintiff is
ordered to show cause, in writing, if any he has, on or before July
15, 2016, why this case should not be dismissed for lack of subject
matter jurisdiction. Show Cause Response due by 7/15/2016. (cc:
Pltf @ Colorado Springs, CO address.) (DK)**

**3:16-cv-05520-RJB Notice has been electronically mailed to:**

**3:16-cv-05520-RJB Notice will not be electronically mailed to:**

David L Merrill
3355 North Academy Blvd
Ste #189
Colorado Springs, CO 80917-5103

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035729271 [Date=6/27/2016]
[FileNumber=5202364-0
]
[653fdd13e036c6c6a88f23e581f657e72de54519a4caeeed783ee8db3edec375c
5582de3e94fc048b16907eb9b60029dbee60f688676984fdc90708fc745f3]]



```
        The UPS Store - #6046
           720 N 10th Street
                   A
            Renton, WA 98057
             (425) 235-7447

          07/08/16  05:19 PM

      We are the one stop for all your
     shipping, postal and business needs.

            Google "6046"


|||||||||||||||||||||||||||||||||||||||||

001 000003 (011)         TO $  10.00
    Notary
002 001040 (001)         TO $   8.61
    Ground Commercial
    Tracking# 1ZV326300394501078
003 001040 (001)         TO $  10.14
    Ground Commercial
    Tracking# 1ZV326300361169384
004 001040 (001)         TO $  10.45
    Ground Commercial
    Tracking# 1ZV326300361171022
005 001040 (001)         TO $  10.45
    Ground Commercial
    Tracking# 1ZV326300394505994
006 001040 (001)         TO $  10.14
    Ground Commercial
    Tracking# 1ZV326300361174305
007 500349 (025)         T1 $   3.95
    Lrg Manila        NR QTY 5
    Reg Unit Price     $   0.79

              SubTotal  $  63.74
        Sales Tax (T1)  $   0.38
                 Total  $  64.12

                  VISA  $  64.12
ACCOUNT NUMBER *    ***********7884
Appr Code:   (S) Sale
```

*Lawful Money.*

```
   Items Designated NR are NOT eligible
     for Returns, Refunds or Exchanges.

 Receipt ID 82180113584589888174 011 Items
 CSH: Tim            Tran: 7903 Reg: 002

 Thank you for supporting a local Business.
       Please come back again soon.

    Whatever your business and personal
      needs, we are here to serve you.
```