# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON


DAVID MERRILL of the VAN PELT
family,

        Plaintiff,

           v.

THE UNITED STATES OF AMERICA,

        Defendant.

CASE NUMBER:  C16-5520RJB

JUDGMENT IN A CIVIL CASE

_____ Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


THE COURT HAS ORDERED THAT

    This case is DISMISSED.


_____July 18, 2016_____

WILLIAM M. McCOOL_____
CLERK

/s/ Dara .Kaleel_____
By Dara L. Kaleel, Deputy Clerk