

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **DAVID MERRILL of the VAN PELT family,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES IF AMERICA**<br><br>Defendants, | No. 16-cv-5520<br><br>**Declaration of Mailing**<br><br>**NOTICE OF LIEN**<br>**AFFIDAVIT OF LICENSURE**<br>**AND ATTACHMENTS** |
| David Merrill<br>3355 North Academy Boulevard STE # 189<br>Colorado Springs, Colorado 80917-5103 | |

The undersigned, hereby declares under penalty of perjury under the laws of the State of Washington, that the following is true and correct: I am now, and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen years, not a party to or have an interest in the above entitled action and competent to be a witness.

Certified Mailings:

On the date of **August 6, 2016** at the address of **1102 A Street, City of Tacoma, Washington 98402**, I mailed true and correct copies to:

USDC Denver
901 19th Street – A 105
Denver, Colorado 80284

16-cv-5520

File # 217140
FEI # 1008.252476

16-cv-5520 continued

Regular Mailing:

On the date of **August 6, 2016** at the address of **1102 A Street, City of Tacoma, Washington 98402**, I mailed true and correct copies to:

China Daily Newspaper
No. 15 Huixin Dongjie
Chaoyang District,
Beijing 100029, PRC

China Daily European Weekly
90 Cannon Street,
London, England   EC4N 6HA

Clerk of Court
Att: Dr. Kali AVIV,
Inbal GALON
And
Ifat TARABOULOS
Weizmann St. 1,
Tel Aviv-Yafo, 6423901, Israel

Dated this 8-3-2016

File # 217140
FEI # 1008.252476