Case 3:16-cv-05520-RJB   Document 14   Filed 01/06/17   Page 1 of 9

Case 1:15-mc-00053   Document 29   Filed 12/19/16   USDC Colorado   Page 1 of 3
Case 1:15-mc-00145   Document 18   Filed 11/23/16   USDC Colorado   Page 1 of 27

15-053        Dec 28

USDC Colorado;   15-53 and 145

*228853*

228853  12/15/2016 12:03 PM   Kelley Camper
1 of 3   R$20 D$0 N$0 S$1 M$0 E$0 Custer County Clerk

| | |
|---|---|
| The Fourth Judicial District Court - State of Colorado<br>270 S. Tejon Street<br>Colorado Springs, Colorado. 80903<br><br>In the Matter of Leeanne Clark VAN PELT living Trust | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>DEC 19 2016<br><br>JEFFREY P. COLWELL<br>CLERK |
| David Merrill<br>3355 North Academy Boulevard #189<br>Colorado Springs, Colorado. 80917-5103 | Case #15 PR 30574<br>Case #15 - 48039<br>Case #15 - 31641<br>Case #87 - 3023 |

### NOTICE OF VOID JUDGMENT(S)

Dear clerk of court;

You are hereby notified that any and all judgments, decrees, opinions and orders in the above listed cases are null and void due to lack of bonding by any of the alleged judicial officers. The Colorado constitution and the revised statutes provide execution of law impeaching all the actors involved in any of the cases, and beyond, as described in the attached 5-page Complaint to the Tenth Circuit Executive, David TIGHE. TIGHE has defaulted on the Complaint which was served on his office in Denver on 10/25/16 and also copied to the two cases in the USDC Denver 15-53 and 15-145.

I have enclosed a full copy of the Complaint, complete with the Attachments but for brevity I am only including the five pages of text in this Notice. The Attachments were mostly the deviant oaths of the "officers" acting on the four cases in your court, and also showing intent and culpability for dodging proper bonding - as the Attachments included earlier, properly bonded oaths by the same "officers" proving that they intentionally are sitting in vacant offices as described by Colorado law.

The Tenth Circuit Executive has defaulted on setting the outstanding acting fees arising from the vacant-office actors and therefore you are notified that any and all judgments, decrees, opinions and orders arising in any of the cases captioned are null and void.

I wish for you to file the complete Complaint in the Case #30574 and the copies with only the five text pages as you see them marked in the other three case files. This should be adequate for proper notice. A copy is being mailed to the Tenth Circuit Executive as verified by the receipt tracking numbers.





NOV 18 2016

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 23 2016

JEFFREY P. COLWELL
CLERK

The Fourth Judicial District Court - State of Colorado
270 S. Tejon Street
Colorado Springs, Colorado. 80903

**In the Matter of Louanne Clark VAN PELT living Trust**

David Merrill
3355 North Academy Boulevard #189
Colorado Springs, Colorado. 80917-5103

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

NOV 2 3 2016

DR. LYNETTE CORNELIUS
CLERK OF COURT

Case #15 PR 30574
Case #15 - 48039
Case #15 - 31641
Case #87 - 3023

## NOTICE OF VOID JUDGMENT(S)

Dear clerk of court;

You are hereby notified that any and all judgments, decrees, opinions and orders in the above listed cases
are null and void due to lack of bonding by any of the alleged judicial officers. The Colorado constitution
and the revised statutes provide execution of law impeaching all the actors involved in any of the cases,
and beyond, as described in the attached 5-page Complaint to the Tenth Circuit Executive, David TIGHE.
TIGHE has defaulted on the Complaint which was served on his office in Denver on 10/25/16 and also
copied to the two cases in the USDC Denver 15-53 and 15-145.

I have enclosed a full copy of the Complaint, complete with the Attachments but for brevity I am only
including the five pages of text in this Notice. The Attachments were mostly the deviant oaths of the
"officers" acting on the four cases in your court, and also showing intent and culpability for dodging
proper bonding - as the Attachments included earlier, properly bonded oaths by the same "officers"
proving that they intentionally are sitting in vacant offices as described by Colorado law.

The Tenth Circuit Executive has defaulted on settling the outstanding acting fees arising from the vacant-
office actors and therefore you are notified that any and all judgments, decrees, opinions and orders
arising in any of the cases captioned are null and void.

I wish for you to file the complete Complaint in the Case #30574 and the copies with only the five text
pages as you see them marked in the other three case files. This should be adequate for proper notice. A
copy is being mailed to the Tenth Circuit Executive as verified by the receipt tracking numbers.

NOV 1 8 2016







**STATE OF WASHINGTON**
**DEPARTMENT OF LICENSING**

## AFFIDAVIT OF LICENSURE

STATE OF WASHINGTON)
                                              )S.S
COUNTY OF THURSTON)

I, Kim Summers, certify that on May 23, 2016 I made a good faith search of the Department of Licensing's records under my custody and control for notary public licensing records pertaining to:

### Thomas W. Hardy

As a result of my search, I found that an initial notary public appointment was issued by the Department of Licensing to the above named person on July 14, 2010 with an expiration date of May 4, 2014. The notary public appointment was renewed beginning May 4, 2014 with an expiration date of May 4, 2018.

