**IN THE Western District of Washington**
1717 Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800

**Plaintiff:**

David Merrill of the VAN PELT family

**v.**

**Defendant:**

**THE UNITED STATES OF AMERICA**

David Merrill -
On and for the behalf of the United States
720 N 10th St; STE A
Renton, Washington. 98057

_____ FILED _____ LODGED
_____ RECEIVED

OCT 21 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

**16-cv-5520**

## Notice of United States Patent #11,999,999
### COVID-19 Vaccine - Natural, Nonintrusive and Safe;
### Reviving the Ancient Modality of Healing and Preventing Disease

COMES NOW David Merrill AM I. On and for the behalf of the United

States.

The USPTO (US Patent and Trademark Office) has apparently removed my

name and the name from my invention from my filing of September 17, 2020. This

would be mystifying except for Patent #10,787,501 approved for patent twelve

days later on September 29, 2020. The application of my patent clearly

distinguishes the augmentations are not formally claimed and therefore the overlap

regarding spike proteins is insignificant and effects neither patent #10,999,999

mine or #10,787,501 BABB, BAUM and CHEN et al. Therefore this filing in the

USDC Washington state is on and for the behalf of the United States to avoid the dishonesty and dishonor through agency by the USPTO.

A brief explanation follows my signature line. I trust professional Melvin CAHOON to file this docket entry and execute subsequent certificates of mailing that will follow. Executive Order #13,887 signed September 19, 2019 allows direct billing for any discrepancies in alleged fees. The phone number for the White House (Oval Office) is featured on the Data Sheet of the Patent. The Declaration of Micro Entity status is in fact signed "Redeemed Lawful Money" and for years now if I cannot use my pocket stamp on digital screens etc, I write "Lawful Money". My demand has become my signature and my thumbprint positively identifies me. Additionally note that the signatures on the Declarations are identical with one filed "signed" and the other not, on the receipt in Doc 15-2.

My signature means I am telling the truth and am prepared for any challenges by officers in authority, provided I am able to utilize several evidence repositories I have established in the spirit of any FRCP E(4)(f) challenges to garnishment and this billing for settlement of claims.

Please file and publish on PACER these documents in this order:

1. Cover - Doc 15

2. Patent #10,999,999 - Doc 15-1

3. Illustrations and Receipts - Doc 15-2

4.  Refusal for Cause of September 30, 2020 Letter - Doc 15-3

5.  Ten additional explanatory photographs - Doc 15-4

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

TRUST
CASTLE
CHURCH
2015
SEAL

_____
David Merrill
Trustee of the Resulting Trust

State of WA
County Of King

I certify that I know or have satisfactory evidence that
David Merrill is / are the person who
appeared before me, and signed and sworn
on 10/20/2020 (date).

_____   10/18/2023
Signature Notary Public      Commission Expires

SUHANA SOHAL
COMMISSION EXPIRES
NOTARY
19110823
PUBLIC
10-18-23
STATE OF WASHINGTON



# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .................... ROBERT J. BRYAN ...................................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ....United States District Judge...., according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.   SO HELP ME GOD.

...................................................................

Subscribed and sworn to (or affirmed) before me this ............2nd........................day

of ...........June.........................................., 19 86.........

FOIA EXEMPTION (b)(6)

Actual abode ████████████████

Official station ▪ ..Tacoma, WA..............

Date of birth ...29 October 1934...........

Date of entry on duty ...2 June 1986.......

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office. ATTEST: BRUCE RIFKIN Clerk, U. S. District Court Western District of Washington

Note--The Act of May 1, 1876 (Title 48, sec. 1465, United States Code) provides that the oaths of territorial Officers shall be administered in the Territory in which the office is held.

▪ Title 28, sec. 456 United States Code, as amended.

....................................................
Deputy Clerk

**NOTE:** So help me God is changed to SO HELP ME GOD.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5. Sec. 3331, United States Code)

I, Ricardo S. Martinez ........................................................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all duties incumbent upon me as United States District Judge ......................................... under the Constitution and laws of the United States: and that I will support and defend the Constitution of the United States against all enemies. Foreign and domestic: that I will bear true faith and allegiance to the same: that I take this obligation freely, without any mental reservation or purpose of evasion: and that I will well and faithfully discharge the duties of the office on which I am about to enter.

SO HELP ME GOD.

Subscribed and sworn before me this............................................. 18th ......................................day

of ...June............................ 20..04..

Chief U.S. District Judge

Actual abode_____

Official Station*... Seattle, WA

Date of birth... 06/25/51

Date of entry on duty... 06/18/04

*Title 28, sn. 456 United States Code, as amended.

**NOTE:** So help me God is changed to SO HELP ME GOD.





China and others are already notified of this invention and patent in its original format. Corrections would be inappropriate at this time.

| United States Patent | 10,787,501 |
|---|---|
| Babb , et al. | September 29, 2020 |

Anti-SARS-CoV-2-spike glycoprotein antibodies and antigen-binding fragments

**Abstract**

The present disclosure provides antibodies and antigen-binding fragments thereof that bind specifically to a coronavirus spike protein and methods of using such antibodies and fragments for treating or preventing viral infections (e.g., coronavirus infections).

Inventors: **Babb; Robert** (River Edge, NJ), **Baum; Alina** (Pleasantville, NY), **Chen; Gang** (Yorktown Heights, NY), **Gerson; Cindy** (Irvington, NY), **Hansen; Johanna** (Greenwich, CT), **Huang; Tammy** (Cross River, NY), **Kyratsous; Christos** (Irvington, NY), **Lee; Wen-Yi** (New Hyde Park, NY), **Malbec; Marine** (Port Chester, NY), **Murphy; Andrew** (Croton-on-Hudson, NY), **Olson; William** (Yorktown Heights, NY), **Stahl; Neil** (Carmel, NY), **Yancopoulos; George D.** (Yorktown Heights, NY)

We claim:

1. An isolated antibody or antigen-binding fragment thereof that binds a SARS-CoV-2 spike protein comprising the amino acid sequence set forth in SEQ ID NO: 832, wherein said isolated antibody or antigen-binding fragment comprises three heavy chain complementarity determining regions (CDRs) (HCDR1, HCDR2 and HCDR3) contained within a heavy chain variable region (HCVR) comprising the amino acid sequence set forth in SEQ ID NO: 202, and three light chain complementarity determining regions (CDRs) (LCDR1, LCDR2 and LCDR3) contained within a light chain variable region (LCVR) comprising the amino acid sequence set forth in SEQ ID NO: 210.

