```
           FILED _____ LODGED
                  RECEIVED

         OCT 28 2020

      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

In the Western District of Washington             **US District Court**

**Case Number: 16-cv-5520**

Plaintiff:
**David Merrill of the VAN PELT family**

Vs.
Defendant:
**THE UNITED STATES OF AMERICA**

For:
**David Merrill**
**On and for the behalf of the United States**
**720 N. 10th St. STE A**
**Renton, Washington 98057**

Received by ROCK SOLID LEGAL SUPPORT, INC. on OCTOBER 21st, 2020 to be filed in the Western District Court of Washington.

I Melvin Cahoon for Rock Solid Legal Support, Inc. being duly sworn, depose and say that on the 21st day of OCTOBER 2020 at 3:06pm, I: FILED THE NOTICE OF UNITED STATES PATENT # 11,999,999 COVID -19 VACCINE – NATURAL, NONINTRUSIVE AND SAFE; REVIVING THE ANCIENT MODALITY OF HEALING AND PREVENTING DISEASE.

**SUBSTITUTE/OFFICE SERVICE MAILING WAS COMPLETED ON 10-27-2020 ADDRESSED TO THE:**
**COMMISSIONER FOR PATENTS, P.O. BOX 1450, ALEXANDRIA VIRGINIA, 22313-1450**
**INCLUDED IN THIS MAILING IS:**
**DOC 15 – 60 PAGES, DOC 15-1 – ONE PAGE; 7 PAGE LETTER – RUFUSAL FOR CAUSE; ORIGINAL ENVELOPE**
**THE LETTER WAS MAILED TO PLAINTIFF AND AND A COPY OF THIS DECLARATION OF SERVICE.**

I certify that I am a competent person 18 years of age or older and a resident of the state of servicer or the State of Washington, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate of otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

DATE: 10-27-2020                         _Melvin Cahoon_
                                         **MELVIN CAHOON**
                                         **Rock Solid Legal Support Process Server PC# 9188**


Rock Solid Legal Support
(253) 682-1230

# TRANSACTION FORM



## U.S. BANKRUPTCY COURT
or
## U.S. DISTRICT COURT
(circle one)



FILED
LODGED
RECEIVED
OCT 28 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

**COURTESY COPIES ARE TEMPORARILY NOT REQUIRED DURING THE COVID-19 EMERGENCY**

DATE & TIME: 10/27/2020    4:18p

NAME: Melvin Cahoon (RSCS) for David Merrill

CASE NUMBER (IF KNOWN): 16-cv-5520

EMAIL: ~~rocksolidlegal30~~ rocksolidlegal2004@gmail.com

PHONE: (253) 682-1230

# REASON FOR TRANSACTION:

☐ NEW CASE FILING

☐ PAYMENT (Money Orders made payable to US District Court or US Bankruptcy Court)
**DO NOT LEAVE CASH OR PERSONAL CHECKS**

☒ FILING ADDITIONAL DOCUMENTS

☒ OTHER: Declaration