# TRANSACTION FORM



## U.S. BANKRUPTCY COURT
## or
## U.S. DISTRICT COURT
(circle one)



**COURTESY COPIES ARE TEMPORARILY NOT REQUIRED DURING THE COVID-19 EMERGENCY**

DATE & TIME: 1-22-2021

NAME: Melvin Cahoon

CASE NUMBER (IF KNOWN): 16-cv-5520

EMAIL: rocksolidlegal2004@gmail.com

PHONE: 253-682-1230

___ FILED  ___ LODGED
___ RECEIVED

JAN 22 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## REASON FOR TRANSACTION:

☐ NEW CASE FILING

☐ PAYMENT (Money Orders made payable to US District Court or US Bankruptcy Court)
   **DO NOT LEAVE CASH OR PERSONAL CHECKS**

☒ FILING ADDITIONAL DOCUMENTS

☐ OTHER: _____