FILED _____ LODGED
_____ RECEIVED

FEB 26 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

ON AND FOR THE BEHALF OF THE UNITED STATES

|  |  |
|---|---|
| **UNITED STATES TREASURY** | \* \* \* \* \* \* \* \* \* \* |
| **RE: THE REDEMPTION OF SEVERAL SUITORS** | Case No.: 3:16-CV-05520-RJB |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *Affidavit of Non-Service*

The undersigned hereby certifies as follows:

1. That **Roland Duff** is a competent individual over eighteen (18) years of age and not a party to the above action.

2. That he serves process in the State of Maryland.

3. That on 02/08/21 @ 12:40 PM, **Monumental** received a *Oath; True Bill - Multiple Claims; US Treasury Claims Addresses; Civil Docket Report*. That the instructions were to serve a UNITED STATES TREASURY, CITY OF WASHINGTON, DISTRICT OF COLUMBIA at 1500 Pennsylvania Ave NW Washington, DC 20220.|

4. That the case was assigned to Roland Duff.

5. That on February 11, 2021 at 1:47 PM, Mr. Duff went to 1500 Pennsylvania Avenue, NW in Washington, DC.  That he spoke to a Federal Police Officer, who said that they are no longer taking hand deliveries.   That Mr. Duff was instructed that everything had to be mailed to the Treasury.

That **Mr. Duff** believes that he has demonstrated due diligence in its efforts to effect service of process on the Defendant, and that future efforts are not apt to be successful.

**Roland Duff**, Agent for
Rock Solid Legal Support, Inc.
4329 Tacoma Avenue, South
Tacoma, Washington 98418

SUBSCRIBED AND SWORN TO BEFORE ME A NOTARY PUBLIC FOR THE STATE OF MARYLAND, CITY OF BALTIMORE on this 19th day of February 2021.

Notary Name: Ida M. Manly    My Commission Expires: 3/5/22

IDA M MANLY
NOTARY PUBLIC
BALTIMORE CITY COUNTY
MARYLAND
MY COMMISSION EXPIRES MARCH 5, 2022



FILED _____ LODGED
_____ RECEIVED

FEB 26 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                        DEPUTY

### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **United States Treasury city of Washington, District of Columbia**<br>**1500 Pennsylvania Avenue NW 20220**<br><br>**Re: The Redemption of Several Suitors**<br><br>**On and for the behalf of the**<br>**UNITED STATES**<br><br>Defendant/Respondent | No. 16-cv-5520<br><br>**Declaration of Attempts of Service:**<br>**OATH OF OFFICE FOR UNITED STATES**<br>**JUDGES;**<br>**TRUE BILL – MULTIPLE CLAIMS;**<br>**CIVIL DOCKET FOR CASE #:2:16-cv-05520-RJB**<br>**ADDRESSES;** |

The undersigned hereby declares under penalty of perjury under the laws of the State of Washington, that the following is true and correct: I am now, and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen years, not a party to or have an interest in the above entitled action and competent to be a witness.

**RECEIVED FOR SERVICE FROM "David MERRELL" ON JANUARY 30, 2021 AT 10:37AM**
**I WAS REQUESTED TO ATTAIN THE SERVICES OF MONUMENTAL PROCESS SERVERS FOR SERVICE OF SAID DOCUMENTS.**
**FEBRUARY 5, 2021, I OBTAINED A QUOTE FOR SERVICE AND ARRANGEMENTS WERE MADE AND DOCUMENTS EMAILED TO MONUMENTAL PROCESS. THEY WERE DENIED THE ABILITY TO SERVE AS THE STATEMENT SHOWS.**
**Personal Service attempted on: UNITES STATES TREASURY, CITY OF WASHINGTON, DISTRICT OF COLUMBIA, 1500 PENNSYLVANIA AVE. NW, WASHINGTON DC 20220 - was unable to affect serve due to the following, and stated in a separate affidavit:**
**02/11/21 1:47PM NOT ALLOWED TO SERVE ON THE PREMISES PER THE FEDERAL POLICE OFFICER WHO SAID THEY ARE NO LONGER TAKING HAD DELIVERIES EVERYTHING HAS TO BE MAILED**
**2-26-2021 MAILED TO UNITED STATES TREASURY 1500 PENNSYLVAINIA AVE. NW WASH. DC.**

DATE: 2-26-2021

Melvin Cahoon PC# 9188
**Rock Solid Legal Support Process Server**

Subscribed and sworn to before me on the __26th__ day
of FEBRUARY 2021 by the affiant who is personally known
to me.

Notary Public in and for the County of Pierce, State of Washington. My commission expires 12/02/2022.

KYRA WARNER
204050
NOTARY
PUBLIC
COMM. EXPIRES 12.02.22
STATE OF WASHINGTON

Rock Solid Legal Support
(253) 682-1230

# TRANSACTION FORM



## U.S. BANKRUPTCY COURT
## or
## U.S. DISTRICT COURT

(circle one)



**COURTESY COPIES ARE TEMPORARILY NOT REQUIRED DURING THE COVID-19 EMERGENCY**

DATE & TIME: 2-26-2021    12:17pm

NAME: Melvin Cahoon

CASE NUMBER (IF KNOWN): 3:16-cv-05520-RJB

EMAIL: rocksolidlegal2004@gmail.com

PHONE: 253-682-1230

```
_____ FILED _____ LODGED
            RECEIVED
        FEB 26 2021
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

# REASON FOR TRANSACTION:

☐ NEW CASE FILING

☐ PAYMENT (Money Orders made payable to US District Court or US Bankruptcy Court)

**DO NOT LEAVE CASH OR PERSONAL CHECKS**

☑ FILING ADDITIONAL DOCUMENTS

☐ OTHER: Declarations –
Affidavit of Non Service  – Duff – Signature
Declaration of Attempts – Cahoon – Signature