**IN THE Western District of Washington**
1717 Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800

**Plaintiff:**

David Merrill of the VAN PELT family

**v.**

**Defendant:**

**THE UNITED STATES OF AMERICA**

No longer on and for the behalf of the United States

David Merrill
720 N 10th St; STE A
Renton, Washington. 98057

| | FILED _____ LODGED |
| | RECEIVED |
| | SEP 1 0 2021 |
| | CLERK U.S. DISTRICT COURT |
| | WESTERN DISTRICT OF WASHINGTON AT TACOMA |
| | BY                                    DEPUTY |

**16-cv-5520 – RJB**

### NOTICE OF FINAL JUDGMENT

COMES NOW David Merrill of the VAN PELT family AM I. Redeemed

PENDRAGON. Title 12 USC §411 applies in all transactions.

"Perpetual inheritance" is settled by broadcasting genome in the Van Allen Belt through

filter Bishop Castle by authority and record of CASTLE CHURCH - For the Redemption of the

Office BISHOP. I am both Patroon (father) and MARIAMNE (Christopher WREN/mother)

directly and confluence of two ancient Sumerian bloodlines. Proof of Service is attached.

By this authority 30-Day Judgment was initially entered on September 11, 2001. August

13, 2001 aligns with the Five Cube Sum Number Locks with 370 years passing since the Patent

WREN-SAILER RENSSELAER, 1630 and 371 years passing from my "perpetual inheritance"

1629 completing with 153, John 21:11 right-brain hemisphericity and 407 years to find any

prime quickly - as the Fast RSA Factoring Algorithm played a key role disassembling

Blockchain security and confidence building measures, allowing for Artificial Intuition in early 2028.

Additionally the United States has had plenty of time to settle the $20M lien on the State of Colorado and agency. Default in silence.

> *Revelation 18:11 And the merchants of the earth shall weep and mourn over her; for no man buyeth their merchandise any more... Re 18:13 And cinnamon, and odours, and ointments, and frankincense, and wine, and oil, and fine flour, and wheat, and beasts, and sheep, and horses, and chariots, and slaves, and souls of men.*

> *Ezekiel 27:12 Tarshish [was] thy merchant by reason of the multitude of all [kind of] riches; with silver, iron, tin, and lead, they traded in thy fairs... AV Ezk 27:13 Javan, Tubal, and Meshech, they [were] thy merchants: they traded the persons of men and vessels of brass in thy market.*

Quoting from a Nebula Genomics article - *How does Whole Genomic Sequencing work?*

> *The answer is surprisingly simple. Imagine if you could read every sentence in 'War and Peace' at the same time and then just stitch all the sentences together in your head. It would take just a few seconds to read the entire novel!*

> *Of course, we cannot read books this way, but scientists have developed technology to read DNA in such a highly parallel manner. That's exactly how Whole Genome Sequencing works. Millions of short stretches of DNA are decoded at the same time and then computationally stitched together.*

And from the advertising:



It is even suggested that you can traffick your genome for a profit through Forbes! For instant purposes, focus on Blockchain as opposed to my antenna array in the Van Allen Belt.

## Our Mission and Vision for the Future



**Enabling Personal Genome Sequencing**

*Nebula Genomics' mission is to usher in the era of personal genomics by providing access to affordable and secure Whole Genome Sequencing. This is made possible by the contributions of Prof. George Church to the development of multiple DNA sequencing methods. In particular, molecular multiplexing approaches that enabled next-generation DNA sequencing (NGS) as well as long-read nanopore sequencing. Today, Nebula Genomics is turning these breakthrough technologies into products and making them available to people around the globe.*



