**IN THE Western District of Washington**
1717 Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800
Judge Robert J. BRYAN

**Plaintiff:**

David Merrill of the VAN PELT family

**v.**

**Defendant:**

**THE UNITED STATES OF AMERICA**

David Merrill
720 N 10th St; STE A
Renton, Washington. 98057

_____ FILED _____ LODGED
_____ RECEIVED

**MAR 03 2022**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                          DEPUTY

**16-cv-5520 – RJB**

**Certificate of Service**

COMES NOW David Merrill of the VAN PELT family AM I. This waiver of tort action is on and for the behalf of the people and planet Earth.

**Summary of Facts**

The military force of America is ill, proven by Doc 47 of Northern Alabama USDC 21-cv-702 attached. This while Hunter's leaky drive, obviously planted for WikiLeaks Discovery outlines the terms of engagement for Russia to invade the Ukraine and subsequently to bail out central banking by trafficking in human flesh and bone.

On or around early March of 2022 I tendered to Melvin CAHOON at Rock Solid Process for hand service to the Tacoma USDC:

1. Certificate of Mailing Re: 4 pages Docs 21 and 22 first page/Return Receipt 7018 1830 0001 2788 7951

2. Twelve pages of Acknowledgement of Financial Interests - $20,000,000.00 including patent royalties assessment.

3. Two pages of evidence that the Meeting to inoculate the Little People has indeed been delayed

4. Three pages of evidence of mail fraud committed by the USPS and FDA as described below:

Looking carefully the Assessment of Financial Interest arrived in Dulles, and Marrifield, Virginia on February 16 and was delayed for ten days before it was sent to the Rockville, Maryland post office for delivery.

These facts are true.



TRUST CASTLE CHURCH 2015 SEAL

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

_____
TRUSTEE

State of WA
County Of King

I certify that I know or have satisfactory evidence that
DARCO MERRILL is / are the person who
appeared before me, and signed and sworn
on 3/1/2022 (date).

_____      10/1/2025
Signature Notary Public        Commission Expires

ALDWIN P TORRES
COMMISSION EXPIRES
NOTARY
169220
PUBLIC
10-01-25
STATE OF WASHINGTON









UNITED STATES
POSTAL SERVICE ®

PRIORITY
MAIL

FLAT RATE ENVELOPE
RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
   Docket Management Staff
   (HFA-305)
   Food and Drug Administration
   5630 Fisher Lane, Rm 1061
   Rockville, MD 20852

9590 9402 6845 1104 1963 27

2. Article Number (Transfer from service label)
   7016 3010 0001 2768 7951

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   X            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



*Vaccines and Related Biological Products: Notice of Meeting; Establishment of a Public Docket; Request for Comments*



IN THE Western District of Washington 1717
Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800
Judge Robert J. BRYAN

Plaintiff:

David Merrill of the VAN PELT family

v.

Defendant:

THE UNITED STATES OF AMERICA

David Merrill
720 N 10th St: STE A
Renton, Washington. 98057

FILED _____ LODGE
RECEIVED

JAN 1 9 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

16-cv-5520

Notice of United States Patent #11,999,999
THE TRIGGER

COMES NOW David Merrill of the VAN PELT family AM I. This action is on and for the behalf of the people and planet Earth.

This is the application of US Patent 11,999,999; not an application for US Patent 11,999,999. This invention and my Natural Vaccine, Doc 15 herein, are both related to my 2003 Invention "Eradication of SARS" - USPTO Documents Disclosure #531812. Docs 19 and 20 - Final Judgment - herein describes and defines proper Notice in good faith, that a much better path could have been taken by humankind.

Redeemed Lawful Money
Pursuant to 12 USC 5411
www.lawcorner.net/vancoder

IN THE Western District of Washington 1717
Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800
Judge Robert J. BRYAN

Plaintiff:

David Merrill of the VAN PELT family

Defendant:

**THE UNITED STATES OF AMERICA**

David Merrill
720 N 10th St; STE A
Renton, Washington. 98057

Docket Number:
FDA-2022-N-0082
Vaccines and Related
Biological Products;
Notice of meeting;

FILED          LODGED
RECEIVED

JAN 27 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY

Establishment of a
Public Docket;
Request for Comments.

16-cv-5520

**Bill of Indictment**
**$20,000,000.00**

COMES NOW David Merrill of the VAN PELT family AM L This waiver of tort action

is on and for the behalf of the people and planet Earth.

**Summary of Facts**

Recently, 1/19/22, an important Document 21 herein was filed in Tacoma, Washington

and on Page 3 was an important and deviant oath of office for one Victor J. WOLSKI. Page 2 of

Doc 21 shows the oath of Robert BRYAN herein assigned this case as if he were a federal judge.

The document now shows Robert BRYAN's oath repeated on page 3 of Doc 21 instead of Victor

WOLSKI's oath of office, as it was filed.

Title 18 USC §2076 Clerk of United States District Court -

Whoever, being a clerk of a district court of the United States  willfully refuses or
neglects to make or forward any report, certificate, statement, or document as required by
law, shall be fined under this title or imprisoned not more than one year, or both.

Title 18 USC §1512 – Tampering with a witness, victim or an informant -
(b)(2) cause or induce any person to—

Rule 29(b) USSC
Received on 2/14/22.

RE 285 186 771 US



To: Food and Drug Administration
Advisory Committee

## Acknowledgment of Financial Interests

Name of Advisory Committee Supervisor's Name: David Merrill

**Committee:** Vaccines and Related Products Advisory Committee (VRBPAC) **Meeting Date:** February 15, 2022; **Federal Register Cite:** Federal Register Volume 87, Number 24 (Friday, February 4, 2022) Pages 6571-6572 FR Doc No: 2022-02390 Pages Attached.

I acknowledge that contingent upon public disclosure of the following financial interest(s) related to the meeting topic: The Committee will meet in open session to discuss a request to amend the Emergency Use Authorization (EUA) of the Pfizer-BioNTech COVID-19 mRNA vaccine for administration of their COVID-19 mRNA vaccine to children 6 months through 4 years of age, I may be considered PENDRAGON for supervision of the advisory committee meeting described above.

| Type of Interest | Nature | Magnitude |
|---|---|---|
| I. Personal/Immediate Family Lien on State of Colorado UCC-1 Secretary of State #20092001574 | Affected Firm | $20,000,000.00 |
| II. Other Imputed Interests US Patent and Trademark Office US Patent and Trademark Office | 2003 Patent "Eradication of SARS - #531812 May 3. COVID-19 Augmentations in USDC WWA 16-cv-5520 Docs 15 and 21. | $0.00 All proceeds donated to humanity, not transhumans. $0.00 All proceeds donated to humanity, not transhumans. |

Thank you for your consideration,

David Merrill.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/



State of WA
County Of King

I certify that I know or have satisfactory evidence that
DAVID MERRILL is/are the person who
appeared before me, and signed and sworn
on FEB. 4, 2022 (date).

Signature Notary Public          Commission Expires          OCT. 1, 2025






information shall have practical utility; (b) the accuracy of the agency's estimate of the burden of the proposed collection of information; (c) the quality, utility, and clarity of the information to be collected; and (d) ways to minimize the burden of the collection of information on respondents, including through the use of automated collection techniques or other forms of information technology. Consideration will be given to comments and suggestions submitted within 60 days of this publication.

*Authority:* 42 U.S.C. 1313, 24 U.S.C. 321–329.