I, Kim Summers, depose and say that I am the Manager for the Notary Public Program, Business and Professions Division, Department of Licensing for the state of Washington, and being the lawful custodian of records do hereby certify and declare under penalty of perjury under the laws of the state of Washington, pursuant to Section 9A.72.085 RCW, that the information and statements provided herein are true and correct.

_Kim Summers_                                              _5/23/16_
Kim Summers, Manager                                    Date
Notary Public Program
Post Office Box 9027
Olympia, Washington 98507-9027
(360) 664-1532
ksummers@dol.wa.gov

Certification

I hereby certify that I have exhausted all administrative remedy and that no judicial officers are to be found. The oath of office is sacrosanct as a fungible fidelity bond and any alteration nullifies all legal effect. Evidence repositories cited in the five-page text Complaint to David TIGHE, pretending Tenth Circuit Executive in Denver, Colorado describe and demonstrate criminal collusion of which I will not participate. To describe this more gently the deviations in the oaths of office are coerced equity courts, diminishing the constitutionally intended judicial branch of government. That the trained and literate attorneys do this at all defines a concerted collusion so that I cannot become involved at all without implying my consent to fraud. Reasonable sensibilities direct and dictate that this coerced equity forum is presented under fraudulent pretense.

I certify that this is a true bill and has been properly processed by execution of law.



$23,000,000.00

$23,000,000.00

## *Treasury Warrant*

*Pay to:* David Merrill VAN PELT the sum of $23,000,000.00 - Twenty-Three million dollars within Twenty-One (21) days of this postmarked notary day.

Send Treasury Check to: David Merrill c/o GOSERVE - at 115 E. Vermijo Avenue - STE 202; Colorado Springs, Colorado. 80903 . Lawful money is demanded pursuant to §16 of the Federal Reserve Act and Title 12 USC §411.



In Evidence: USDC CO 15-53;15-145; USDC WA 16-5520; USCFC DC 15-1416

**State of WA**
**County Of King**

I certify that I know or have satisfactory evidence that
David Merrill (is /are the person who appeared before me, and signed and sworn on 01/03/2017 (date).

Thomas W Haddy
Signature Notary Public

Commission Expires: 5/4/2018

THOMAS W. HADDY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
05-04-18

$23,000,000.00

$23,000,000.00

Certification

I hereby certify that I have exhausted all administrative remedy and that no judicial officers are to be found. The oath of office is sacrosanct as a fungible fidelity bond and any alteration nullifies all legal effect. Evidence repositories cited in the five-page text Complaint to David TIGHE, pretending Tenth Circuit Executive in Denver, Colorado describe and demonstrate criminal collusion of which I will not participate. To describe this more gently the deviations in the oaths of office are coerced equity courts, diminishing the constitutionally intended judicial branch of government. That the trained and literate attorneys do this at all defines a concerted collusion so that I cannot become involved at all without implying my consent to fraud. Reasonable sensibilities direct and dictate that this coerced equity forum is presented under fraudulent pretense.

I certify that this is a true bill and has been properly processed by execution of law.



JAN 0 3 2017

TERRITORY 1861

STATE 1876

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

$23,000,000.00

$23,000,000.00

# Treasury Warrant

*Pay to:* David Merrill VAN PELT the sum of $23,000,000.00 - Twenty-Three million dollars within Twenty-One (21) days of this postmarked notary day.

Send Treasury Check to: David Merrill c/o GOSERVE - at 115 E. Vermijo Avenue - STE 202; Colorado Springs, Colorado. 80903 . Lawful money is demanded pursuant to §16 of the Federal Reserve Act and Title 12 USC §411.



State of WA
County Of King

I certify that I know or have satisfactory evidence that
David Merrill _____ is/are the person who
appeared before me, and signed and sworn
on 01/03/2017 (date).

_____
Signature Notary Public

Commission Expires 5/4/20/8

In Evidence: USDC CO 15-53;15-145; USDC WA 16-5520; USCFC DC 15-1416

$23,000,000.00

$23,000,000.00



The UPS Store - #6046
720 N 10th Street
A
Renton, WA 98057
(425) 235-7447

01/03/17  09:52 AM

001 000003 (011)              TO $  10.00
    Notary
002 000001 (003)              T1 $   0.60
    Copies               QTY 4
    Reg Unit Price    $   0.15
003 001040 (001)              TO $  10.71
    Ground Commercial
    Tracking# 1ZV326300373774420
004 001040 (001)              TO $   9.28
    Ground Commercial
    Tracking# 1ZV326300373776062
005 001040 (001)              TO $  10.64
    Ground Commercial
    Tracking# 1ZV326300307135646
006 001040 (001)              TO $  10.71
    Ground Commercial
    Tracking# 1ZV326300373803942

              SubTotal  $  51.94
          Sales Tax (T1) $   0.06
                 Total  $  52.00

                  VISA  $  52.00
ACCOUNT NUMBER *      ************7884
Appr Code:   (S)  Sale

Receipt ID 82180148898170888723 009 Items
CSH: Thomas           Tran: 0654 Reg: 002

Appr Code:   (S)  Sale
VISA                          52.00

*handwritten annotations:* Original CURRY OCC / USDC WA BRYAN / USDC CO / USCFC WOLSKI

*handwritten:* Lawful Money.

DAVID MERRILL

CENTER COPY