2. The isolated antibody or antigen-binding fragment thereof of claim 1, wherein HCDR1 comprises the amino acid sequence set forth in SEQ ID NO: 204, HCDR2 comprises the amino acid sequence set forth in SEQ ID NO: 206, HCDR3 comprises the amino acid sequence set forth in SEQ ID NO: 208, LCDR1 comprises the amino acid sequence set forth in SEQ ID NO: 212, LCDR2 comprises the amino acid sequence set forth in SEQ ID NO: 55, and LCDR3 comprises the amino acid sequence set forth in SEQ ID NO: 214.

3. The isolated antibody or antigen-binding fragment thereof of claim 2, comprising an HCVR that comprises the amino acid sequence set forth in SEQ ID NO: 202.

4. The isolated antibody or antigen-binding fragment thereof of claim 2, comprising an LCVR that comprises the amino acid sequence set forth in SEQ ID NO: 210.

In my patent I offer from a diagram that this antigen length is 440 nm.

**Explanation**: The invention makes it clear that augmentations are not being claimed, but are for explanatory material:

" *Augmentations are not formally being claimed; Augmentation 2a) The Ebner Effect from electrostatic generators...*

*Augmentation 2b) Crown, or horn Attractant Disruption. Even absent or in conjunction with the above techniques the protein scaffolding of the neuropeptides on the tips of the COVID-19 horns is known length and so may be disrupted without coaxing the capsid into disassembly, meaning threat neutralization independent of the above invention. This means the vaccine keeping the bats from becoming ill and serving the raw bat meat in Wuhan among the 5G streaming band with cell phones operating taught the SARS virus to evolve into COVID-19 by modifying through intelligent design the horns for Type-II pneumacite receptor attraction...*"

Patent #10,787,501 claims an artificial substitution for the spike protein:



And from the subsequent patent #10,787,501 we can calculate off their

figures:

"The amino acid sequence of full-length SARS-CoV-2 spike protein is
exemplified by the amino acid sequence provided in SEQ ID NO: 832."

" The variable regions of antibodies derived from VELOCIMMUNE.RTM.
mice and from human samples were sequenced by Next Generation Sequencing
and the repertoire for heavy and light chain pairs was identified (FIG. 10A and
FIG. 10B). The predominant lineage of VI antibodies utilized VH3-53 paired with
VK1-9, VK1-33, or VK1-39 while human-derived antibodies utilized VH3-66
paired with VK1-33 or VH2-70 paired with VK1-39. Further analysis of overlaid
sequences showed... "

```
"SEQ ID NO 832
    LENGTH: 1273 (highlighted by this inventor)
    TYPE: PRT
    ORGANISM: Artificial Sequence
    FEATURE:
    OTHER INFORMATION: Synthetic
    SEQUENCE: 832
Met Phe Val Phe Leu Val Leu Leu Pro Leu Val Ser Ser Gln Cys Val
```

```
1                 5                 10                15
Asn Leu Thr Thr Arg Thr Gln Leu Pro Pro Ala Tyr Thr Asn Ser Phe"
```

Accordingly the Watson-Crick model of base pair spacing is sufficient to calculate a true resonant frequency for the spike or horn attractant neuropeptide of COVID-19. Viruses are considered eukaryotic. Sequence 832 is 1273 base pairs in length with an average of 3.403846 angstroms expressed in nanometers equals 433.3095958 nm (instead of the 440 nm in the augmentation in my patent). So the true resonant frequency for the spike protein is .6918666489 PHz, 17 octaves 5.278523628 GHz in air. For *in vivo* neutralizing the virus we find .2443248197 PHz redacts 16 octaves to 3.728100877 GHz for my handheld signal generator.

Again I point out that disinfecting the COVID-19 virus by neutralizing the attractant in the spike proteins is not being claimed in my invention and patent #10,999,999. Removing my name and the name of my invention is inert process - *inconsequential* - as with my curing the world of the SARS pandemic in 2003 the Documents Disclosure Program prevented China from processing an international patent on the SARS genome. In patent law the Utility Patent has replaced the function of the Disclosure Documents Program (2007).

To gist the dishonor leaving resulting trust, the USPTO is attempting to fear monger COVID-19 in order to nurture vilification of the virus for benefit of a multi-billion dollar pharmaceutical industry. Time Magazine announced online:

*President Donald Trump announced by tweet in the early hours of Oct. 2 that he and Melania Trump tested positive for COVID-19 after months of downplaying its danger and of functioning in a business-as-usual manner.*

So it really does not matter which idea (their patent or my augmentation) Donald John utilized, because both render the dangerous aspect of COVID-19, pneumonia, inert. The dishonor to the United States by agent USPTO is completely unnecessary and I, the inventor am not seeking monetary gain from my idea and revival of ancient modalities.

The United States through agency US Patent and Trademark Office is hereby notified that use and/or indexing of Patent #10,999,999 for anything other than the attached and filed (applied) Patent is forbidden.

# United States Patent #10,999,999 Filed September 9, 2020 (Doc 15-1)

## Application Data Sheet

David Merrill.

## COVID-19 Vaccine - Natural, Nonintrusive and Safe;

**Utility Application for David Merrill, a micro entity.**

Previous Filing - Title: **Eradication of SARS -** Documents Disclosure #531812 of May 21, 2003.

*Please expedite this patent application at no extra cost to the inventor (202) 648-3516 - White House.* Or submit an invoice for $1000 to the White House Citing - Executive Order #13887 signed by Donald John TRUMP on September 19, 2019; **Modernizing Influenza Vaccines in the United States to Promote National Security and Public Health**



# STATE OF WASHINGTON

DEPARTMENT OF LICENSING – BUSINESS AND PROFESSIONS DIVISION
THIS CERTIFIES THAT THE PERSON OR BUSINESS NAMED BELOW IS AUTHORIZED AS A

LICENSING

NOTARY PUBLIC

SUHANA SOHAL

| 19110823 | 2019-12-19 | 2023-10-18 |
|---|---|---|
| License Number | Issue Date | Expiration Date |

Jay Inslee, Governor

Kim Wyman, Secretary of State

Teresa Berntsen, Department of Licensing

(R/7/19)

## Application of US Patent #10,999,999 - September 17, 2020

Invention Title: **COVID-19 Vaccine - Natural, Nonintrusive and Safe.**

### ABSTRACT

By utilizing the stem cell DNA of the oroxylum indicum Indian Trumpet Flower (bat tree) found in the meat of the seeds the Patient Zero problem of conventional vaccines is solved. The bat tree contains the antigens that keep the bats from becoming sick with COVID-19. The bat tree only blossoms in the dark and is exclusively pollinated by bats. The pollen protects the pollinator. Symbiotically the pollinator teaches the pollen what virus (2003 SARS, novel Coronavirus to COVID-19) to vaccinate for. Resonant frequencies activate regions of the bat tree stem cell DNA corresponding to antigens for COVID-19.