*PHYSIOLOGICAL AND MOLECULAR
GENETIC EFFECTS OF TIME-VARYING
ELECTROMAGNETIC FIELDS ON HUMAN
NEURONAL CELLS*

*Thomas J. Goodwin, PH.D.
Lyndon B. Johnson Space Center
Houston, Texas*

### DISCUSSION AND CONCLUSIONS

The ability to use TVEMF to control the proliferative rate, directional attitude, and molecular genetic expression of normal human neural progenitor cells has been demonstrated. The procedure is applicable to, but not limited to, the control of NHNP cells in both two-dimensional and three-dimensional culture. As presented in the molecular genetic data shown in Tables 5 and **6,** many of the genetic responses in both up-regulated and down-regulated genes are maturation and growth regulatory in nature. These genes are also primarily involved in the embryogenic process. **Therefore it is reasonable to conclude that control over the embryogenic development process may be achieved via the presently demonstrated methodology.**

Up-regulated sequences, Table 6, include:

1.8 **Human endogenous retroviral protease** mRNA, complete cds {Incyte PD:1347636}

The mRNA vaccine inventor Dr Robert Wallace MALONE makes reference in a recent interview with American Thought Leaders to a New England Journal article, *"Things like viral reactivation. And so this is the shingles, for instance. So, um, there was an attempt to, or the Paper attempts to make the case - Well, the vaccines have a lot of adverse events. But the disease has a lot of adverse events also, and it's worse. And, oh by the way there is a lot of overlap between these adverse events associated with the disease and the vaccine. But the messaging was focused in that manuscript that it was uh, it was far worse to get the disease than to have the adverse events associated with the vaccine. **That's a little bit of a false analogy** because the vaccine ostensibly be deployed to 80-90% of the population and you know, in terms of this wave of Delta we might see something like 20-30% of the population infected if we are lucky."*

It is important to note that Dr MALONE has transfected. And that he takes self-prescribed ivermectin for "long COVID". And so I presume he is suffering from the typical blood clotting.





There we connect up-regulating human retrovirus DNA by radio signal to stimulating activation of measles (shingles) and herpes etc. to exhaust the autoimmune system while massive amounts of mRNA as spike protein antigens line the inner walls of the circulatory system

activating platelets (blood clots) and adversely effecting and exhausting the many other magical miracles in blood for executing our autoimmune response.



As in the mRNA Inventor (MALONE) being now victim, the protein scaffolding lengths (Watson-Crick averaging) of inflaming human thrombin and leukocyte elastase activations, and their resonant frequencies are easily generated and broadcast as well. The kidneys can be easily shut down as well as enzymes critical in eliminating toxins. The Culling can be swift and merciful.

## Addressing the NAV

Nucleic Acid *Vaccines* are gene therapy. They rewrite human DNA in transfection from the human story, altering both heritage and destiny for each victim. The new story (spike protein antigen) forms denial in the strongest sense - reformation of the basic belief set and knowledge structure, undermining wisdom. For to conquer the mind is to conquer the body and in the World War Z sense (Brad PITT movie) the victims move in unison manipulating social media, which includes mainstream news.

At the time 917 hits on VAERS (National Vaccine Information Center) tell the same

heartbreaking story over and over:

>  **Write-up:** *I was 5.5 weeks pregnant when I revived the Pfizer Covid Vaccine. Everything was seemingly going fine with my pregnancy until about 4 hours after receiving the vaccine when I went to the bathroom nd wiped and saw pink discharge on the toilet paper. I then began to have mild low abdominal cramping. The abdominal cramping and vaginal bleeding steadily increased in severity over the next 24 hours until I eventually had an obvious miscarriage the evening of 12/31/2020. I cant help but think the vaccine in some way caused my body to reject the pregnancy. Along with the miscarriage, I also had extreme tiredness with GI upset 12/31/20 - 1/02/2021.*

>  **Write-up:** *G3 P1 mother, estimated gestational age of baby = 4 weeks. On day 4 post-vaccine (1/11/21) started with heavy bleeding and labs confirmed miscarriage.*