Mary B. Jones,
*ACF/OPRE Certifying Officer.*
[FR Doc. 2022–02374 Filed 2–3–22; 8:45 am]
BILLING CODE 4184–PL–P

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

**Food and Drug Administration**

[Docket No. FDA–2022–N–0082]

**Vaccines and Related Biological Products Advisory Committee; Notice of Meeting; Establishment of a Public Docket; Request for Comments**

**AGENCY:** Food and Drug Administration, HHS.

**ACTION:** Notice; establishment of a public docket; request for comments.

**SUMMARY:** The Food and Drug Administration (FDA) announces a forthcoming public advisory committee meeting of the Vaccines and Related Biological Products Advisory Committee (VRBPAC). The general function of the committee is to provide advice and recommendations to FDA on regulatory issues. The meeting will be open to the public. FDA is establishing a docket for public comment on this document.

**DATES:** The meeting will be held on February 15, 2022, from 8:30 a.m. to 5 p.m. Eastern Time.

**ADDRESSES:** Please note that due to the impact of this COVID–19 pandemic, all meeting participants will be joining this advisory committee meeting via an online teleconferencing platform. The online web conference meeting will be available at the following link on the day of the meeting: *https://youtu.be/ nCRNfZ8ZHN8.*

FDA is establishing a docket for public comment on this meeting. The docket number is FDA–2022–N–0082. The docket will close on February 14, 2022. Submit either electronic or written comments on this public meeting by February 14, 2022. Please

note that late, untimely filed comments will not be considered. The *https:// www.regulations.gov* electronic filing system will accept comments until 11:59 p.m. Eastern Time at the end of February 14, 2022. Comments received by mail/hand delivery/courier (for written/paper submissions) will be considered timely if they are received on or before that date.

Comments received on or before February 10, 2022, will be provided to the committee. Comments received after February 10, 2022, and by February 14, 2022, will be taken into consideration by FDA. In the event that the meeting is cancelled, FDA will continue to evaluate any relevant applications or information, and consider any comments submitted to the docket, as appropriate.

You may submit comments as follows:

*Electronic Submissions*

Submit electronic comments in the following way:

• *Federal eRulemaking Portal: https://www.regulations.gov.* Follow the instructions for submitting comments. Comments submitted electronically, including attachments, to *https:// www.regulations.gov* will be posted to the docket unchanged. Because your comment will be made public, you are solely responsible for ensuring that your comment does not include any confidential information that you or a third party may not wish to be posted, such as medical information, your or anyone else's Social Security number, or confidential business information, such as a manufacturing process. Please note that if you include your name, contact information, or other information that identifies you in the body of your comments, that information will be posted on *https://www.regulations.gov.*

• If you want to submit a comment with confidential information that you do not wish to be made available to the public, submit the comment as a written/paper submission and in the manner detailed (see "Written/Paper Submissions" and "Instructions").

*Written/Paper Submissions*

Submit written/paper submissions as follows:

• *Mail/Hand Delivery/Courier (for written/paper submissions):* Dockets Management Staff (HFA–305), Food and Drug Administration, 5630 Fishers Lane, Rm. 1061, Rockville, MD 20852.

• For written/paper comments submitted to the Dockets Management Staff, FDA will post your comment, as well as any attachments, except for information submitted, marked and

identified, as confidential, if submitted as detailed in "Instructions."

*Instructions:* All submissions received must include the Docket No. FDA–2022–N–0082 for "Vaccines and Related Biological Products Advisory Committee; Notice of Meeting; Establishment of a Public Docket; Request for Comments." Received comments, those filed in a timely manner (see ADDRESSES), will be placed in the docket and, except for those submitted as "Confidential Submissions," publicly viewable at *https://www.regulations.gov* or at the Dockets Management Staff between 9 a.m. and 4 p.m., Eastern Time, Monday through Friday, 240–402–7500.

• *Confidential Submissions*—To submit a comment with confidential information that you do not wish to be made publicly available, submit your comments only as a written/paper submission. You should submit two copies total. One copy will include the information you claim to be confidential with a heading or cover note that states "THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION." FDA will review this copy, including the claimed confidential information, in its consideration of comments. The second copy, which will have the claimed confidential information redacted/blacked out, will be available for public viewing and posted on *https:// www.regulations.gov.* Submit both copies to the Dockets Management Staff. If you do not wish your name and contact information be made publicly available, you can provide this information on the cover sheet and not in the body of your comments and you must identify the information as "confidential." Any information marked as "confidential" will not be disclosed except in accordance with 21 CFR 10.20 and other applicable disclosure law. For more information about FDA's posting of comments to public dockets, see 80 FR 56469, September 18, 2015, or access the information at: *https:// www.govinfo.gov/content/pkg/FR-2015-09-18/pdf/2015-23389.pdf.*

*Docket:* For access to the docket to read background documents or the electronic and written/paper comments received, go to *https:// www.regulations.gov* and insert the docket number, found in brackets in the heading of this document, into the "Search" box and follow the prompts and/or go to the Dockets Management Staff, 5630 Fishers Lane, Rm. 1061, Rockville, MD 20852, 240–402–7500.

**FOR FURTHER INFORMATION CONTACT:** Prabhakara Atreya or Christina Vert, Center for Biologics Evaluation and

Research, Food and Drug Administration. 10903 New Hampshire Ave., Bldg. 71, Silver Spring, MD 20993–0002, 240–506–4946, *CBERVRBPAC@fda.hhs.gov*; or FDA Advisory Committee Information Line, 1–800–741–8138 (301–443–0572 in Washington, DC area). A notice in the Federal Register about last minute modifications that impact a previously announced advisory committee meeting cannot always be published quickly enough to provide timely notice. Therefore, you should always check the FDA's website at *https://www.fda.gov/ AdvisoryCommittees/default.htm* and scroll down to the appropriate advisory committee meeting link, or call the advisory committee information line to learn about possible modifications before coming to the meeting.

**SUPPLEMENTARY INFORMATION:** Consistent with FDA's regulations, this notice is being published with less than 15 days prior to the date of the meeting based on a determination that convening a meeting of the Vaccines and Related Biological Products Advisory Committee as soon as possible is warranted. This Federal Register notice could not be published 15 days prior to the date of the meeting due to a recent request to amend the Emergency Use Authorization (EUA) of the Pfizer-BioNTech COVID–19 mRNA vaccine for administration to children 6 months through 4 years of age, and the need for prompt discussion of this request given the COVID–19 pandemic.

*Agenda:* The meeting presentations will be heard, viewed, captioned, and recorded through an online teleconferencing platform. On February 15, 2022, the committee will meet in open session to discuss a request to amend the Emergency Use Authorization (EUA) of the Pfizer-BioNTech COVID–19 mRNA vaccine for administration to children 6 months through 4 years of age.

FDA intends to make background material available to the public no later than 2 business days before the meeting. If FDA is unable to post the background material on its website prior to the meeting, the background material will be made publicly available at the location of the advisory committee meeting, and the background material will be posted on FDA's website after the meeting. Background material is available at *https://www.fda.gov/ AdvisoryCommittees/Calendar/ default.htm.* Scroll down to the appropriate advisory committee meeting link. The meeting will include slide presentations with audio components to allow the presentation of materials in a manner that most closely resembles an in-person advisory committee meeting.

*Procedure:* On February 15, 2022, from 8:30 a.m. to 5 p.m. Eastern Time the meeting is open to the public. Interested persons may present data, information, or views, orally or in writing, on issues pending before the committee. All electronic and written submissions submitted to the Docket (see **ADDRESSES**) on or before February 10, 2022, will be provided to the committee. Comments received after February 10, 2022, and by February 14, 2022, will be taken into consideration by FDA. Oral presentations from the public will be scheduled between approximately 1 p.m. and 2 p.m. Eastern Time. Those individuals interested in making formal oral presentations should notify the contact person and submit a brief statement of the general nature of the evidence or arguments they wish to present, the names and addresses of proposed participants, and an indication of the approximate time requested to make their presentation on or before February 8, 2022. Time allotted for each presentation may be limited. If the number of registrants requesting to speak is greater than can be reasonably accommodated during the scheduled open public hearing session, FDA may conduct a lottery to determine the speakers for the scheduled open public hearing session. The contact person will notify interested persons regarding their request to speak by February 9, 2022.