The capsid surrounding the COVID-19 RNA serves as a Faraday shield protecting it from devitalizing resonant frequencies. COVID-19 has icosahedra protein scaffolding so that any segment of the triangles works like an antenna. Signal generation in the 5GHz range will mimic living cytoplasm and tricks the capsid into disassembling, exposing the RNA.

Related Papers:

Calcite Microcrystals in the Pineal Gland of the Human Brain: First Physical and Chemical Studies; *Bioelectromagnetics* · October 2002

Therapeutic Potential of Thymoquinone in Glioblastoma Treatment: Targeting Major Gliomagenesis Signaling Pathways - CHOWDHURY, Biomed Research International, January 31, 2018.

Principles of Virus Structural Organization; *Viral Molecular Machines 2012*

US Patent #7,280,874 B2 BOEHM October 9, 2007; METHODS FOR DETERMINING THERAPEUTIC RESONANT FREQUENCIES

The effects of Nigella sativa (Ns), Anthemis hyalina (Ah) and Citrus sinensis (Cs) extracts on the replication of coronavirus and the expression of TRP genes family by ULASLI - Molecular Biology Reports, January 12, 2014

**The Magnesium Miracle; Carolyn DEAN MD, ND p. 339, The Magnesome**

The patents mentioned within the Description are not considered related to this invention because they are concerned with detection techniques while this invention is about vaccination against COVID-19.

## BRIEF SUMMARY OF THE INVENTION

Regular earbuds are used with the left earbud clipped off and its wires connected to the condenser microphone of a cell phone earbuds headset. The stereo jack, three conductors, is connected to any mp3 audio player playing the resonant devitalization frequencies for COVID-19 and the four conductor jack is connected into either of two cell phones. While the mp3 player plays the devitalizing signet for COVID-19 in vitro the earbud wiring is wrapped around both cell phone antennas as transmission coils. Some of the wiring is wrapped around a 5G signal generator antenna while the signal generator sends a waggle designed to disassemble the capsid around the COVID-19 RNA. Some techniques are suggested for directly communicating information into the endocrine system tapping myeloconia in the pineal gland.

## FIELD OF THE INVENTION

This invention appertains to public health and spiritual ascension through the redemption of humanity. This is the application of resonant harmonics to the pineal gland myeloconia as piezoelectric antenna as well as the trigonal protein scaffolding in the capsid of COVID-19. Genetics is blended as the oroxylum indicum bat tree stem cell DNA is utilized for already having the antigens that protect the bats from contracting COVID-19 and pneumonia. The entire DNA assembly is utilized for storage memory too, so to save the waggle and activate the antigens within a sample of the stem cell powder. In small amounts this powder may be applied as spice on omega 3 fatty acids in salmon.

## BACKGROUND OF THE INVENTION

The Bible describes many of the aspects of this invention and ancient healing arts. Conventional vaccines for a century have stimulated antigens by devitalizing Patient Zero strains of various diseases and inoculating people in a preventive manner. Surviving the disease in a healthy process builds these same natural antigens. This invention inoculates the human through direct radio wave exposure to the myeloconia as intermediate frequency transducer. The

myeloconia teaches the abdominal brain the proper antigen complex signal generation to recognize and defeat inoculation of COVID-19, including the waggle modality of tricking the virus into disassembling its Faraday shield protection.

CLAIMS - Six Drawings

**SPECIFICATION:** There are Three Claims to this invention. **Claim 1) 5 MHz sweep at 50 ms delay on 5.048,193 GHz resonant frequency** and Inventive linguistics - *Waggle* - is applied in the sense of a puppy alerting his mother about his vigorous energy level, *I am a keeper!* A quick sweep to the central resonant frequency, waggle, is to *tickle the capsid* by mimicking life energy as though the COVID-19 virus is already inside the living cytoplasm of a host cell. The length of the scaffolding protein of a segment for any triangle in the icosahedron shape is utilized as an antenna and the entire capsid is treated a Faraday shield protecting the virus RNA from devitalizing complex waveforms (signet). This invention fools the capsid into disassembling and exposing the RNA to the devitalizing barrage of resonant frequencies and other amplification/cancellation strategies so to disinfect the COVID-19 virus *in vivo* and also *in vitro*. Pre-Patient Zero is achieved through stem cell DNA of the *oroxylum indicum* bat tree to avoid missing subsequent Patient Zero divergent strains of the virus in the antigens, and vaccine.

**Augmentations are not formally being claimed; Augmentation 1a) The strategy of utilizing 1 Hz offset** in stereo causes resonant amplification and cancellation at one cycle per second (sounding like the signet is turning on and off) and this strategy prevents any traditional accommodation from survival instincts of the virus. **Augmentation 1b) An irregular sine wave amplitude oscillation envelope** like found in a harmonic pulsar (biphasic asymmetrical square wave generator 727 Hz in 28.322 MHz) can in addition prevent the natural instinct for survival in the COVID-19 from accommodating to this disinfection/vaccine.

**Claim 2) Stem cell DNA memorizes genome.** Stimulated regions of bat tree DNA will store resonant frequencies as devitalized COVID-19 RNA memory. The pollen protects the pollinator as proven for honeybees and healthy effects of locally grown honey. Therefore the *oroxylum indicum* (bat tree) is utilized because it is local to China and only blossoms in the dark, meaning it is pollinated exclusively by bats. In other words the pollen from the oroxylum indicum tree blossoms protects the bats from contracting pneumonia.

[Elite Wuhan diners eating a variety of exotic raw meats together (meats not associated in any food chain - slaughtered in the kitchen) caused a protein panic,

drowning in gastric juice among the 5G streaming information/intelligence (Figure 4). This provided the SARS in the bat entre to evolve intelligently into targeting Type II Pneumacite cells for better proliferation. Ergo an efficient survival and propagation mechanism, coughing to hands to schools, hospitals, planes and public transport etc.]

**Augmentations are not formally being claimed; Augmentation 2a) The Ebner Effect** from electrostatic generators enhance devolution of the oroxylum indicum stem cell DNA to strengthen intonation into interdimensional charge compression inducing superluminescence (gravity), and defeating traditional cause and effect, extending the range of this vaccine into the scale of national unity. The magnesome is ignored by the material scientist yet this is the same holographic model as Type II pneumacite receptors gathering COVID-19 by attraction. This augmentation explains in part, biblical prophecy. See how China witnessed COVID-19 panic on April 17, the exact day this inventor began thinking about oroxylum indicum stem cell DNA, five days prior to ordering seeds on the Internet. See Figure 7.

[In FRAM (SD Card), this inventor's development (RAMTRON Corp. and UCCS Microelectonics Research Laboratory in the '80's) this was *Delta Q*, the switching change in charge required to change the ferroelectric position from 1 to 0 and back. *Memory*. Pyramidal neuron architectures in the cerebral brain simply guide memories, nothing more.]