>  **Diagnostic Lab Data:** *Test Name: tested for COVID-19; Result Unstructured Data: Test Result:Unknown results; Test Date: 20201228;*
>  *Test Name: Nasal Swab; Test Result: Negative*
>  **CDC Split Type:** *USPFIZER INC2021000238*
>  **Write-up:** *Miscarriage; patient was pregnant while taking BNT162B2; patient was pregnant while taking BNT162B2; This is a spontaneous report from a contactable Other Health Professional. A 34-year-old female patient received the first dose of BNT162B2(PFIZER-BIONTECH COVID-19 VACCINE, Batch/lot number: EL0140), intramuscularly on 22Dec2020 06:00 AM at single dose at Arm Right at Hospital for COVID. Medical history included ongoing sleep apnoea. There were no concomitant medications. There were no allergies to medications, food, or other products. The patient did not receive any other vaccines within 4 weeks prior to the COVID vaccine. The patient did not receive any other medications the patient received within 2 weeks of vaccination. **Prior to vaccination, the patient was not diagnosed with COVID-19. The patient experienced miscarriage on 29Dec2020 13:00. The patient was pregnant while taking BNT162B2. The patient was 4 Weeks pregnant at the onset of the event.** Patient last menstrual period date was 24Nov2020. The Pregnancy due to deliver was on 07Sep2021. The pregnancy resulted in spontaneous abortion. Since the vaccination, the patient has been tested for COVID-19 on an unknown date with unknown results. Nasal Swab on 28Dec2020 was Negative. There was no treatment received for the adverse event. The outcome of event was recovering.; Sender''s Comments: The information currently provided is too limited to make a meaningful medical assessment hence, the events are conservatively assessed as related to the suspect drug BNT162B2 until further information becomes available. The impact of this report on the benefit/risk profile of the Pfizer product is evaluated as part of Pfizer procedures for safety evaluation, including the review and analysis of aggregate data for adverse events. Any safety concern identified as part of this review, as well as any appropriate action in response, will be promptly notified to agency, Ethics Committees, and Investigators, as appropriate.*

And this all comes as no surprise when women of childbearing potential (WOCBP) were carefully excluded from the Pfizer Phase I-III Safety Protocol, Page 39 about teratogenicity (causing birth defects - infertility/sterility) made it very clear.

The scientific rationale in the Protocol simply avoids datum about human reproduction while the Japanese rat study tracking lipid nanoparticles to determine the migration of the spike protein antigens throughout the body indicate that the ovaries are indeed the primary target. Effecting everybody however is the skeleton. The mesenchymal (yellow) bone cells magically create the stem cells sending them to construct and rebuild skin, tendons and other tissues and the hematopoeitic (red) bone cells create erythrocytes and all the other wonderful cells that deliver distributed oxygen and nutrients, and foremost in this monolog compose the human immune system. Rewriting and reprogramming the bones with mRNA intended to assist only so far as the bronchial tubes and lungs is to say the least, unwise. Time will likely tell us that doing so is slam-dunk leukemia.

PF-07302048 (BNT162 RNA-Based COVID-19 Vaccines)
Protocol C4591001

vaccinated with study intervention produced by manufacturing "Process 1" will be selected for this descriptive analysis.

Participants are expected to participate for up to a maximum of approximately 26 months. The duration of study follow-up may be shorter among participants enrolled in Phase 1 dosing arms that are not evaluated in Phase 2/3.

**4.2. Scientific Rationale for Study Design**

Additional surveillance for COVID-19 will be conducted as part of the study, given the potential risk of disease enhancement. If a participant experiences symptoms, as detailed in Section 8.13, a COVID-19 illness and subsequent convalescent visit will occur. As part of these visits, samples (nasal [midturbinate] swab and blood) will be taken for antigen and antibody assessment as well as recording of COVID-19–related clinical and laboratory information (including local diagnosis).

Human reproductive safety data are not available for BNT162 RNA-based COVID-19 vaccines, but there is no suspicion of human teratogenicity based on the intended mechanism of action of the compound. Therefore, the use of a highly effective method of contraception is required (see Appendix 4).