For press inquiries, please contact the Office of Media Affairs at *fdaoma@ fda.hhs.gov* or 301–796–4540.

FDA welcomes the attendance of the public at its advisory committee meetings and will make every effort to accommodate persons with disabilities. If you require accommodations due to a disability, please contact Prabhakara Atreya or Christina Vert (see **FOR FURTHER INFORMATION CONTACT**) at least 7 days in advance of the meeting.

FDA is committed to the orderly conduct of its advisory committee meetings. Please visit our website at *https://www.fda.gov/ AdvisoryCommittees/AboutAdvisory Committees/ucm111462.htm* for procedures on public conduct during advisory committee meetings.

Notice of this meeting is given under the Federal Advisory Committee Act (5 U.S.C. app. 2).

Dated: February 1, 2022.

**Lauren K. Roth,**
*Associate Commissioner for Policy.*

[FR Doc. 2022–02350 Filed 2–3–22; 8:45 am]

**BILLING CODE 4164–01–P**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Food and Drug Administration

[Docket No. FDA–2014–D–1411]

## Drug Product Tracing: The Effect of Section 585 of the Federal Food, Drug, and Cosmetic Act—Questions and Answers; Guidance for Industry; Availability

**AGENCY:** Food and Drug Administration, Department of Health and Human Services (HHS).

**ACTION:** Notice of availability.

**SUMMARY:** The Food and Drug Administration (FDA or Agency) is announcing the availability of a final guidance for industry entitled "Drug Product Tracing: The Effect of Section 585 of the FD&C Act—Questions and Answers." FDA is issuing this guidance to assist industry and State and local governments in understanding the effects of the uniform national policy set forth in the Federal Food, Drug, and Cosmetic Act (FD&C Act) that was added by the Drug Supply Chain Security Act, which was enacted on November 27, 2013. This guidance is intended to help industry and States understand the law as it is currently in effect and clarify its effect on State product tracing. This guidance finalizes the draft guidance entitled "The Effect of Uniform National Policy on Drug Product Tracing and Wholesale Drug Distributor and Third-Party Logistics Provider Standards: Questions and Answers" issued on October 8, 2014.

**DATES:** The announcement of the guidance is published in the Federal Register on February 4, 2022.

**ADDRESSES:** You may submit either electronic or written comments on Agency guidances at any time as follows:

*Electronic Submissions*

Submit electronic comments in the following way:

• *Federal eRulemaking Portal: https://www.regulations.gov.* Follow the instructions for submitting comments. Comments submitted electronically, including attachments, to *https:// www.regulations.gov* will be posted to the docket unchanged. Because your comment will be made public, you are solely responsible for ensuring that your comment does not include any confidential information that you or a third party may not wish to be posted, such as medical information, your or anyone else's Social Security number, or confidential business information, such as a manufacturing process. Please note

## The UPS Store® Electronic Waiver for Notary Services

| STORE | DATE | NOTARY WAIVER ID | FIRST AND LAST NAME | TELEPHONE |
|---|---|---|---|---|
| 6046 | Fri 11 Feb 2022 | 0000E1F1968E | DAVID MERRILL | |
| REFERENCE | | | E-MAIL ADDRESS | |
| 0000C13E9C33 | | | | |

### Agreement to Arbitrate Claims

**You and We agree that any controversy or claim, whether at law or equity, arising out of or related to the provision of services by this The UPS Store® center shall be resolved in its entirety by individual (not class-wide nor collective) binding arbitration, regardless of the date of accrual of such dispute, except for claims that may be filed in courts of limited jurisdiction such as small claims, justice of the peace, magistrate court, and similar courts with monetary limits of $30,000 or less on their jurisdictions over civil disputes. You and We agree that this agreement to arbitrate claims also applies to any controversy or claim involving The UPS Store, Inc. or any of its affiliated entities.**

Arbitration is the submission of a dispute to a neutral arbitrator, instead of a judge or jury, for a final and binding decision, known as an "award." Arbitration provides for more limited discovery than in court, and is subject to limited review by courts. Each party has an opportunity to present evidence to the arbitrator in writing or through witnesses. An arbitrator can only award the same damages and relief that a court can award under the law and must honor the terms and conditions in the Terms.

### Institutional Arbitration

The arbitration shall be conducted by the American Arbitration Association (AAA) in accordance with its Commercial Arbitration Rules or, provided that you are an individual consumer and are using this The UPS Store center's services for personal (not business) use, the Consumer Arbitration Rules (the "Rules"), and judgment on the award may be entered in any court of competent jurisdiction. The Rules, including instructions for how to initiate arbitration, are available at http://www.adr.org.

**Any arbitration under this Agreement will take place on an individual basis; class, mass, consolidated or combined actions or arbitrations or proceeding as a private attorney general are not permitted. You and We are each waiving the right to trial by jury. You and We are further giving up the ability to participate in a class, mass, consolidated or combined action or arbitration.**

### Place of Arbitration/Number of Arbitrators/Costs of Arbitration/Governing Law/Survival

Any arbitration will take place in the county where this The UPS Store® center is located and will be determined by a single arbitrator.

Any filing fee or administrative fee required of Claimant by the AAA Rules shall be paid by You to the extent such fee does not exceed the amount of the fee required to commence a similar action in a court that otherwise would have jurisdiction. For all non-frivolous complaints, We will pay the amount of such fee in excess of that amount. The arbitrator will allocate the administrative costs and arbitral fees consistent with the applicable rules of the American Arbitration Association. Reasonable attorney's fees and expenses will be allocated or awarded only to the extent such allocation or award is available under applicable law.

All issues are for the arbitrator to decide, except that issues relating to the scope, application, and enforceability of the arbitration provision are for a court to decide. The Federal Arbitration Act governs the interpretation and enforcement of this provision. This agreement to arbitrate shall survive termination of the Terms.

### Severability

Notwithstanding anything to the contrary in the AAA Rules, if any part of this arbitration provision is deemed invalid or ineffective for any reason, this shall not affect the validity or enforceability of the remainder of this arbitration provision, and the arbitrator shall have the authority to amend any provisions deemed invalid or ineffective to make the same valid and enforceable.

### Desk Arbitration

For all disputes concerning an amount less than fifteen thousand dollars ($15,000.00), the parties shall submit their arguments and evidence to the arbitrator in writing and the arbitrator shall make an award based only on the documents; no hearing will be held unless the arbitrator in his or her discretion, and upon request of a party, decides it is a necessity to require an in-person hearing. Notwithstanding this provision, the parties may agree to proceed with desk arbitration at any time.

### Access to Small Claims Courts

All parties shall retain the right to seek adjudication in a state court of limited jurisdiction, such as small claims, justice of the peace, magistrate court, and similar courts with monetary limits of less than $30,000 on their jurisdiction over civil disputes, for individual disputes within the scope of such court's jurisdiction.

### Acknowledgements

You and We acknowledge and agree that:

- WE ARE WAIVING THE RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE BETWEEN OR AMONG US, THE UPS STORE, INC., ITS AFFILIATES OR RELATED THIRD PARTIES;
- WE ARE WAIVING THE RIGHT TO HAVE A COURT, OTHER THAN A STATE COURT OF LIMITED JURISDICTION AS DEFINED ABOVE, RESOLVE ANY SUCH DISPUTE;
- WE ARE WAIVING THE RIGHT TO HAVE A COURT REVIEW ANY DECISION OR AWARD OF AN ARBITRATOR, WHETHER INTERIM OR FINAL, EXCEPT FOR APPEALS BASED ON THOSE GROUNDS FOR VACATUR EXPRESSLY SET FORTH IN SECTION 10 OF THE FEDERAL ARBITRATION ACT.
- YOU AND WE AGREE THAT WE ARE WAIVING THE RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, JOIN AS A CLASS MEMBER, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS IN ANY CLASS, MASS, CONSOLIDATED OR COMBINED ACTION OR ARBITRATION.