**Augmentation 2b) Crown, or horn Attractant Disruption.** Even absent or in conjunction with the above techniques the protein scaffolding of the neuropeptides on the tips of the COVID-19 horns is known length and so may be disrupted without coaxing the capsid into disassembly, meaning threat neutralization independent of the above invention. This means the vaccine keeping the bats from becoming ill and serving the raw bat meat in Wuhan among the 5G streaming band with cell phones operating taught the SARS virus to evolve into COVID-19 by modifying through intelligent design the horns for Type-II pneumacite receptor attraction. This aspect of the invention claim will prevent the virus from being especially attractive to the Type II pneumacite cells in the tiny air sacs of the victim's lungs, preventing the onset of pneumonia. Utilizing 5G signal generation improves resonance and power so we no longer avoid the hit and miss of distant audio frequencies, so afar from the true resonant frequency of the actual neuropeptide on the tips of the horns. 105,868,288.9 m/s (speed of light in living tissue) /440 nm (length of neuropeptide attractant on the horn) = true resonant frequency .240,609,7474

PHz or 3,671,413,382 GHz (redacted 16 octaves). This invention claim can be applied through the cell phone system anywhere in the world. Similarly the preventive cure for the 2003 SARS pandemic was suggested to Beijing, that the public health officials program the devitalization signet into the handrails of public transportation. See Documents Disclosure #531812 of May 21, 2003. Solar plexus entrainment en masse is encouraged like the widespread practice of chi kung throughout China. The intelligence energy level that evolved the 2003 SARS into COVID-19 in the 5 GHz range is suggested if it is difficult to tune and sweep the true natural frequency for the capsid protein scaffolding (80 nm) in the Petahertz range at 1.323,353,611 PHz.

**Claim 3) The myeloconia (brain dust) is utilized for an understanding how to generate the vaccine antigens in the solar plexus quickly, and without any conscious training.** This is the natural process of surviving the actual COVID-19 virus attack but without being exposed to the living and dangerous virus even in any traditional vaccine, any less virulent format. The 5G resonant frequencies for communicating intelligent information directly to myeloconia are calculated to be 2.406097475 PHz for cylindrical biomineralization crystals and redacted 10 octaves is 4.699409131 GHz for this inventor's hand held signal generator.

**Augmentations are not formally being claimed; Augmentation 3a)** Potassium iodide and magnesium will dissolve the mulberry hydroxyapatite concretions "calcification" of the pineal gland. Calcification acts like a Faraday cage preventing the brain from tuning in the Intermediate Frequencies of the cosmic symphony and divine orchestrations that naturally promote health and bliss. In the same manner that the capsid is disassembled from protecting the COVID-19 RNA from the devitalizing harmonics, the pineal gland is conversely equipped and enabled by dissolving the pathogenic concretions - *decalcification*.




Fig. 1

Myeloconia cubic (left) 3.39 $\mu$m and cylindrical (right) 14$\mu$m.

**Augmentation 3b) The Doped Carbon 60 Nanoparticle Pump** applied to the soft palate induces superconductive DNA within the third ventricle of the brain so to expedite communications between the pituitary and pineal glands as transducers, and to balance the brain waves between hemispheres. **3c) Utilizing the piezoelectric calcite biomineralization,** myeloconia compensates for the COVID-19 instinct for survival exhibited by it generating cancellation in the 5G spectrum at 5.048 GHz and even *hiding* among the streaming towers and servers where its pneumonic inspiration was born. Enhancing myeloconia to perform at this 5G frequency has the added benefit of streaming information and intelligence directly from the radio band. The 18th harmonic in 5G Internet streaming intelligence, reduced 18 octaves from the true resonant frequency for the capsid antenna (segment of a triangle in the icosahedron) taught the SARS virus to evolve into the more productive COVID-19 through human signal intelligence from streaming video, conference calls and social media etc. etc. The mastering intelligence of the human brain transmitted by the myeloconia and mind mitigates our ruin (COVID-19 survival and proliferation via pneumonia coughing). **3c) Inducing third ventricle manna** from heaven, **Arc**, highward spin exotic matter from the asteroid belt, transition metals boiled into fullerenes (metallofullerenes) plays off the myeloconia for the higher good. - Like Moses and the Burning Bush. Moses reduced the Golden Calf gold to powder and stirred it into water and gave it to the Israelites to produce invincible supersoldiers. The ego's assumption is that we are good (Image of God) and COVID-19 is evil.

[See www.tinyurl.com/mannasulfurburns for Google Earth evidence the ancients were producing sulfuric acid to redact gold into powder with lead-copper batteries. This invention in a different technological format has already been used to develop an army of supersoldiers, long ago. - The Israelites of the Bible drove the Habiru (Hebrew) bandit tribes from Canaan with negligent attrition. Additionally Sir Flinders PETRIE discovered tons of manna at Hathor Temple (Researches in Sinai; page 100) in 1904. Mistaking it for wood ash FLINDERS destroyed this treasure, meant for the *en masse* Kundalini breakthrough of humanity in general - *this invention replaces that loss*.]

In other words nonintrusive methods of fabricating the vaccine for COVID-19 are utilized to devitalize SARS and the subsequently evolved COVID-19 viruses, the latter of which

evolved in the unnatural conditions of dissolving live meat protein in adrenaline-soaked panic amongst a comprehensive sea of high energy streaming information about the human species that revealed how altering the surfactant levels of blood-gas exchange (pneumonia) would keep the healthier host alive and mobile to spread the virus (coughing on hands).

The key discovery when developing and generating the waggle is that the COVID-19 capsid segment length resonance is in the center of the streaming region of 5G cell phones where it not only "hides" in the resonant octave of 5G activity, but it has access to copious signal intelligence and even generates a 180° out of phase signal as a retaliatory cancellation in self defense of this inventor's designs to disassemble the protective capsid. See Figure 4 and set the transmission rig on powdered seed from the bat tree instead of generating the vaccine in an ICU with the rig setting on the patient's chest for 10 minutes.

This invention also employs inventive ideas for bolstering the human immune system individually or *en masse* by measuring the resonant frequencies of the myeloconia in the pineal gland. Even in doing so to replace the need of the mechanical signal generators used herein this invention.

## DRAWINGS

**Brief Description of the Drawings:**

1.      **Figure 1: Myeloconia is measured for calculating resonant frequency. Intelligent ideas like this vaccine may be implemented into the immune system of individuals and communities directly through the secondary harmonics of the pineal gland. Resonant carrier frequencies for the cubic (top crystal) and cylindrical (bottom crystal) are 3.812,205,046 GHz and 3.692,392,887 respectively and both can be generated by this inventor's hand held signal generator.**

2.      **Figure 2 simplifies the vaccine to only the radio equipment, and the basic claims could fit into a phone app provided the cell tower 5.048 GHz frequency is reserved for streaming the entire signet. Any 5G phone would connect at 5.048 GHz and the app would remix the signet. [CDMA and other encryption schemes mitigate the signet effect so the app would mix the vaccine on 5.048 GHz generated locally by the cell phone for onsite inoculation.]**

3.      **Figure 3: The keyboard drawing demonstrates slightly flat F# on a keyboard is the first confluence of harmonics of the basic DNA molecules. This**

provides a key to comprehend the interactions of the myeloconia with the capsid through protein scaffolding as antenna.