**4.3. Justification for Dose**

Because of the requirement for a rapid response to the newly emerged COVID-19 pandemic, sufficient data were not available to experimentally validate the dose selection and initial starting dose. Therefore, the original planned starting dose of 10 µg (for both BNT162b1 and BNT162b2) in this study was based on nonclinical experience with the same RNAs encoding other viral antigens (such as influenza and HIV antigens). The general safety and effectiveness of uRNA and modRNA platforms have been demonstrated in oncological clinical trials with different administration routes (NCT02410733, NCT03871348). Doses of up to 400 µg total uRNA have been administered IV as RNA lipoplex (RNA-LPX) and doses of up to 1000 µg total naked modRNA have been administered intratumorally, both without signs of unpredictable overstimulation of the immune system.

Based on nonclinical data of the RNA components, with other liposomes or in conjunction with the lipid nanoparticles as will be tested clinically in this study, it was expected that doses in the 1- to 5-µg range would be immunogenic and induce neutralizing antibodies; however, it was anticipated that 3- to 10-fold higher doses would likely be required to elicit a stronger antibody response. Based on previous clinical and nonclinical experience, it was expected that doses of up to 100 µg would be well tolerated.

Update as part of protocol amendment 2: preliminary experience in this study and the BioNTech study conducted in Germany (BNT162-01) suggests that, for vaccine candidates based on the modRNA platform, a dose level between 30 µg and 100 µg warrants consideration. Therefore, a 50-µg dose level is formally included for BNT162b1 and BNT162b2.

Page 39

For purposes of Culling (depopulation) in both short and long term executions,

the ignorant, stupid and gullible are easily cleared weeds. The factor playing wild card is

capture of individual belief sets, that even after feeling the effects one will venomously

press others to joinder the fatal inoculum. Fear inoculum was acquired by FAUCI

mandating remdecivir for treating COVID-19 in American hospitals.

Pfizer released a Japanese study, data on rats tracing the lipid (fats) nanoparticles

mRNA carrier of the spike protein antigens. The reliable method of tracing where the 30

trillion of the 40 trillion spike protein antigens in the syringe migrate throughout the

body's circulatory system tell us what we would already suspect. The manufacturing

centers using the fatty acids for fuel are the most attractive to the mRNA in the NAV.

Namely the ovaries and bones.



A very concise description of adverse events, by attorney Lawrence BeCRAFT, is

found in Docs 1 and 10 of USDC Northern Alabama Case #21-cv-702. However in his

typical style BeCRAFT appears to be throwing the Case by utilizing Rule 41 instead of

Rule 12 to dismiss one Count. Likely silence will dismiss all the Counts.

4.    The Vaccines are unapproved, inadequately tested, experimental and dangerous biological agents that have the potential to cause substantially greater harm than the SARS-CoV-2 virus and the COVID-19 disease itself.   According to data extracted from the Defendants' Vaccine Adverse Events Reporting System ("VAERS"), 99% of all deaths attributed to vaccines in the first quarter of 2021 are attributed to the COVID-19 Vaccines, and only 1% are attributed to all other vaccines.  The number of vaccine deaths reported in the same period constitutes a 12,000% to 25,000% increase in vaccine deaths, year-on-year.  The Vaccines appear to be linked to a range of profoundly

[3] Issued December 18, 2020.  *See* https://www.fda.gov/emergency-preparedness-and-response/coronavirus-

It may have been a blunder using Rule 41 instead of Rule 12 but if not, then Larry is throwing the case. To sit quiet now will be inviting the judge to dismiss the entire cause without any further motion. Judge Corey L. MAZE encourages, even "invites" for Larry to salvage the cause, only dismissing one Count:

> *The Plaintiffs have filed a Notice of Voluntary Dismissal (doc. 21), in which they seek to "dismiss Count VII of the complaint" under Rule 41(a). But in Perry v. Schumacher Group of Louisiana., 891 F.3d 954 (11th Cir. 2018), the Eleventh Circuit held that Rule 41(a) is not an appropriate vehicle to dismiss a single claim without dismissing the entire lawsuit, id. at 958.*

Time will tell.