### Award

The arbitrator may award money or equitable relief in favor of only the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. Similarly, an arbitration award and any judgment confirming it apply only to that specific case; it cannot be used in any other case except to enforce the award itself. To reduce the time and expense of the arbitration, the arbitrator will not provide a statement of reasons for his or her award unless a brief explanation of the reasons is requested by one of the parties. Unless the parties agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative, private attorney general or class proceeding.

| | Fri 11 Feb 2022 |
|---|---|
| SIGNATURE | DATE |

Version: EN2021.01.01 **Effective:** Wed 24 Mar 2021   **Generated:** Wed 10 Feb 2021 10:02                                                    2

Notice of a New Biological ; Public Notice of Flagship; Establishment of a Public Docket; Request for Comments

IN THE Western District of Washington 1717
Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800
Judge Robert J. BRYAN

Plaintiff:

David Merrill of the VAN PELT family

v.

Defendant:

THE UNITED STATES OF AMERICA

720 N 10th St: STE A
Renton, Washington. 98057

FILED

RECEIVED

JAN 19 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

16-cv-5520

Notice of United States Patent #11,999,999
**THE TRIGGER**

COMES NOW David Merrill of the VAN PELT family AM I. This action is on and for

the behalf of the people and planet Earth.

This is the application of US Patent 11,999,999; not an application for US Patent

11,999,999. This invention and my Natural Vaccine, Doc 15 herein, are both related to my 2003

Invention "Eradication of SARS" - USPTO Documents Disclosure #531812. Docs 19 and 20 -

Final Judgment - herein describes and defines proper Notice in good faith, that a much better

path could have been taken by humankind.

**IN THE Western District of Washington** 1717
Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800
Judge Robert J. BRYAN

Plaintiff:

David Merrill of the VAN PELT family

Defendant:

**THE UNITED STATES OF AMERICA**

David Merrill
720 N 10th St; STE A
Renton, Washington. 98057

Docket Number:
FDA-2022-N-0082
Vaccines and Related
Biological Products;
Notice of meeting;

FILED _____ LODGED
_____ RECEIVED

**JAN 27 2022**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY

Establishment of a
Public Docket;
Request for Comments.

**16-cv-5520**

**Bill of Indictment**
**$20,000,000.00**

COMES NOW David Merrill of the VAN PELT family AM I. This waiver of tort action

is on and for the behalf of the people and planet Earth.

**Summary of Facts**

Recently, 1/19/22, an important Document 21 herein was filed in Tacoma, Washington

and on Page 3 was an important and deviant oath of office for one Victor J. WOLSKI. Page 2 of

Doc 21 shows the oath of Robert BRYAN herein assigned this case as if he were a federal judge.

The document now shows Robert BRYAN's oath repeated on page 3 of Doc 21 instead of Victor

WOLSKI's oath of office, as it was filed.

Title 18 USC §2076 Clerk of United States District Court -

Whoever, being a clerk of a district court of the United States willfully refuses or
neglects to make or forward any report, certificate, statement. or document as required by
law, shall be fined under this title or imprisoned not more than one year, or both.

Title 18 USC §1512 – Tampering with a witness, victim or an informant –
(b)(2) cause or induce any person to—



PRESS FIRMLY TO SEAL.

7018 3090 0001 2788 7951
7018 3090 0001 2788 7951

UNITED
POSTAL

U.S. Postal Service™
CERTIFIED MAIL RECEIPT

...ected delivery date apa...
...st domestic shipments i...
...PS Tracking® included f...
...ited international insura...
...en used internationally...

...ance does not cover certain ite...
...tic Mail Manual at https://po...
...International Mail Manual at h...

FROM:
Rock Solid Legal Support, Inc.
4329 Tacoma Ave. South
Tacoma, WA. 98418

Docket Number
FDA-2022-N-0082
TO:
Docket Management Staff
(HFA-305)
Food and Drug Administration
5630 Fishers Lane,
Room 1061
Rockville,          MD
20852

AT RATE ENVELOPE
RATE ■ ANY WEIGHT

RACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 :: 9 1/2

To schedule free Package Pickup,
scan the QR code.







## AT RATE ENVELOF

RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Docket Management Staff
(HFA- 305)
Food and Drug Administration
5630 Fisher Lane, Rm 1061
Rockville, MD 20852

9590 9402 6945 1104 1963 27

2. Article Number (Transfer from service label)

7018 3090 0001 2788 7951

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## RACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.CO
ORDER FREE SUPPLIES ONLI



Comments received on or before
February 10, 2022, will be provided to
the committee. Comments received after
February 10, 2022, and by February 14,
2022, will be taken into consideration
by FDA. In the event that the meeting
is cancelled, FDA will continue to
evaluate any relevant applications or
information, and consider any
comments submitted to the docket, as
appropriate.

You may submit comments as
follows:

*Electronic Submissions*

| Start Date ▾ | End Date | Meeting | Center |
|---|---|---|---|
| 03/03/2022 09:00 AM EST | 03/03/2022 03:30 PM EST | Vaccines and Related Biological Products Advisory Committee March 3, 2022 Meeting Announcement - 03/03/2022 | Center for Biologics Evaluation and Research |
| 02/15/2022 09:30 AM EST | 02/15/2022 05:00 PM EST | February 15, 2022: Joint Meeting of the Anesthetic and Analgesic Drug Products Advisory Committee and the Drug Safety and Risk Management Advisory Committee - 02/15/2022 | Center for Drug Evaluation and Research |
| 02/15/2022 08:30 AM EST | 02/15/2022 05:00 PM EST | POSTPONED - Vaccines and Related Biological Products Advisory Committee February 15, 2022 Meeting Announcement - 02/15/2022 | Center for Biologics Evaluation and Research |
| 02/10/2022 10:00 AM EST | 02/10/2022 03:00 PM EST | February 10, 2022: Meeting of the Oncologic Drugs Advisory Committee Meeting Announcement - 02/10/2022 | Center for Drug Evaluation and Research |
| 12/10/2021 09:00 AM EST | 12/10/2021 06:00 PM EST | December 10, 2021: Neurological Devices Panel of the Medical Devices Advisory Committee Meeting Announcement - 12/10/2021 - 12/10/2021 | Center for Devices and Radiological Health |
| 12/08/2021 09:30 AM EST | 12/08/2021 05:00 PM EST | December 8, 2021 Meeting of the Cardiovascular and Renal Drugs Advisory Committee Meeting Announcement | Center for Drug Evaluation and |

**Clicked the above link.**

**THIS MEETING IS POSTPONED. Coronavirus (COVID-19) Update: FDA Postpones Advisory Committee Meeting to Discuss Request for Authorization of Pfizer-BioNTech COVID-19 Vaccine for Children 6 Months Through 4 Years of Age | FDA**

## Agenda

The meeting presentations will be heard, viewed, captioned, and recorded through an online teleconferencing platform. The committee will meet in open session to discuss a request to amend the Emergency Use Authorization (EUA) of the Pfizer-BioNTech COVID-19 mRNA vaccine for administration to children 6 months through 4 years of age.

## Meeting Materials

FDA intends to make background material available to the public no later than 2 business days before the meeting.  If FDA is unable to post the background material



**Tracking Number:** RE285186771US

Your item was delivered to an individual at the address at 1:03 pm on February 25, 2022 in ROCKVILLE, MD 20850.

**Status**

☑ **Delivered, Left with Individual**

February 25, 2022 at 1:03 pm
ROCKVILLE, MD 20850

**Get Updates** ⌄

Delivered

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**February 25, 2022, 1:03 pm**
Delivered, Left with Individual
ROCKVILLE, MD 20850
Your item was delivered to an individual at the address at 1:03 pm on February 25, 2022 in ROCKVILLE, MD 20850.