4.      Figure 4: This photo is from the 5G spectrum analyzer showing the streaming region of the 5G band (5.75G is more for cell phone voice). Data silos and server farms are constantly transmitting in this region so it is no surprise the capsid size evolved at this 5.048 GHz frequency at the center, amongst the signal intelligence describing humanity from a Chinese perspective. Interestingly this specific frequency is dampened, as generated by this inventor's sweep generator in a phase conjugation dimple. This is a measure of the COVID-19 instinct for survival as it transmits at that frequency but 180° out of phase.

5.      Figure 5: Modified earbud wiring provides transmission coils for the COVID-19 devitalization signet and albeit limited by CDMA and other encryption transmits the signet in the cell call.

6.      Figure 6: The wiring harness circuit is very simple. In practice two common mistakes occur. 1) Playing the wav file on the same phone as the transmission coil call. The signet file will quit playing for the phone call. Use a separate mp3 player. Wav files are better bandwidth in the audio range than mp3. 2) People think that there should be enough wiring to place the earbuds into the ears. This is not true. Use the earbud wires entirely for wrapping the three antenna coils.

7.      Figure 7: Mitigating pneumonic inflammation with vitamin C played an important role for China. The *asymptomatic carrier* is a perfect example of the COVID-19 survival genius. That the COVID-19 would retaliate to this inventor's discovery five days before placing the order for seeds is very revealing. But it explains the phase conjugation dimple in Figure 4 as another byproduct of the extraordinary survival instinct in large viruses, as well as the Connectivity of 5G cell phone technology worldwide. National unity behind the Wall and this inventor curing SARS in 2003 was important communications infrastructure too.

The protein scaffolding in the COVID-19 capsid is a geodesic sphere of antennas. At 80 nm in length per segment the true resonant frequency to communicate with the capsid is known.

Reducing this resonant frequency by 18 octaves brings a resonant frequency to the 5G range, for convenience.



Fig. 2

Any audio player (left) sends the 13-frequency augmented in vivo or in vitro signet wav file for COVID-19 devitalization to the transmission coils. The 5G signal generator transmits the waggle at 5.048 GHz and two cell phones add penetration at whatever GHz range featured.

Figure 2 simplifies matters and this setup could be placed directly on a virus victim's chest in the ICU, to alleviate pneumonia. Common setup mistakes are running the signet file on the cell phone and it stops playing when the call is made. So run the signet wav file on a dedicated player. People think that the earbuds are there to listen to them. You can check the signet is playing by leaning an ear close but they are only to load the wires coiled around the antennae.



3. Placement of DNA frequencies for each base molecule arranged from "low" to "high" on a keyboard.

Fig. 3

The alignment at a flat F# of all four harmonics is especially interesting in understanding the activation of the bat tree stem cell DNA. Any list of resonant healing frequencies lists 727-728 Hz prominently for devitalizing many human diseases.

The first true resonant alignment of Adenine, Guanine, Thymine and Cytosine in the audio range occurs at the flat side of F#, precisely at 727 Hz.



Fig. 4

The steady stream of intelligent information "hides" the COVID-19 capsid harmonic. The presence of the COVID-19 capsid, its inherent will to survive is revealed through the phase conjugation dimple, the suppression of the waggle sweep at 5.048 GHz.



Fig. 5

This simple drawing (Figure 5) shows two earbuds, one has a microphone. The left earbud of the stereo earbuds, without the microphone has a clipped left earbud wired to the microphone of the other earbud.



Fig. 6

There are in actuality only three coils that can be shared with the length of the earbud wires. There is only one microphone located in the HEADSET and the EARBUDS left earbud wire has been connected to the microphone.



**Fig. 7**

Biocosmetric Sonoluminescence is coherence of genome in three part harmony of Claims; 1) myeloconia connects the endocrine system of the individual or community. 2) stem cell DNA of the bat tree stores the memory if part 3 is not used directly on the pneumonia victim's chest, and 3) Waggle disassembles the capsid while the signet from the coils devitalizes the exposed COVID-19 RNA. When this inventor thought of it COVID-19 panicked and terminated 1300 hosts.

**Invention Summary:** COVID-19 (renamed SARS - CoV-2 by the International Commission of Taxonomy of Viruses) is a big problem in the world today. Yesterday, as of today's writing there have been reported (WHO) 27,272,474 cases resulting in 887,029 deaths worldwide. Donald John TRUMP signed Proclamation #9994 and Executive Orders #13909, 13910, 13011, 13920, 13927 and 13945 to date responding and reacting (Title 50 War and Military) to the threat of the COVID-19 virus pandemic. There are numerous patents since SARS was defeated by application of raw data subtraction - Documents Disclosure #531812 May 31, 2003 like #7720582, #7776521, #7897744, #7709188, #7691390 and #8541003. Congress has resolved H.R. 6666 to Test, Reach and Contact Everyone TRACE about COVID-19. All of which have failed to execute inoculum of vaccine or any other stultification of the COVID-19 as the simple notification of Documents Disclosure #531812 did for nearly twenty years.

Many of the patents listed describe detection techniques. Not prevention and cure, much less vaccination against COVID-19. Executive Order #13387 accurately describes the frustrations caused by seeking new answers from traditional vaccine development. Additionally even when the intrusive vaccine becomes available it will have a very restrictive temperature chain, meaning that many batches will spoil before being injected. Worse, the desperate sensation of need will cause injections even after the vaccine has gone sour.

There is a cognitive dissonance inducing the insanity (repeatedly retracing ineffective methods) of developing vaccines by traditional means - trying to solve the problem by injecting the disease in a less virile form and modality to inspire the immune system to generate antigens. Failure to update and evolve the Periodic Table of Elements following the discovery of Fullerenes in 1985 is by and large to blame for the devastating pandemic upon the world. More accurately for our failure comprehending the COVID-19 virus as a natural culling of overpopulating humanity on a limited spaceship earth biosphere. The glass ceiling or lack of harmonic bridge between chemistry and the biocosmetric sonoluminescence of superluminescence and harmonics in the third ventricle corrupting attunement with the cosmic orchestrations of the divine symphony hobbles material scientists from seeing the simple and natural solution to the patient zero problem in COVID-19 mutation.