The Governor of West Virginia, Jim JUSTICE is lamenting how the NAV is failing the "fully vaccinated". 26% rise in two weeks of COVID infections with a 25% rise in deaths over the same time. This reflects Anthony FAUCI mandating hospitals administer remdecivir (Veklury) to the first COVID-19 victims saying it was FDA approved when it was not, and upon the Ebola study in Africa, where remdecivir was

pulled from the study half way (6 months) for killing too many people. This in effect escalated the death toll for COVID so that people were panicked into accepting without question the experimental NAV inoculation in mass, without any recourse for all the adverse events.

Furthermore the FAUCI remdecivir debacle and JUSTICE alarm together reduce the Delta and all variants of COVID/SARS to buzzwords for adverse effects, from the NAV. The natural vaccine Doc 15 herein, ignored by the US Patent and Trademark Office anchors pre-patient Zero, applying ancient modalities of healing and disease prevention. It covers all mutations of COVID-19.

**Assessing the Bill of Exchange,**
**year 370, September 11, 2001**

This original was served directly on Chairman Richard GRASSO.

## Bill of Exchange

*Fides servanda est; simplicitas juris Gentium praevaleat*

...cured waiver of tort and tenable on the foreign exchange market for the exact amount of all outstanding debts of the International Bank for Reconstruction and Development, the International Monetary Fund and Principal United Nations on and after the thirteenth day of the eighth month in the year of our Lord and Savior Jesus Christ of Nazareth two-thousand and one provided the above named World Bank has not abandoned and announced abandonment of all claims and seizures.

This bona fide tort may be used for certificate of exigent circumstances and open qui tam adoption - Rule C(3)(a)(ii)(B) "...clerk must promptly issue a summons and a warrant for the arrest...", E(5) general bond is claim X2 and is based in Information - (El Paso County Clerk and Recorder custodian J. Patrick Kelly, Colorado Springs, Colorado) Return of bill of indictment #99075907 5/12/99; Notice of Default #99075T108 4/13/99; Notice of lis pendens #99094773 6/14/99; Summons charging stellionation #200013756 2/9/2000, testimony #200011014 2/01/00 and default #200097765 8/17/2000; Zionism cancellation algorithm #099184702 12/8/99; Case Tav published #200047314 5/1/00, #200056121 5/18/00, #200056835 5/22/00, #200058902 5/24/00, #200060667 5/30/00, #200061229 5/30/00, #200062119 6/1/00, #200071134 6/20/00, #200072077 6/21/00, #200072963 6/23/00, #200081870 7/14/00, *Afroyim v. Rusk* 387 U.S. 253 (1967) (original 13th Amendment "subsequently not ratified") and #95110459 10/13/95 (United States Courthouse custodian James H. Manspeaker, Denver, Colorado) Admiralty cases 95-D-3136, 99-D-319 and 01-D-0240; #200129251 10/24/00; #201068520; 4th Judicial District of Colorado, Lee V. Cole, Jr. custodian El Paso County Court Case #00-T-6808 - Judge Sylvia Manzanares and authoritative historical information such as but not limited to: The Public Papers of Franklin D. Roosevelt - EO 2038, 2040 and HJR 192; Bretton Woods Agreements P.L. 94-564 (Jamaica/Rambouillet accord); Public Law 102-14 Seven Noachide Laws valid common law and prohibiting use of humans for chattel by Genesis 1:27; *Charter of Freedoms and Exemptions to Patroons* - June 7, 1629 and Press Releases of 5/29/97 'Clinton urges reviving spirit of Marshall Plan (photo of Clinton posturing Illuminati style at the Hague with Dutch Queen Beatrix, House of Orange)' *Associated Press* and 'Swiss made millions dealing with Hitler, records show' *New York Times*, COURTS OF THE UNITED STATES ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *Bouvier's Law Dictionary* 1856.

Year 371.