**February 25, 2022, 12:29 pm**
Arrived at Post Office
ROCKVILLE, MD 20850

**February 25, 2022, 11:33 am**
Available for Pickup
ROCKVILLE, MD 20850

**February 25, 2022, 5:47 am**
Forwarded
ROCKVILLE, MD

**February 25, 2022, 5:46 am**
Arrived at Post Office
ROCKVILLE, MD 20852

**February 16, 2022, 11:13 pm**
Arrived at USPS Facility
MERRIFIELD, VA 22081



**Tracking Number:** RE285186771US

Rem

Your item arrived at our USPS facility in MERRIFIELD, VA 22081 on February 16, 2022 at 11:13 pm. The item is currently in transit to the destination.

**Status**

**Arrived at USPS Facility**

February 16, 2022 at 11:13 pm
MERRIFIELD, VA 22081

Get Updates ⌄

In-Transit

Text & Email Updates ⌄

Tracking History ⌃

February 16, 2022, 11:13 pm
Arrived at USPS Facility
MERRIFIELD, VA 22081
Your item arrived at our USPS facility in MERRIFIELD, VA 22081 on February 16, 2022 at 11:13 pm. The item is in transit to the destination.

February 16, 2022, 7:35 pm
Departed USPS Facility
DULLES, VA 20101

FDA Financial

| | | |
|---|---|---|
| 16 Feb 2022 | Arrived at USPS Facility. Your item arrived at our USPS facility in MERRIFIELD, VA 22081 on February 16, 2022 at 11:13 pm. The item is currently in transit to the destination. MERRIFIELD, VA | |
| 16 Feb 2022 | Departed USPS Facility DULLES, VA | |
| 16 Feb 2022 | Arrived at USPS Regional Destination Facility DULLES VA DISTRIBUTION CENTER | |
| 15 Feb 2022 | Departed USPS Facility SEATTLE, WA | |
| 14 Feb 2022 | Arrived at USPS Facility SEATTLE, WA | |
| 14 Feb 2022 | Departed Post Office RENTON, WA | |
| 14 Feb 2022 | USPS in possession of item RENTON, WA | |

| | |
|---|---|
| Tracking number | RE 285 186 771 US |
| From | WA, 98057 |
| Origin | United States |
| Found in | USPS |
| Tracked with couriers | USPS |
| Postal Product | First-Class Mail |
| Days in transit | 7 |
| Tracking link | |
| https://parcelsapp.com/en/trocking/RE 285 186 | |

*Bookmark this page to track parcels faster!*

Share to WhatsApp ›
Share to Viber ›
Share to Telegram ›

Track with official websites

USPS

FILED
2022 Feb-16  PM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **AMERICA'S FRONTLINE DOCTORS, et al,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Case No. 2:21-cv-702-CLM |
| **The UNITED STATES OF AMERICA, et al,** | ) ) ) | Supplement to Plaintiffs' Brief (ECF 43) |
| **Defendants.** | ) ) | |

COME NOW the Plaintiffs, by and through their undersigned attorneys, and as their supplemental filing explaining the relevance of the Excel file presented to the Court on February 8, 2022 (*see* Order entered on February 8, 2022, ECF 46), do hereby submit the following:

1. The Excel spread sheet file first presented to the Court on February 8, 2022 (the "File") is now attached as Exhibit A to this Supplement.

2. The File contains a table of data that has been carefully downloaded from the Defense Medical Epidemiological Database ("DMED") by senior military personnel who are risking everything to serve their country in the best way they know how, now as whistleblowers.

3. These personnel are LT COL Theresa M. Long, LT COL Peter Chambers, 1LT Mark Bashaw and MAJ Samuel Sigoloff (the "Whistleblowers"). The

1

Whistleblowers are U.S. Army medical officers with regular authorized access to

DMED. Each of them regularly accesses DMED as a part of their job. Each of them

has provided undersigned counsel with a declaration under 28 U.S.C. § 1746(2).[1]

    4. The DMED website[2] explains:

> DMED is available to authorized users such as U.S. military providers,
> epidemiologists, medical researchers, safety officers or medical operations /
> clinical support staff for serving health conditions in the U.S. military.

> The purpose of DMED is to standardize the epidemiologic methodology used
> to collect, integrate and analyze active component service member personnel
> and medical event data, to provide authorized users with remote access to the
> summarized data.

    5. Each of the Whistleblowers independently queried the DMED database

using the same queries. Each of the Whistleblowers obtained the same shocking

results. Each of the Whistleblowers attempted to discredit and find an alternate

explanation for the results, and each failed. The queries and results are reflected in

the File. The File is populated exclusively with, and faithfully reflects, the DMED

data.

    6. The File reveals that prior to the commencement of vaccination within the

DOD with the mRNA COVID-19 vaccines, the incidence of certain diseases and

---

[1] The declarations exceed the 10-page limit imposed by the Court in its February 8 Order,
however, counsel will provide them to the Court upon request.
[2] https://health.mil/Military-Health-Topics/Combat-Support/Armed-Forces-Health-
Surveillance-Division/Data-Management-and-Technical-Support/Defense-Medical-
Epidemiology-Database

medical conditions among DOD personnel was predictable and constant at a certain level over a number of years from 2016 to 2020; HOWEVER, after the commencement of vaccination within the DOD with the mRNA COVID-19 vaccines in 2021, the incidence of these diseases and medical conditions among DOD personnel spiked dramatically.

7. For example, the File shows a 456% increase in acute myocardial infarction, a 468% increase in pulmonary embolism, a 296% increase in all cancers, a 275% increase in myocarditis.

8. The data in the File was first disclosed to the general public at a roundtable hosted by U.S. Senator Ron Johnson (R-WI) on January 24, 2022.[1]  Following the exposé, the DOD responded with a statement that the dramatic spike in disease and medical conditions in DOD personnel immediately following the vaccine rollout in DOD was purely coincidental, and the result of a previously unannounced "glitch" in its DMED database, and had nothing to do with the vaccines themselves.  The DOD maintains that the database glitch resulted in artificially low incidence numbers in the years 2016-2020, but that the 2021 data is accurate.

9. The DOD "glitch" story is absurd.  It strains credulity that such a breathtaking error in the DMED database, which is heavily scrutinized by personnel

[1] https://www.ronjohnson.senate.gov/2022/2/sen-johnson-to-secretary-austin-has-dod-seen-an-increase-in-medical-diagnoses-among-military-personnel

throughout the DOD and other federal agencies, including the agencies employing the named Defendants, could have gone unnoticed for so long, including during the height of the pandemic in 2020. It is equally unconvincing that the DMED database would have magically corrected itself prior to 2021, while leaving all of the old erroneous data in the system.

10. Further, Plaintiffs have conducted their own investigation, and offer the attached Declarations of Mathew Crawford (Exhibit B) and Dr. Andrew Huff (Exhibit C), which are further illuminating and suggest deliberate agency misconduct and fraud (abuse of discretion).

Respectfully submitted this the 16th day of February, 2021.