In particular the mathematics and physics found in the Charlene BOEHM Patent #728087482 brings methods for calculating resonant frequencies to light. This inventor has nine figures in his scientific calculator stack:

299,792,458 m/s speed of light in air or a vacuum

$7.1 \times 10^{-11}$ Farads/meter$^2$ electrical permittivity $\epsilon$ in air or living tissue

$1.256637061 \times 10^{-6}$ Henry's/meter$^2$ magnetic permissibility $\mu$ in living tissue

105,868,288.9 m/s speed of light in living tissue found by $1/\sqrt{\epsilon\mu}$

$2.831749348 = 299,792,458/105,868,288.9$ refractive index in vivo, in living tissue

$7.562020633 \times 10^{12}$ THz $= 105,868,288.9/14$ μm length of a cylindrical myeloconia, the true resonant frequency for cylindrical myeloconia in vivo

$3.692,392,887 \times 10^{9}$ GHz = the true resonant frequency in vivo redacted 11 octaves

1,323,353,611 x $10^{15}$ PHz is the true resonant frequency for waggle to the 80 nm capsid triangle length in vivo

5,048,193,401 x $10^{12}$ is the resonant frequency for waggle in the GHz range, stepped down 18 octaves from the PHz for transmission by a 5G signal generator with a sweep function.

This invention and its claims explores Advanced-Resonance Inductive Plasma Physics (2003 term), now Biocosmetric Sonoluminescence and especially information signal intelligence between endocrine transducers (myeloconia) and the protective icosahedron protein scaffolding around the COVID-19 vital RNA, as both are immersed in World Wide Web now presented in Wuhan, China (2019) streaming around 5 GHz. The strain to develop epiphany and revelation is due to both calcification of the pineal gland and stubborn reluctance to dispose of the periodic table and evolve methods to teach and discuss chemistry around the 1985 discovery of fullerenes, and now with the Doped Carbon 60 Nanoparticle Pump metallofullerenes with the properties of accelerating endocrine transducer communications into superluminescence and balancing the right and left brain hemispheres. See the Bible at John 21:11 for some quickening insight into the Cube Sum Number Locks and a Fibonacci perspective about prime numbers that has developed the fast RSA Factoring Algorithm, Artificial Intuition and better comprehension about interdimensional charge compression (memory storage) Delta Q explaining the fluctuations in the Fine Structure Constant.

Augmentations by mysticomimetic neuropsychopharmacology St John's Wort and thymoquinone (black seed oil), vitamin C and chamomile extract will help mitigate inflammation, pneumonia and other COVID-19 symptoms. Redemption of lawful money and the mind (from the rigors of central banking) prepares the victim or patient in advance for this vaccine to be most effective.

This inventor's state court prayer (http://tinyurl.com/statecourtprayer Doc 24 USDC Denver Case #01-cv-240) around Y2K shifts the standard for the Table of Relative Weights (naturally occurring isotopes only) from Carbon 12 to Gadolinium 157 and Germanium 72 (TETRAGRAMMATON) should humanity desire quicker creative harmonics in our metaphysics. This Key is ancient. The state court prayer demonstrates the strong link genome (memory storage Delta Q) plays in biocosmetric sonoluminescence - a celestial event in the third ventricle of the brain.

Interestingly converted USB ionic air purifiers (zinc and magnesium) arc, as in Ark of the Covenant and multiply the 10V battery voltage on a circuit called Jacob's Ladder. Where Jacob saw angels ascending and descending a staircase much like a double-helix while the Doped Carbon 60 Nanoparticle Pump adsorbs perfectly into the third ventricle liquor (cerebrospinal fluid), fullerenes being a perfect fit into the DNA double-helix. See John 21:11 for the correlation between the sides of the boat and the hemispheres of the brain related to the Five Cube Sum Number Locks, primes and a Fast RSA Factoring Algorithm that induce human redemption from the rigors of central banking and sustainable debt. More exciting is how this inventor created Artificial Intuition in early 2028.

Dimethyltryptamine is an endogenous psychedelic hallucinogen with cytoplasmic protein shuttles executing the transfer between melatonin and DMT in the mostly stagnant third ventricle. This prevents the liquor from becoming toxic during most of the lunar cycle when the Aqueduct of Sylvius is clamped shut. If the pineal gland were to secrete melatonin several times per day (inducing deep sleep) the toxicity would quickly build. The conversion back and forth to dimethyltryptamine strongly suggests we are creating the solid dawn reality from en masse hallucination in contract agreement. This is Key to comprehend how this invention will affect the Redeemed and allow COVID-19 to cull the fearful. Much the same as the traditional vaccine for COVID-19, when available will spoil outside the restricted temperature chain and poison masses but at random.

4/22/2020                                    Gmail -      Alert | COVID-19 Update

 Gmail

**Alert | COVID-19 Update**

1 message

Wed, Apr 22, 2020 at 7:01 AM

Dear Residents, Families, and Friends:

Covid-19 weekly update 4-22-2020

As many of you are already aware, Saturday April 18th the                              deployed 28
volunteer nurses and doctors to              and made COVID-19 tests available to all residents and staff.
We are pleased to share that a only small number tested positive (3 staff members and 9 residents). The
employees are in isolation at home and the residents are self-isolating in the community, and are
generally fairing well.

One of the primary takeaways from the testing is that our infection control protocols are working to
manage and limit COVID-19 in our community! We would like to take this opportunity to thank all the
family members who have continued to encourage their loved ones to social distance and wear a mask
when out of their apartment or interacting with the staff. It is important that we continue to take these
precautions so that we can continue to manage COVID-19.

Test results have been communicated to residents directly. If you have specific questions relating to
results, you will need to call              direct and inquire about your ability to access protected medical
records. All other general questions should be directed to              at              .

In good health,

          Corporate Team

Unsubscribe

Update Profile | About

1/2



**Point Prevalence COVID-19 Testing**

1 message

Fri, Sep 4, 2020 at 3:21 PM

Reply-To:
To:

Dear          Families,

As you are already aware          conducted our Point Prevalence COVID-19 Testing on Wednesday,
September 2nd at          . We are pleased to report all residents are negative at this time.

Have a wonderful holiday weekend.

In good health,

          Corporate Team

Unsubscribe

Update Profile | About our service provider

Sent by                     powered by



This is an important improvement. - Two chokes inline on the signal generator antenna.