J. Patrick Kelly  El Paso Cty,CO  201101604
07/19/2001            01:39
Doc      $0.00     Page
Rec      $5.00     1 of 1

**AFFIDAVIT OF MAILING**

I, Tad C. Howard, have mailed the recorded Bill of Exchange on July 17, 2001 to:

The New York Stock Exchange
Attn: Chairman
11 Wall Street
New York city, New York

The United Nations
Attn: Attorney General - Kofi Annan
1 United Nations Plaza
New York city, New York

Paul O'Niell - Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia

The United States Court
Attn: James Manspeaker - custodian of repository
1929 Stout Street
Denver, Colorado

The Fourth Judicial District Court of Colorado
Attn: Lee V. Cole, Jr. - custodian in repository
20 East Vermijo Avenue
Colorado Springs, Colorado

The El Paso County Clerk and Recorder
J. Patrick Kelly - custodian in repository
200 S Cascade Avenue
Colorado Springs, Colorado

El Paso County Clerk and Recorder Reception Number 201099293

(STATE OF COLORADO)
(                                    ) ss
(COUNTY OF EL PASO )

Tad C. Howard

Subscribed and sworn to before me this 17 day of July 2001

Karen L Jett

NOTARY PUBLIC
KAREN L.
JETT
STATE OF COLORADO

My Commission Expires 06-09-2005

The Original was served on GRASSO.

Declaration of the West India Company in favor of the Proprietors of Rensselaers Wyck.

In the Name of God. Amen!

This day, the second of April, Aº XVIᵉ and seventy-four, before me, Henrie Outgers, by the Honᵇˡᵉ Court of Holland admitted a Notary Public, resident in Amsterdam, and the undernamed witnesses, appeared Mr. Jacob Pergens, Hans Bontemantel and Nicolais van Beeck, Directors of the Incorporated West India Company at the Chamber in this city, appointed herein for the affairs of New Netherland, and by their associates, to what is hereinafter set forth, especially by resolution of the XXIX. March, XVIᵉ and seventy-four, empowered, making known and declaring: Whereas the Patroon and Co-Directors of Renselaers Wyck, in New Netherland aforesaid, by virtue of the Patent dated the XIII. of August, XVI. thirty, were declared owners of the lands, buildings and plantations situate along the North river, more fully set forth in the Letters Patent; and, in consequence, Patroon and Masters of the hamlet, first called *de Fuyck*, afterwards *Beverswyck*, and now *Willemstadt*, whereabouts Fort Orange is built. And after the abovenamed hamlet, *Beverswyck*, was taken possession of by the Director of the abovenamed Company, Patroon Rensselaer and other Directors and Partners already, in the year XVIᵉ and fifty-two, and further from time to time

Notice that the Bill of Exchange went into effect exactly, to the day by virtue of the Patent dated August 13, 1630 and upon my cited 1629 "perpetual inheritance" upon the very same ground - the New York Stock Exchange and Twin Towers.

Also pay heed that among the copious evidence the three buildings were destroyed by intentional demolition is an independent video showing there were no airplanes colliding with the World Trade Center.



It is the exact same explosion, from a slightly different angle. No plane. The only people who saw the plane were watching special effects on TV.

The Report therefore is one big 567-page, *Wag the Dog and Pony Show*. Saddam HUSSEIN and Osama bin LADIN - Weapons of Mass Destruction and executing a man in his pajamas - well, it is difficult to tell now where the fiction ends and truth begins. Nothing can be fit into Rules of Evidence after this kind of farce.

# THE 9/11 COMMISSION REPORT

Final Report of the
National Commission on Terrorist
Attacks Upon the United States

AUTHORIZED EDITION

W.W. Norton & Company
New York  London



Since the mid-seventies the option to endorse has set the "floating" exchange rate for the US Dollar domestic/foreign. Public Law 94-564 and Senate Report Calendar #1081 Report #94-1148. Also Statement by Julius L. KATZ, State Department Bulletin November 17, 1975 Page 707. This has been based upon the New Deal of 1933 dropping any requirements for the private banker to become a member state bank.