/s/ *Lowell H. Becraft, Jr.*
Lowell H. Becraft, Jr.
Attorney for Plaintiffs
ASB 5005-F66L
403C Andrew Jackson Way
Huntsville, AL 35801
256-533-2535
becraft@hiwaay.net

/s/ *Thomas Renz*
Thomas Renz
Attorney for Plaintiffs
Ohio Bar No. 98645
1907 W. State St. #162
Fremont, OH 43420
419-351-4248
renzlawllc@gmail.com

/s/ *Michael A. Hamilton*
Michael A. Hamilton
Attorney for Plaintiffs
KY Bar No. 89471
HAMILTON & ASSOCIATES
1067 N. Main St, PMB 224
Nicholasville, KY 40356
859-655-5455

/s/ *F. R. Jenkins*
F. R. Jenkins
Attorney for Plaintiffs
Maine Bar No. 004667
Meridian 361 International Law
Group, PLLC
97A Exchange Street, Suite 202
Portland, ME 04101

4

**Exhibit A**

## Defense Medical Surveillance System (DMSS) Defense Medical Epidemiology Database (DMED) DoD Data - January 2022

| Diagnosis or Injury | Query Date | 2016 | 2017 | 2018 | 2019 | 2020 | Total 2016-2020 | Avg Injuries Per Year 2016-2020 | 2021 (Partial Year) | Percent Increase In 2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| **All Diseases & Injuries** | | | | | | | | | | |
| All Disease & Injuries (Amb) | 1/19/2022 | 2,059,630 | 2,058,379 | 2,022,663 | 2,110,383 | 1,976,724 | 10,227,779 | 2,045,555.80 | 21,512,683 | 1052% |
| All Disease & Injuries (Hosp) | 1/19/2022 | 43,786 | 43,338 | 42,024 | 43,493 | 40,052 | 212,693 | 42,538.60 | 54,776 | 129% |
| **Cancer** | | | | | | | | | | |
| Neoplasms (ALL CANCERS) | 1/19/2022 | 41,557 | 39,139 | 37,756 | 38,889 | 36,050 | 193,391 | 38,678.20 | 114,645 | 296% |
| Malignant Neoplasms of Digestive Organs | 1/19/2022 | 680 | 654 | 633 | 602 | 704 | 3,253 | 650.60 | 4,060 | 624% |
| Malignant Neoplasms of Thyroid & Other Endocrine Glands | 1/19/2022 | 550 | 394 | 369 | 374 | 372 | 2,059 | 411.80 | 1,950 | 474% |
| Malignant Neuroendocrine tumors | 1/19/2022 | 167 | 135 | 98 | 113 | 117 | 630 | 126.00 | 440 | 349% |
| Testicular Cancer (Amb) | 1/10/2022 | 1,156 | 1,008 | 866 | 880 | 889 | 4,799 | 959.80 | 3,537 | 369% |
| Ovarian Cancer (Amb) | 1/10/2022 | 121 | 88 | 73 | 82 | 69 | 433 | 86.60 | 181 | 209% |
| Breast Cancer (Amb) | 1/10/2022 | 934 | 810 | 766 | 792 | 766 | 4,068 | 813.60 | 4,357 | 536% |
| Malignant Neoplasm of Esophagus | 1/10/2022 | 29 | 36 | 35 | 20 | 26 | 146 | 29.20 | 261 | 894% |
| **Mental Health & Metabolic Function** | | | | | | | | | | |
| Anxiety (Amb) | 1/10/2022 | 37,011 | 36,687 | 36,145 | 37,762 | 37,870 | 185,455 | 37,091.00 | 931,791 | 2512% |
| Anxiety (Hosp) | 1/10/2022 | 2,478 | 2,577 | 2,534 | 2,866 | 2,842 | 12,897 | 2,579.40 | 6,496 | 252% |
| Suicide | 1/10/2022 | 359 | 496 | 530 | 570 | 550 | 2,505 | 501.00 | 1,798 | 359% |
| Endocrine Nutritional & Metabolic Diseases (Amb) | 1/19/2022 | 33,140 | 31,825 | 30,814 | 31,504 | 30,506 | 157,789 | 31,557.80 | 134,053 | 425% |
| Disorders of Thyroid Gland | 1/19/2022 | 8,078 | 7,694 | 7,357 | 7,289 | 6,893 | 37,311 | 7,462.20 | 24,769 | 332% |
| Malaise & Fatigue (Amb) | 1/10/2022 | 3,851 | 3,842 | 3,832 | 3,885 | 3,735 | 19,145 | 3,829.00 | 26,416 | 690% |
| Thyroid Dysfunction (Amb) | 1/10/2022 | 8,074 | 7,696 | 7,357 | 7,289 | 6,891 | 37,307 | 7,461.40 | 22,620 | 303% |
| Diabetes Type 1 (Amb) | 1/10/2022 | 1,319 | 1,167 | 1,072 | 1,036 | 960 | 5,554 | 1,110.80 | 5,269 | 474% |
| Disease of Liver (Amb) | 1/10/2022 | 1,994 | 2,053 | 2,063 | 2,234 | 2,322 | 10,666 | 2,133.20 | 6,187 | 290% |
| **Narcolepsy & Cataplexy** | | | | | | | | | | |
| Narcolepsy & Cataplexy | 1/19/2022 | 995 | 898 | 864 | 830 | 766 | 4,353 | 870.60 | 2,097 | 241% |
| **Neuromuscular & Skeletal Systems** | | | | | | | | | | |
| Diseases of the Nervous System | 1/19/2022 | 82,435 | 81,996 | 81,382 | 85,012 | 80,786 | 411,613 | 82,322.60 | 883,013 | 1048% |
| Diseases of the Eye & Adnexa | 1/19/2022 | 88,091 | 87,712 | 86,417 | 91,503 | 79,529 | 433,252 | 86,650.40 | 280,206 | 323% |
| Migraine | 1/19/2022 | 15,734 | 15,714 | 16,462 | 17,116 | 16,331 | 81,357 | 16,271.40 | 73,490 | 452% |
| Seizures (Amb) | 1/10/2022 | 196 | 148 | 130 | 150 | 123 | 747 | 149.40 | 489 | 327% |
| Guillllan-Barre Syndrome (Amb) | 1/10/2022 | 66 | 79 | 71 | 85 | 65 | 366 | 73.20 | 403 | 551% |