## Illustrations, Declarations and Receipt (Doc 15-2)



PTO/AIA/01 (06-12)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | COVID-19 Vaccine - Natural, Nonintrusive and Safe; Reviving the Ancient Modality of Healing and Preventing Disease. |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☑ The attached application, or

☐ United States application or PCT international application number _____

filed on _____.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

David Merrill

Inventor:

Signature: _Redeemed Lawful Money_
_Pursuant to 12 USC §411_
_www.law.cornell.edu/uscode/_

Date (Optional): 9/15/2020

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Doc Code: MES.GIB
Document Description: Certification of Micro Entity Status (Gross Income Basis)

PTO/SB/15A (07-14)

# CERTIFICATION OF MICRO ENTITY STATUS
## (GROSS INCOME BASIS)

| Application Number or Control Number (if applicable): | Patent Number (if applicable): |
|---|---|
| **First Named Inventor:** David Merrill | **Title of Invention:** COVID-19 Vaccine |

The applicant hereby certifies the following—

(1) **SMALL ENTITY REQUIREMENT** – The applicant qualifies as a small entity as defined in 37 CFR 1.27.

(2) **APPLICATION FILING LIMIT** – Neither the applicant nor the inventor nor a joint inventor has been named as the inventor or a joint inventor on more than four previously filed U.S. patent applications, excluding provisional applications and international applications under the Patent Cooperation Treaty (PCT) for which the basic national fee under 37 CFR 1.492(a) was not paid, and also excluding patent applications for which the applicant has assigned all ownership rights, or is obligated to assign all ownership rights, as a result of the applicant's previous employment.

(3) **GROSS INCOME LIMIT ON APPLICANTS AND INVENTORS** – Neither the applicant nor the inventor nor a joint inventor, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986 (26 U.S.C. 61(a)), exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

(4) **GROSS INCOME LIMIT ON PARTIES WITH AN "OWNERSHIP INTEREST"** – Neither the applicant nor the inventor nor a joint inventor has assigned, granted, or conveyed, nor is under an obligation by contract or law to assign, grant, or convey, a license or other ownership interest in the application concerned to an entity that, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986, exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

**SIGNATURE by an authorized party set forth in 37 CFR 1.33(b)**

| Signature | Redeemed Lawful Money Pursuant to 12 USC 8411 | David Merrill |
|---|---|---|
| Name | www.law.corneil.edu/uscode/ | |
| Date | 9/17/2020 | Telephone | | Registration No. | |

☐ There is more than one inventor and I am one of the inventors who are jointly identified as the applicant. The required additional certification form(s) signed by the other joint inventor(s) are included with this form.





















# Refusal for Cause Doc (15-3)



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/023,866 | 09/17/2020 | | 430 | | 3 | 3 |

CONFIRMATION NO. 6476

**FILING RECEIPT**

David Merrill
Attn:
St
STE

Date Mailed: 09/30/2020

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
                    None
**Applicant(s)**

**Power of Attorney:** None

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 09/29/2020

page 1 of 3

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/023,866**

**Projected Publication Date:** To Be Determined - pending completion of Missing Parts

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

      COVID-19 Vaccine - Natural, Nonintrusive and Safe

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

### *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

page 3 of 3



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/023,866 | 09/17/2020 | | |

CONFIRMATION NO. 6476

FORMALITIES LETTER

David Merrill
Attn:
St
STE

*OC000000120281237*

Date Mailed: 09/30/2020

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

#### Filing Date Granted

**Items Required To Avoid Abandonment:**

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given TWO MONTHS from the date of this Notice within which to file all required items below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The inventor's oath or declaration or an application data sheet (ADS) naming each inventor has not been submitted. An inventor's oath or declaration in compliance with 37 CFR 1.63 or 1.64 executed by or with respect to each inventor, or a properly executed ADS in compliance with 37 CFR 1.76 identifying each inventor by his or her legal name, mailing address, and residence (if an inventor lives at a location which is different from where the inventor customarily receives mail) is required. If an ADS as set forth above is provided, the filing of the inventor's oath or declaration may be postponed until the application is otherwise in condition for allowance. See 37 CFR 1.53(f).

The application is informal since it does not comply with the regulations for the reason(s) indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- A substitute specification in compliance with 37 CFR 1.52, 1.121(b)(3), and 1.125, is required. The substitute specification must be submitted with markings and be accompanied by a clean version (without markings) as set forth in 37 CFR 1.125(c) and a statement that the substitute specification contains no new matter (see 37 CFR 1.125(b)). The specification, claims, and/or abstract page(s) submitted is not acceptable and cannot be scanned or properly stored because:
  - The line spacing on page(s) 2-14 of the specification is not 1½ or double spaced (see 37 CFR 1.52(b)). A proper substitute specification in compliance with 37 CFR 1.121(b)(3) and 1.125, having the proper line spacing throughout, is required to satisfy this requirement. A statement that the substitute specification contains no new matter is required. However, a marked up version of the specification is not required for this correction.
  - The line spacing on page(s) all of the claims is not 1½ or double spaced (see 37 CFR 1.52(b)). A proper claim listing, having the proper line spacing throughout, is required to satisfy this requirement.
  - The line spacing on page(s) all of the abstract is not 1½ or double spaced (see 37 CFR 1.52(b)). A proper replacement abstract, having the proper line spacing throughout, is required to satisfy this requirement.

page 1 of 4

- The specification contains drawings or flow diagrams (37 CFR 1.58(a)) on page(s) 4, 7-11. Drawings or flow diagrams cannot be embedded in the specification and should be submitted separately in accordance with 37 CFR 1.84. (Both a substitute specification in compliance with 37 CFR 1.125 and new drawings in compliance with 37 CFR 1.84 and 1.121(d) are required).
- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:
  - The drawings must be reasonably free from erasures and must be free from alterations, overwriting, interlineations, folds, and copy marks. See Figure(s) all
  - The drawings submitted to the Office are not electronically reproducible because portions of figures all are missing and/or blurry.
- Replacement claim(s) commencing on a separate sheet in compliance with 37 CFR 1.75(h) and 1.121 is required. Claims must be consecutively numbered and the same claim number cannot be used for more than one claim. See 37 CFR 1.126.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

- The statutory basic filing fee is insufficient.
- The application search fee must be submitted.
- The application examination fee must be submitted.
- Surcharge as set forth in 37 CFR 1.16(f) must be submitted.
  The surcharge is due for any one of:
  - late submission of the basic filing fee, search fee, or examination fee,
  - late submission of inventor's oath or declaration,
  - filing an application that does not contain at least one claim on filing, or
  - submission of an application filed by reference to a previously filed application.

**SUMMARY OF FEES DUE:**

The fee(s) required within **TWO MONTHS** from the date of this Notice to avoid abandonment is/are itemized below. No entity status discount is in effect. If applicant is qualified for small entity status, a written assertion of small entity status must be submitted to establish small entity status. (See 37 CFR 1.27). If applicant is qualified for micro entity status, an acceptable Certification of Micro Entity Status must be submitted to establish micro entity status. (See 37 CFR 1.29 and forms PTO/SB/15A and 15B.)