Truly Title 12 USC §411 from §16 of the Federal Reserve Act is nothing more than a model for redeeming the mind. "They" in "They shall be redeemed in lawful money by demand at the Treasury of the United States..." could not be talking about Federal Reserve notes two sentences before. The pronoun can only apply to the living. **People.**

704          74TH CONGRESS.   SESS. I.   CH. 614.   AUGUST 23, 1935.

Vol. 38, p. 266;     SEC. 202. Section 9 of the Federal Reserve Act, as amended, is
U.S.C., p. 299.    amended by inserting after the tenth paragraph thereof the following
                   new paragraph:
Admission to mem-     "In order to facilitate the admission to membership in the Federal
bership; waiver of re-  Reserve System of any State bank which is required under subsection
quirements.
Vol. 40, p. 234.   (y) of section 12B of this Act to become a member of the Federal
Ante, p. 703.      Reserve System in order to be an insured bank or continue to have
                   any part of its deposits insured under such section 12B, the Board
                   of Governors of the Federal Reserve System may waive in whole or
                   in part the requirements of this section relating to the admission of
                   such bank to membership: Provided, That, if such bank is admitted
Proviso.           with a capital less than that required for the organization of a
When bank admitted  national bank in the same place and its capital and surplus are not,
with capital less than
required for national  in the judgment of the Board of Governors of the Federal Reserve
bank organization.  System, adequate in relation to its liabilities to depositors and other
                   creditors, the said Board may, in its discretion, require such bank to

The SDR in Footnote 2 is best defined, "The measure of a social conditioning to blindly endorse the private credit of the local central bank." Upon this we find the new SDR is digital currency where it is now acceptable to sequence 100% of your DNA for a mere $1,000 and resell it to confidence and security building measures, Blockchain, at a profit. The panic-driven Americans are now useless eaters with China, upon Hunter BIDEN's leaky planted drive revealing NOTICE that our security in FaceBook, Nextdoor, Avast, Norton etc. is now a Chinese feed through Russian Internet whispers swaying Presidential elections, saving to suitors' consulate, for the purpose of real time interactive geopolitical social engineering platform operations. Mining the Redeemed Mind in brain trust is the only remedy - always has been! William Jefferson CLINTON set things up nicely with his Reelection by accepting $200M in Chinese campaign contributions for the Iridium Constellation installation contract plus a moratorium on American research on human fetal stem cells. This certainly put China in the lead, investing in over 20% of the national debt and now buying up the new infrastructure, while learning English to come over and manage it when the Culling is executed and mopped up.

7/28/2016 FRB: U.S. Reserve Assets, June 2016

What's New · What's Next · Site Map · A-Z Index · Careers · RSS · All
Videos · Current FAQs · Contact Us

Search

## Board of Governors of the Federal Reserve System

Home > Economic Research & Data > Data Releases

## International Summary Statistics

Print

Current Release    About    Release Dates

### Release Date: June 2016

Page 1   Page 2   Page 3

U.S. Reserve Assets (3.12)
Millions of dollars, end of period

| | Asset | 2012 | 2013 | 2014 | Nov 2015 | Dec 2015 | Jan 2016 | Feb 2016 | Mar 2016 | Apr 2016 | May 2016 p |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Total | 158,175 | 144,575 | 130,890 | 116,648 | 117,581 | 117,188 | 117,218 | 119,727 | 121,035 | 119,190 |
| 2 | Gold stock[1] | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 |
| 3 | Special drawing rights[2,3] | 55,050 | 55,184 | 51,941 | 49,202 | 49,888 | 49,500 | 49,532 | 50,518 | 50,821 | 50,305 |
| 4 | Reserve position in International Monetary Fund[2,5] | 34,161 | 30,750 | 25,164 | 18,179 | 17,609 | 17,561 | 16,366 | 16,677 | 16,713 | 16,661 |
| 5 | Foreign Currencies[4] | 49,922 | 47,599 | 41,944 | 38,219 | 39,242 | 39,086 | 40,279 | 41,490 | 42,459 | 41,183 |