**Exhibit A**

## Defense Medical Surveillance System (DMSS) Defense Medical Epidemiology Database (DMED) DoD Data – January 2022

| Diagnosis or Injury | Query Date | 2016 | 2017 | 2018 | 2019 | 2020 | Total 2016-2020 | Avg Injuries Per Year 2016-2020 | 2021 (Partial Year) | Percent Increase in 2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| Acute Transverse Myelitis in Demyelinating Disease of CNS | 1/19/2022 | 46 | 57 | 48 | 35 | 34 | 220 | 44.00 | 202 | 459% |
| Demyelinating Diseases of the CNS | 1/19/2022 | 785 | 737 | 690 | 677 | 648 | 3,537 | 707.40 | 3,444 | 487% |
| Multiple Sclerosis | 1/19/2022 | 479 | 391 | 367 | 400 | 385 | 2,022 | 404.40 | 2,750 | 680% |
| Rhabdomyolysis (Hosp) | 1/10/2022 | 216 | 209 | 227 | 222 | 198 | 1,072 | 214.40 | 440 | 205% |
| Rhabdomyolysis (Amb) | 1/10/2022 | 706 | 666 | 740 | 755 | 669 | 3,566 | 713.20 | 5,162 | 724% |
| Eye Disorder (Amb) | 1/10/2022 | 6,044 | 6,013 | 5,847 | 6,312 | 5,623 | 29,639 | 5,927.80 | 11,882 | 201% |
| Extra Pyramidal (Amb) | 1/10/2022 | 1,509 | 1,474 | 1,339 | 1,371 | 1,338 | 7,031 | 1,406.20 | 3,669 | 261% |
| Bell's Palsy (Amb) | 1/10/2022 | 483 | 462 | 457 | 447 | 450 | 2,299 | 459.80 | 1,338 | 291% |
| **Cardiovascular System** | | | | | | | | | | |
| Diseases of the Blood & Blood-forming Organs & Certain Disorders Involving the Immune Mechanism | 1/19/2022 | 11,533 | 11,122 | 10,851 | 11,773 | 11,429 | 56,708 | 11,341.60 | 34,488 | 304% |
| Acute Myocardial Infarction (Amb) | 1/10/2022 | 324 | 370 | 376 | 366 | 372 | 1,808 | 361.60 | 1,650 | 456% |
| Hypertension (Amb) | 1/10/2022 | 2,308 | 2,323 | 2,383 | 2,382 | 2,415 | 11,801 | 2,360.20 | 53,846 | 2281% |
| Acute Myocarditis (Amb) | 1/21/2022 | 84 | 92 | 116 | 159 | 108 | 559 | 111.80 | 307 | 275% |
| Acute Pericarditis (Amb) | 1/10/2022 | 535 | 538 | 522 | 531 | 499 | 2,625 | 525.00 | 850 | 162% |
| Nontraumatic subarachnoid hemorrhage | 1/19/2022 | 219 | 139 | 134 | 170 | 198 | 858 | 171.60 | 640 | 373% |
| Pulmonary Embolism (Amb) | 1/19/2022 | 678 | 701 | 668 | 716 | 968 | 3,731 | 746.20 | 3,489 | 468% |
| Tachycardia (Amb) | 1/10/2022 | 845 | 814 | 893 | 903 | 849 | 4,304 | 860.80 | 2,595 | 301% |
| Disease of the Arteries (Amb) | 1/10/2022 | 3,164 | 2,965 | 2,938 | 3,096 | 2,860 | 15,023 | 3,004.60 | 6,069 | 202% |
| Cerebral Infarction (Amb) | 1/10/2022 | 867 | 848 | 868 | 868 | 887 | 4,358 | 873.60 | 3,136 | 359% |
| **Reproductive System & Birth** | | | | | | | | | | |
| Spontaneous Abortion (First Occurrence) | 1/19/2022 | 2,668 | 2,532 | 2,475 | 2,608 | 2,404 | 12,687 | 2,537.40 | 2,164 | 85% |
| Spontaneous Abortion (All Occurrences) | 1/10/2022 | 1,431 | 1,518 | 1,493 | 1,578 | 1,477 | 7,497 | 1,499.40 | | 0% |
| Congenital Malformations (Amb) | 1/19/2022 | 11,710 | 11,131 | 10,456 | 11,081 | 10,153 | 54,531 | 10,906.20 | 18,951 | 174% |
| Infertility, Female (Amb) | 1/19/2022 | 2,261 | 2,282 | 2,243 | 2,340 | 2,262 | 11,388 | 2,273.60 | 11,748 | 517% |
| Infertility, Male (Amb) | 1/19/2022 | 2,187 | 2,287 | 2,037 | 2,152 | 1,990 | 10,653 | 2,130.60 | 8,365 | 393% |
| Ovarian Dysfunction (Amb) | 1/19/2022 | 862 | 936 | 908 | 945 | 1,022 | 4,673 | 934.60 | 4,086 | 437% |
| Dysmenorrhea (Amb) | 1/10/2022 | 3,104 | 3,403 | 3,481 | 3,943 | 3,900 | 17,831 | 3,566.20 | 12,539 | 352% |
| **Vaccine Administration** | | | | | | | | | | |
| T50.B95A Adverse Effect of Other Viral Vaccine, Initial Encounter | Unassigned | | | | | | 914 | 182.80 | 1,281 | 701% |

**Exhibit B**

To whom it may concern:

On Monday, January 24, attorney Thomas Renz addressed Senator Ron Johnson and those at a special five-hour hearing on COVID-19 issues. Renz spoke about alarming increases in miscarriages, cancers, and neurological conditions based on reports put together by whistleblowers with access to the Defense Medical Epidemiology Database (DMED).

The Department of Defense (DoD) responded that the increases in rates of illness and disease reported by Renz were due to a "glitch" in DMED. The DMED was then taken offline for some time. After DMED was put back online, query reports showed large changes to data queries for the 2016 through 2020 date range.

Tracking down the glitch reveals an unexplained change of data that can be observed in Medical Surveillance Monthly Reports (MSMR) published openly online. The May 2021 MSMR displays annual summaries of major diagnostic categories of ambulatory and hospitalization reports from 2016, 2018, and 2020. These major diagnostic categories are defined as the categories with the greatest number of reported events and constitute the vast majority of medical diagnoses. When comparing the numbers of ambulatory reports to the May 2019 MSMR (which displays summaries from 2014, 2016, and 2018), the totals for these diagnostic categories for 2016 and 2018 were substantially revised to display increases in all forms of illness by an average of 17.5% (16.3% after excluding one category called "Other" that included a change in definition). Presumably these changes took place for all data from 2016 through 2020. Strangely, no such large revisions were made to hospitalization data, which would be expected if the revisions were due to a large cache of "lost and found" patient reports in which a proportion of the conditions resulted in hospitalization.

A review of the past decade of MSMR reports show a small handful of revisions larger than 2%, with nearly all changes in summary data far smaller than 1%. No major systemic data revisions were observed prior to the May 2021 MSMR. At the time of this report, no explanation was given for the massive changes in health data that would surely affect biomedical studies on these diagnostic categories. Best practices would dictate a detailed explanation for large and sudden changes---particularly as it pertains to one of the world's most important medical databases. Further, the changes in all but one of the 16 major diagnostic categories fit the changes observed from queries performed after the DMED was put back online, purportedly to fix the "glitch". This leads me to believe that the DMED "glitch" clearly corresponds to the large revisions that appeared in the May 2021 MSMR.

Further, and perhaps more disturbing, the data revisions are not randomly distributed as one might expect of "lost and found" reports added to a system, or many methods for recalibrating report definitions. These revisions are most prominent in the categories most heavily researched as injuries or adverse events associated with the COVID-19 quasi-vaccines, including those that Renz spoke about in the January 24 hearing.

There are enough signs to conclude with a high probability that the large-scale MSMR revisions published in May 2021 and associated DMED alterations made in January 2022 were made to mask illness data from early 2021 associated with vaccine rollouts, and likely fraudulent. An examination of the data should quickly reveal whether this is the case.

**Exhibit B**

I, Mathew Crawford, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing facts are true and correct.

Respectfully submitted this the 16th day of February 2022.

Mathew Crawford
Statistical and Data Analyst

**Exhibit C**

## DECLARATION OF ANDREW HUFF PH.D., M.S.

To whom it may concern:

On February 16th, I participated in a presentation by Mathew Crawford from Renz Law Firm where he explained numerous anomalies in the DMED reports published by the Department of Defense (DoD). After his presentation, I personally examined the Defense Medical Epidemiology Database (DMED) data and two different versions of the reported data. The purpose of DMED is "to standardize the epidemiologic methodology used to collect, integrate and analyze active component service member personnel and medical event data, and to provide authorized users with remote access to the summarized data." DMED contains the reasons why DoD personnel were evaluated by medical personnel reported in the form of International Diagnostic Codes (IDC) revisions 9 and 10. The two reports in question are from one that was available online prior to January 24, 2022, and second that was published after a "glitch" was identified and corrected by the DoD. As DMED is one of the most comprehensive and accurate health record databases in the world, the database contains any potential vaccine injury data related to mRNA vaccines. After, analyzing both versions of the data, it is my opinion that the data were altered to distort and hide the true extent of the harm caused to the US Armed Forces by the mRNA vaccines that were uniformly administered to the population.

In the absence, of any large or major changes in the exposures of DoD personnel to any other substance, chemical, toxin, physical, or environmental hazard, there should not be substantial deviations between the years of reported data. Due to the "glitch" correction, it appears that DMED was altered in a way to obfuscate mRNA vaccine injuries by increasing the illnesses in the previous years to match the projected injuries in 2021. Most, notably that such a major correction of this "glitch" would have triggered these actions by DoD:

- An addendum to the report to be issued that explains why the glitch occurred, the changes to the data that occurred due to correcting the glitch, an explanation of how the glitch was identified, and the methods used to correct the glitch by DoD personnel.