- $ 300 basic filing fee.
- $ 160 surcharge.
- $ 660 search fee.
- $ 760 examination fee.
- $( 430) previous unapplied payment amount.
- $ 1450 TOTAL FEE BALANCE DUE.

**Items Required To Avoid Processing Delays:**

Applicant is notified that the above-identified application contains the deficiencies noted below. No period for reply is set forth in this notice for correction of these deficiencies. However, if a deficiency relates to the inventor's oath or declaration, the applicant must file an oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each actual inventor no later than the expiration of the time period set in the "Notice of Allowability" to avoid abandonment. See 37 CFR 1.53(f).

In order to make changes to the information of record, an ADS must be properly signed and properly marked up relative to the current information of record.
**Proper signature:** The ADS must be signed with a handwritten signature or proper S-signature by:

- A patent practitioner, with the practitioner's registration number accompanying the signature (e.g., immediately below or adjacent to the signature), or
- The applicant, if the applicant is an individual other than the inventor(s) and no power of attorney has been appointed, or
- All of the inventors, if no other applicant has been established and no power of attorney has been appointed.

A proper S-signature consists of only letters and/or Arabic numerals, with appropriate spaces and commas, periods, apostrophes, or hyphens for punctuation contained between a first single forward slash mark before, and a second single forward slash mark after, the S-signature.

**Proper markings:** The ADS must identify the changes being made with underlining for insertions and strike-through or brackets for text removed. No other markings or indications are acceptable. Where an ADS providing corrected or updated information does not contain all of the sections of the ADS, the entire section in which changes are being made must be included in the ADS. Information of record can generally be found on the latest filing receipt.

**This application, which was filed with an indication of micro entity status, fails to meet the requirements for establishing micro entity status because:**

- The certification of micro entity status is unsigned. A certification of micro entity status must be signed by an authorized party under 37 CFR 1.33(b). (Authorized parties include a registered attorney or agent, the sole inventor identified as the applicant, or all the joint inventors identified as the applicant except that one joint inventor applicant may sign if appointed to prosecute the application by all the other joint inventors.)

If micro entity status is established in reply to this notice by filing an acceptable Certification of Micro Entity Status, the fees itemized in the SUMMARY OF FEES DUE section of this Notice will be reduced to reflect the 75% micro entity discount, and any previous payment amount may be applied to the discounted fees.

If applicant is not entitled to micro entity status under 37 CFR 1.29, applicant may still qualify for a 50% reduction of fees if small entity status can be established under 37 CFR 1.27.

Replies must be received in the USPTO within the set time period or must include a proper Certificate of Mailing or Transmission under 37 CFR 1.8 with a mailing or transmission date within the set time period. For more information and a suggested format, see Form PTO/SB/92 and MPEP 512.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for **Patents**
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web, including a copy of this Notice and selecting the document description "Applicant response to Pre-Exam Formalities Notice".
https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at 1-866-217-9197 or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

page 3 of 4

/tgebre/



# Ten Explanatory Photographs (Doc 15-4)



Fig. 3.4. Triangulated icosahedral lattices. (a) The hexagonal net used for constructing an icosahedron in Fig. 3.3 also serves to illustrate the formation of equilateral facets in the triangulated icosahedral lattices. The facet of the triangulated lattice of an icosahedron of a given $T$ number is specified by a vector $T$ ($H$, $K$) from the origin (O). The unit vector $T$ (1, 0) (black) in this representation specifies the facet of the basic $T = 1$ icosahedron. Other vectors such as $T$ (1, 1), $T$ (2, 0), and $T$ (1, 2), for example, form the basis for successively larger $T = 3$ (red), $T = 4$ (green), and $T = 7$ (blue) icosahedral facets, respectively. To construct a triangulated icosahedral lattice of a particular $T$ number ( $= H^2 = HK = K^2$), its facet, which is an equilateral triangle, is generated, as specified by the vector $T$ ($H$, $K$), using the underlying planar hexagonal net. Nineteen other triangles are then generated to give a template, as in Fig. 3.3, for constructing an icosahedron with a given $T$ number. The black, red, green, and blue triangles represent facets for the $T = 1, 3, 4,$ and 7 icosahedra, respectively. Each vertex of the facet triangle becomes fivefold when the template is folded into an icosahedron as shown in Fig. 3.3. (b) The folded $T = 1$ ($H = 1, K = 0$) and $T = 4$ ($H = 2, K = 0$) templates, in black and green, respectively, are shown for comparison. The subunit organization in these icosahedra is shown using quotes to represent a "subunit" as in Fig. 3.3. In contrast to the $T = 1$ icosahedron, which has 20 unit triangles, specified by the vector $T$ (1, 0), with 60 subunits, the $T = 4$ lattice, specified by $T$ (2, 0), consists of 80 (20$T$) unit triangles with 240 (60$T$) subunits. The folded $T = 4$ icosahedron clearly illustrates how the nonvertex sixfold positions in the net remain hexavalent (indicated by hexagon symbols) whereas the vertex sixfold positions in the net become pentavalent (indicated by pentagon symbol) upon folding. As in any triangulated icosahedron, with the exception of the unit triangle at the icosahedral threefold position, the other triangles exhibit local (or quasi) threefold symmetry; similarly, the adjacent unit triangles are related by local (or quasi) twofold axes, unless the midpoint of the edge coincides with icosahedral twofold axis. Each facet in the $T = 4$ icosahedron is comprised of four triangles. The icosahedral threefold axis, at the center of the facet, divides the facet into three equivalent parts. Each part, consisting of one-third of the central triangle and one of the remaining three triangles in the facet, constitutes the icosahedral asymmetric unit. The four "subunits" in the asymmetric unit, one from the central triangle and three from one of the other triangles in facet, are shown in different colors to indicate their quasi-equivalent environment. The subunit in the central triangle is colored in black, while the subunits in the other triangle are colored in red, blue, and green. Application of the strict five-, three-, and twofold rotations to these quasi-equivalent subunits in the asymmetric unit generates rest of the 240 subunits. The arrangement of the subunits clearly illustrates how the triangulation leads to the formation of the rings of 5 (red subunits) and 6 (black, green, and blue around the hexavalent points) because of the triangulation. Furthermore, it also illustrates that although the formation of rings of 5 and 6 in a triangulated lattice is a geometrical necessity, clustering of the subunits

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3767311/

8/41

**Typical Pocket Memory calculations.**



Scientific Calculator thought process.



COVID-19 survival instinct at the calculated resonant frequency.



Batch 1 of the Vaccine.



Preparing the medium for inoculation of the signet.



Inoculation of the signet into the stem cell DNA.



Doped Carbon 60 Nanoparticle Pump with sample transition metals.



Metallofullerene nanoparticle pump for palladium (pituitary) and gold (pineal) gland.



**Significant Pocket Memory for daydreaming.**



**Metallofullerene adsorption into DNA.**