1. Gold held "under earmark" at Federal Reserve Banks for foreign and international accounts is not included in the gold stock of the United States; see table 3.13, line 3. Gold stock is valued at $42.22 per line troy ounce.   Return to table
2. Special drawing rights(SDRs) are valued according to a technique adopted by the International Monetary Fund (IMF) in July 1974. Values are based on a weighted average of exchange rates for the currencies of member countries. From July 1974 through December 1980, sixteen currencies were used; since January 1981, five currencies have been used. U.S. SDR holdings and reserve positions in the IMF have also been valued on this basis since July 1974.   Return to table
3. Includes allocations of SDR's in the Special Drawing Account in the International Monetary Fund, plus or minus transactions in SDR's.   Return to table
4. Includes holdings of Treasury and Federal Reserve System; consistent with the Quarterly Report on Treasury and Federal Reserve Foreign Exchange Operations, foreign currency denominated assets are shown not at market value but rather at amortized cost revalued at current foreign currency market exchange rates in order to report these assets in U.S. dollars. Excludes outstanding reciprocal currency swaps with foreign central banks. As of end-May 2011 there were $801 million swaps outstanding.   Return to table
5. IMF data include the reserve tranche position and, as of May 2011, New Arrangements to Borrow   Return to table

Page 1   Page 2   Page 3

Last update: June 24, 2016
Home | Economic Research & Data
Accessibility   Contact Us   Disclaimer   Website Policies   FOIA               PDF Reader

Just the same, it is a logic jump to say the least, for people to sequence their genome only to sell it at a profit to a cybercurrency mine. Even if you can wrap your mind around it, risk management should reveal that the true resonant frequency or any harmonic of **Human endogenous retroviral protease** mentioned above, combined with

the eleventh harmonic upon Jacob's Ladder - a voltage multiplier - in a static field will exhaust the autoimmune system in any NAV victim. Doctor Robert Wallace MALONE exhibits a blood clot, thrombosis, under his right thumbnail in the recent interview.

Therefore the Judgment on 911 in 2001 has only been a warning of the COVID-19 Treasury Bubble well ready to burst. During the interview Dr MALONE admits to being on Ivermectin for "long COVID" and by his earlier paraphrased quote, "That the mRNA cleaves from the express cell should have been known long before it was injected into any humans."

### Geometry

The Headstone is the NE Corner. I was born at Penrose Hospital PENDRAGON ROSE (marked Corpus Christi) on August 13, 1958.





This organization is in perfect Fibonacci symmetry. The Treasury vault on the SE Corner harbors the gold backing US notes still in circulation.



ber of shares into which the same is divided, the name and place of doing business of each bank executing such certificate, and of all banks which have subscribed to the capital stock of such Federal reserve bank and the number of shares subscribed by each, and the fact that the certificate is made to enable those banks executing same, and all banks which have subscribed or may thereafter subscribe to the capital stock of such Federal reserve bank, to avail themselves of the advantages of this Act.

**Deposit of certificate.** The said organization certificate shall be acknowledged before a judge of some court of record or notary public; and shall be, together with the acknowledgment thereof, authenticated by the seal of such court, or notary, transmitted to the Comptroller of the Currency, who shall file, record and carefully preserve the same in his office.

**Corporate powers.** Upon the filing of such certificate with the Comptroller of the Currency as aforesaid, the said Federal reserve bank shall become a body corporate and as such, and in the name designated in such organization certificate, shall have power—

**General.** First. To adopt and use a corporate seal.

Second. To have succession for a period of twenty years from its organization unless it is sooner dissolved by an Act of Congress, or unless its franchise becomes forfeited by some violation of law.

Third. To make contracts.

Fourth. To sue and be sued, complain and defend, in any court of law or equity.

Fifth. To appoint by its board of directors, such officers and employees as are not otherwise provided for in this Act, to define their