- Due to the large differences in diseases incidence and prevalence, it would normally trigger investigations into the diseases and health conditions which dramatically increased due to correcting the "glitch" in previous years. At the time of this letter there appears to be no investigation to the diseases that dramatically increased incidence, which would be typical for public health officials and officers reviewing the DMED data.

Due to the circumstances and timing surrounding of the glitch, the lack of proper reporting related to the glitch's correction, and the large increases in health conditions reported in previous years data, it appears that the data were manipulated to obfuscate injuries and diseases caused by mRNA vaccines in DMED.

I, Andrew Huff, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing facts are true and correct.

Respectfully submitted this the 16th day of February 2022.

Andrew Huff, Ph.D., M.S.

# The UPS Store® Electronic Waiver for Notary Services

| STORE | DATE | NOTARY WAIVER ID | | FIRST AND LAST NAME | TELEPHONE |
|---|---|---|---|---|---|
| 6046 | Tue 1 Mar 2022 | 00004912D798 | | DAVID MERRILL | ████████ |
| REFERENCE | | | | E-MAIL ADDRESS | |
| 0000EB80FF73 | | | | | |

## Agreement to Arbitrate Claims

**You and We agree that any controversy or claim, whether at law or equity, arising out of or related to the provision of services by this The UPS Store® center shall be resolved in its entirety by individual (not class-wide nor collective) binding arbitration, regardless of the date of accrual of such dispute, except for claims that may be filed in courts of limited jurisdiction such as small claims, justice of the peace, magistrate court, and similar courts with monetary limits of $30,000 or less on their jurisdictions over civil disputes. You and We agree that this agreement to arbitrate claims also applies to any controversy or claim involving The UPS Store, Inc. or any of its affiliated entities.**

Arbitration is the submission of a dispute to a neutral arbitrator, instead of a judge or jury, for a final and binding decision, known as an "award." Arbitration provides for more limited discovery than in court, and is subject to limited review by courts. Each party has an opportunity to present evidence to the arbitrator in writing or through witnesses. An arbitrator can only award the same damages and relief that a court can award under the law and must honor the terms and conditions in the Terms.

## Institutional Arbitration

The arbitration shall be conducted by the American Arbitration Association (AAA) in accordance with its Commercial Arbitration Rules or, provided that you are an individual consumer and are using this The UPS Store center's services for personal (not business) use, the Consumer Arbitration Rules (the "Rules"), and judgment on the award may be entered in any court of competent jurisdiction. The Rules, including instructions for how to initiate arbitration, are available at http://www.adr.org.

**Any arbitration under this Agreement will take place on an individual basis; class, mass, consolidated or combined actions or arbitrations or proceeding as a private attorney general are not permitted. You and We are each waiving the right to trial by jury. You and We are further giving up the ability to participate in a class, mass, consolidated or combined action or arbitration.**

## Place of Arbitration/Number of Arbitrators/Costs of Arbitration/Governing Law/Survival

Any arbitration will take place in the county where this The UPS Store® center is located and will be determined by a single arbitrator.

Any filing fee or administrative fee required of Claimant by the AAA Rules shall be paid by You to the extent such fee does not exceed the amount of the fee required to commence a similar action in a court that otherwise would have jurisdiction. For all non-frivolous complaints, We will pay the amount of such fee in excess of that amount. The arbitrator will allocate the administrative costs and arbitral fees consistent with the applicable rules of the American Arbitration Association. Reasonable attorney's fees and expenses will be allocated or awarded only to the extent such allocation or award is available under applicable law.

All issues are for the arbitrator to decide, except that issues relating to the scope, application, and enforceability of the arbitration provision are for a court to decide. The Federal Arbitration Act governs the interpretation and enforcement of this provision. This agreement to arbitrate shall survive termination of the Terms.

## Severability

Notwithstanding anything to the contrary in the AAA Rules, if any part of this arbitration provision is deemed invalid or ineffective for any reason, this shall not affect the validity or enforceability of the remainder of this arbitration provision, and the arbitrator shall have the authority to amend any provisions deemed invalid or ineffective to make the same valid and enforceable.

## Desk Arbitration

For all disputes concerning an amount less than fifteen thousand dollars ($15,000.00), the parties shall submit their arguments and evidence to the arbitrator in writing and the arbitrator shall make an award based only on the documents; no hearing will be held unless the arbitrator in his or her discretion, and upon request of a party, decides it is a necessity to require an in-person hearing. Notwithstanding this provision, the parties may agree to proceed with desk arbitration at any time.

## Access to Small Claims Courts

All parties shall retain the right to seek adjudication in a state court of limited jurisdiction, such as small claims, justice of the peace, magistrate court, and similar courts with monetary limits of less than $30,000 on their jurisdiction over civil disputes, for individual disputes within the scope of such court's jurisdiction.

## Acknowledgements

You and We acknowledge and agree that:

- WE ARE WAIVING THE RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE BETWEEN OR AMONG US, THE UPS STORE, INC., ITS AFFILIATES OR RELATED THIRD PARTIES;

- WE ARE WAIVING THE RIGHT TO HAVE A COURT, OTHER THAN A STATE COURT OF LIMITED JURISDICTION AS DEFINED ABOVE, RESOLVE ANY SUCH DISPUTE;

- WE ARE WAIVING THE RIGHT TO HAVE A COURT REVIEW ANY DECISION OR AWARD OF AN ARBITRATOR, WHETHER INTERIM OR FINAL, EXCEPT FOR APPEALS BASED ON THOSE GROUNDS FOR VACATUR EXPRESSLY SET FORTH IN SECTION 10 OF THE FEDERAL ARBITRATION ACT.

- YOU AND WE AGREE THAT WE ARE WAIVING THE RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, JOIN AS A CLASS MEMBER, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS IN ANY CLASS, MASS, CONSOLIDATED OR COMBINED ACTION OR ARBITRATION.

## Award

The arbitrator may award money or equitable relief in favor of only the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. Similarly, an arbitration award and any judgment confirming it apply only to that specific case; it cannot be used in any other case except to enforce the award itself. To reduce the time and expense of the arbitration, the arbitrator will not provide a statement of reasons for his or her award unless a brief explanation of the reasons is requested by one of the parties. Unless the parties agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative, private attorney general or class proceeding.

NO!!

| | |
|---|---|
| | Tue 1 Mar 2022 |
| SIGNATURE | DATE |

# USPS Tracking®

FAQs ›

## Track Another Package ➕

**Tracking Number:** 70183090000127887951

Remove ✕

Your item was delivered to an individual at the address at 12:24 pm on February 10, 2022 in ROCKVILLE, MD 20850.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

February 10, 2022 at 12:24 pm
ROCKVILLE, MD 20850

**Get Updates** ⌄

**Text & Email Updates** ⌄

**Tracking History** ⌃

February 10, 2022, 12:24 pm
Delivered, Left with Individual
ROCKVILLE, MD 20850
Your item was delivered to an individual at the address at 12:24 pm on February 10, 2022 in
ROCKVILLE, MD 20850.

February 10, 2022, 11:08 am
Available for Pickup
ROCKVILLE, MD 20850

February 10, 2022, 10:43 am

Feedback

February 10, 2022, 10:00 am
Available for Pickup
ROCKVILLE, MD 20850

February 10, 2022, 1:19 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

February 9, 2022
In Transit to Next Facility

February 8, 2022, 6:43 pm
Arrived at USPS Origin Facility
KENT, WA 98035

February 8, 2022, 4:08 pm
Departed Post Office
TACOMA, WA 98418

February 8, 2022, 11:52 am
USPS in possession of item
TACOMA, WA 98418

Feedback

**USPS Tracking Plus®**                                    ⌄

**Product Information**                                    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs